# EXHIBIT 1

Case:16-20197-KHT   Doc#:126   Filed:08/22/17   Entered:08/23/17 13:27:06   Page1 of 1

B 2100A (Form 2100A) (12/15)

FILED
KENNETH S. GARDNER

2017 AUG 22  PM 4: 07

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

In re PetroHunter Energy Corp,                        Case No.  16-20197-~~HRT~~ *KHT*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Marc A. Bruner
Name of Transferee

David E. Brody
Name of Transferor

Name and Address where notices to transferee should be sent:
  1555 Blake St., Suite 1002
  Denver, Colorado 80202

Court Claim # (if known): __7__
Amount of Claim: __$335,374.18__
Date Claim Filed: __03/01/2017__

Phone: (604) 562-6101
Last Four Digits of Acct #: _____

Phone: (303) 503-5660
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Transferee/Transferee's Agent        Date: August 17, 2017

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



PAID