**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**  Jeffrey P. Colwell, Clerk

**FROM:**  Judge Robert E. Blackburn

**DATE:**  April 15, 2019

**RE:**  Civil Action No. 19-cv-01091
Brody v. Bruner

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.