## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01091-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARC A. BRUNER,

    Defendant.

---

## PLAINTIFF'S MOTION TO STAY SCHEDULING CONFERENCE

---

Plaintiff, David E. Brody, through counsel, respectfully moves the Court for an order staying the Scheduling Conference scheduled for July 24, 2019, until Defendant Marc A. Bruner is served with the Summons and Complaint. In support of this motion, the Plaintiff states as follows:

1. On April 12, 2019, David E. Brody filed a Complaint (Civil Action No. 19-cv-01091) [Dkt. No. 1] (the "Complaint") against LBHI.

2. The Court entered the Order Setting Scheduling Conference [Dkt. No. 6] on April 15, 2019.

3. Defendant resides in Canada and has declined to waive service, and therefore, the service of Summons and Complaint has been delayed and has not yet been made.

4. Plaintiff requests the Scheduling Conference be stayed until Defendant is served.

5. To date, there have not been any requests for extensions of time requested by Plaintiff or granted by the Court.

6. The granting of an order to stay will not cause a substantial delay or otherwise prejudice any party to the matter.

Wherefore, Plaintiff respectfully requests that this Court grant an order staying the Scheduling Conference to a date to be determined after Defendant is successfully served with the Summons and Complaint.

Dated this 15th day of July, 2019.

*s/ Michael A. Rollin*
Michael A. Rollin
Edgar O. Barraza
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
Phone: (303) 945-7412
Fax: (303) 292-1300
E-mail: mrollin@foxrothschild.com
E-mail: ebarraza@foxrothschild.com
*Attorneys for Plaintiff*

6. The granting of an order to stay will not cause a substantial delay or otherwise prejudice any party to the matter.

Wherefore, Plaintiff respectfully requests that this Court grant an order staying the Scheduling Conference to a date to be determined after Defendant is successfully served with the Summons and Complaint.

Dated this 15th day of July, 2019.

*s/ Michael A. Rollin*
Michael A. Rollin
Edgar O. Barraza
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202
Phone: (303) 945-7412
Fax: (303) 292-1300
E-mail: mrollin@foxrothschild.com
E-mail: ebarraza@foxrothschild.com
*Attorneys for Plaintiff*