IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01091-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARC A. BRUNER,

    Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STAY SCHEDULING CONFERENCE**

---

The Court, having considered Plaintiff David E. Brody's Motion to Stay Scheduling Conference:

**HEREBY ORDERS** that the motion is **GRANTED.**

The Scheduling Conference is stayed until a date to be determined after Defendant is successfully served with the Summons and Complaint.

SO ORDERED this _____ day of July, 2019.

_____
United States District Court Judge