IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiff's Motion to Stay Scheduling Conference (Dkt. #7) is GRANTED in part and DENIED in part. The Scheduling Conference set for July 24, 2019 at 10:00 a.m. is CONVERTED to a Status Conference. Plaintiff's counsel is given leave to appear by telephone by calling Chambers (303-335-2403) at the scheduled time.

Date: July 16, 2019