IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01091-RM-NRN | Date: July 24, 2019 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C205 |

| *Parties:* | *Counsel:* |
|---|---|
| DAVID E. BRODY, | Michael Rollin |
|    Plaintiff, | |
| v. | |
| MARC A. BRUNER, | No appearance |
|    Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**9:59 a.m.**     **Court in session.**

Court calls case. Appearance of counsel.

Discussion regarding service.

**ORDERED:** Plaintiff's oral request for an extension of time to serve the Defendant is **GRANTED**, having good cause shown. The Plaintiff is **GRANTED** an additional 60 days to serve the Defendant.

**ORDERED:** Plaintiff shall simultaneously file a certificate of service and a motion to set a scheduling conference.

**10:03 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:04

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.