**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01091-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARC A. BRUNER,

    Defendant.

---

**PLAINTIFF'S NOTICE OF FILING OF AMENDED COMPLAINT**

---

Plaintiff, David E. Brody, through counsel, respectfully submits as **Exhibit 1**, a strike-through and underline version of the Amended Complaint, showing the text to be deleted and the text to be added. Plaintiff has also filed separately, a clean version of the Amended Complaint.

Dated this 5th day of June, 2020.

                        *s/ Michael A. Rollin*
                        Michael A. Rollin
                        Edgar O. Barraza
                        FOX ROTHSCHILD LLP
                        1225 17th Street, Suite 2200
                        Denver, CO 80202
                        Phone: (303) 945-7412
                        Fax: (303) 292-1300
                        E-mail: mrollin@foxrothschild.com
                        E-mail: ebarraza@foxrothschild.com
                        *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of June, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Being that Defendant has not yet been served with the Summons and Complaint or appeared in this matter, there are no other parties to be notified of this filing.

      */s/ Martha Johns*
      Martha Johns

2