IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01091-RM-NRN | Date: June 23, 2020 |
| Courtroom Deputy: Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| DAVID E. BRODY, | Michael Rollin |
|     Plaintiff, | |
| v. | |
| MARC A. BRUNER,<br>THE BRUNER FAMILY TRUST, and<br>MARC E. BRUNER, AS TRUSTEE OF THE<br>BRUNER FAMILY TRUST, | No appearance |
|     Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SHOW CAUSE HEARING**

**1:56 p.m.**     **Court in session.**

Court calls case.  Appearance of counsel.

The Court raises the Order to Show Cause for discussion.

**ORDERED:**  The ORDER TO SHOW CAUSE [Docket No. 18] is **DISCHARGED**.

**ORDERED:**  The Plaintiff shall serve at least one defendant within the next 45 days, subject to dismissal without prejudice for failure to serve within that time.

**2:06 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:10

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.