# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091

DAVID E. BRODY,

        Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

        Defendants.

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

**PLEASE TAKE NOTICE** that effective immediately, counsel for Plaintiff David E. Brody have changed their law firm affiliation from Fox Rothschild LLP to Foster Graham Milstein & Calisher, LLP.

Please note the following change in counsel's contact information:

Foster Graham Milstein & Calisher, LLP
360 S. Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: (303) 333-9810
Facsimile: (303) 333-9786
Email: mrollin@fostergraham.com

Respectfully Submitted this 8th day of July, 2020.

        **FOSTER GRAHAM MILSTEIN & CALISHER, LLP**

        *Original signature on file at the offices of Foster Graham Milstein & Calisher, LLP pursuant to C.R.C.P. 121 §1-26(7)*

        */s/ Michael A. Rollin*
        Michael A. Rollin, #34847
        *Attorney for Plaintiff*