**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091

DAVID E. BRODY,

        Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

        Defendants.

## WAIVER OF SERVICE

    Pursuant to F.R.C.P. 4(d), I, William Meyer, Esq., as attorney for and on behalf of the Bruner Family Trust and Marc E. Bruner, as Trustee of the Bruner Family Trust, hereby waive the requirement of formal service of process and accept service of the Amended Complaint and Summons in the above-captioned Civil Action.

    Done this 14th day of July, 2020.

                                                    POLSINELLI PC

                                                  /s/ William R. Meyer

                                                  William R. Meyer
                                                  1401 Lawrence St., Suite 2300
                                                  Denver, CO 80202
                                                  303-572-9300
                                                  wmeyer@polsinelli.com
                                                  Attorneys for the Bruner Family Trust and Marc E. Bruner, as Trustee of the Bruner Family Trust

{00862118.DOCX / 1 }
74157417.1