**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091

DAVID E. BRODY,

        Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

        Defendants.

---

**CERTIFICATE OF SERVICE**

---

    I hereby certify that on this 14th day of July, 2020, a true and correct copy of the foregoing **WAIVER OF SERVICE** was electronically served upon the parties as follows:

William R. Meyer
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
(303) 572-9300
wmeyer@polsinelli.com

        *Original signature on file at the offices of Foster Graham
        Milstein & Calisher LLP pursuant to C.R.C.P. 121 §1-26(7)*

        */s/ Michael Kragness*
        Michael Kragness, Paralegal