# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091

DAVID E. BRODY,

        Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

        Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONSTRUCTIVE TRUST OR, IN THE ALTERNATIVE, FOR PREJUDGMENT ATTACHEMENT

The Court, having considered Plaintiff David E. Brody's Motion For Constructive Trust Or, In The Alternative, For Prejudgment Attached:

**HEREBY ORDERS** that the motion is **GRANTED**.

The Court has entered an order imposing a constructive trust on the Distributions to Marc A. Bruner and to the Bruner Family Trust, and on the Other Assets, or, in the alternative, attaching the Distributions and Other Assets until a final determination of Defendants' liability to Plaintiff and satisfaction of any judgement thereupon.

SO ORDERED this _____ day of _____, 2020.

                                                    _____
                                                    United States District/ Magistrate Judge