IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091
DAVID E. BRODY,

    Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

    Defendants.

_____

**DECLARATION OF MICHAEL A. ROLLIN**
_____

I, Michael A. Rollin,, am a partner with the law firm of Foster Graham Milstein & Calisher LLP and am counsel to Plaintiff in the above-entitled action I have personal knowledge of the matters set forth herein and if called to testify, I would testify competently thereto.

1. Between April 2019 and July 2020, I and members of my prior law firm, Fox Rothschild LLP, have made numerous unsuccessful attempts to communicate with and serve Marc A. Bruner with the Complaint and Amended Complaint in this proceeding, including by:

    a. Personal service in Colorado and Canada,

    b. Written correspondence to his business address in Canada and associates who had previously facilitated communications with Plaintiff,

    c. A call to his personal cell phone

    d. A text message to his personal cell phone,

    e. Calls and written correspondence to 3 lawyers who did at the time or have in the past represented him, including his counsel in the PetroHunter bankruptcy and his Canadian securities counsel, and

1

    f. Requests to his daughter-in-law, a Denver attorney.

I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated this July 20, 2020.

                _____
                Michael A. Rollin