PATTON BOGGS LLP
ATTORNEYS AT LAW

8484 Westpark Drive
Suite 900
McLean, VA 22102-5117
703-744-8000

Facsimile 703-744-8001
www.pattonboggs.com

March 26, 2005

Cynthia L. Gausvik
703-744-8040
cgausvik@pattonboggs.com

**PRIVILEGED AND CONFIDENTIAL**

Mr. Marc A. Bruner
VIA E-MAIL ONLY

**Re:**

Dear Marc:

As a follow up to our discussions, we are sending you this letter to summarize the terms of the proposed Bruner Family Trust (the "Family Trust"), and discuss the benefits that you and your family can realize through

It is our understanding that you wish to

In doing so, your objective is to

We have relied upon a number of verbal representations from you and your advisors in recommending this

Finally, please be advised that I represent you in connection with this estate planning transaction,



Case No. 1:19-cv-01091-RM-NRN Document 30-2 filed 08/11/20 USDC Colorado
pg 2 of 7

PATTON BOGGS LLP
ATTORNEYS AT LAW

Mr. Marc A. Bruner
March 26, 2005
Page 2

[redacted]

3647735v1

EXHIBIT B



PATTON BOGGS LLP
ATTORNEYS AT LAW

Mr. Marc A. Bruner
March 26, 2005
Page 3

[redacted]

3647735v1

EXHIBIT B



PATTON BOGGS LLP
ATTORNEYS AT LAW

Mr. Marc A. Bruner
March 26, 2005
Page 4

[redacted]

3647735v1

EXHIBIT B



PATTON BOGGS LLP
ATTORNEYS AT LAW

Mr. Marc A. Bruner
March 26, 2005
Page 5

[redacted]

3647735v1

EXHIBIT B



Mr. Marc A. Bruner
March 26, 2005
Page 6

3647735v1

EXHIBIT B

PATTON BOGGS LLP
ATTORNEYS AT LAW

Mr. Marc A. Bruner
March 26, 2005
Page 7

[redacted]

Kind regards.

Very truly yours,

Cynthia

Cynthia L. Gausvik

Enclosures

cc: Mr. Marc E. Bruner

3647735v1

EXHIBIT B