# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

     I hereby certify that I am a member in good standing of the bar of this Court, and I hereby enter my appearance in this case as counsel for Defendant Marc A. Bruner. I request that all pleadings, together with notice of all hearings or actions in this case be sent me at:

Tanya A. Sevy, CO Bar #46282
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202-1486
tanya.sevy@moyewhite.com

DATED this 18th day of August, 2020.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
      William F. Jones
      Timothy M. Swanson
      Tanya A. Sevy
      1400 16th Street, 6th Floor
      Denver, Colorado  80202
      Phone: (303) 292-2900
      Email: billy.jones@moyewhite.com
      tim.swanson@moyewhite.com
      tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

William R. Meyer
Ghislaine Bruner
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

*/s/ Lisa Ray*