**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

     I hereby certify that I am a member in good standing of the bar of this Court, and I hereby enter my appearance in this case as counsel for Defendant Marc A. Bruner. I request that all pleadings, together with notice of all hearings or actions in this case be sent me at:

Timothy M. Swanson, CO Bar #47297
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202-1486
tim.swanson@moyewhite.com

4842-0411-3608.1

DATED this 18th day of August, 2020.

        **MOYE WHITE LLP**

        By: /s/ *Timothy M. Swanson*
            William F. Jones
            Timothy M. Swanson
            Tanya A. Sevy
            1400 16th Street, 6th Floor
            Denver, Colorado  80202
            Phone: (303) 292-2900
            Email: billy.jones@moyewhite.com
            tim.swanson@moyewhite.com
            tanya.sevy@moyewhite.com

        *Attorneys for Defendant Marc A. Bruner*

## CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of August, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

William R. Meyer
Ghislaine Bruner
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

                                       */s/ Lisa Ray*

3

4842-0411-3608.1