**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

    I hereby certify that I am a member in good standing of the bar of this Court, and I hereby enter my appearance in this case as counsel for Defendant Marc A. Bruner. I request that all pleadings, together with notice of all hearings or actions in this case be sent me at:

William F. Jones, CO Bar #35294
Moye White LLP
16 Market Square, 6th Floor
1400 16th Street
Denver, Colorado 80202-1486
billy.jones@moyewhite.com

4817-2370-7080.1

DATED this 18th day of August, 2020.

                                     **MOYE WHITE LLP**


                              By:  /s/ *William F. Jones*
                                   William F. Jones
                                   Timothy M. Swanson
                                   Tanya A. Sevy
                                   1400 16th Street, 6th Floor
                                   Denver, Colorado  80202
                                   Phone: (303) 292-2900
                                   Email: billy.jones@moyewhite.com
                                   tim.swanson@moyewhite.com
                                   tanya.sevy@moyewhite.com

                                   *Attorneys for Defendant Marc A. Bruner*

# CERTIFICATE OF SERVICE

     I hereby certify that on the 18th day of August, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

William R. Meyer
Ghislaine Bruner
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

                                           */s/ Lisa Ray*