## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091

DAVID E. BRODY,

        Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

        Defendants.

---

## WAIVER OF SERVICE
---

    I, **Tim Swanson**, hereby waive and accept service of the Amended Complaint and Summons in a Civil Action address to Marc A. Bruner as if the Amended Complaint and Summons in a Civil Action had been served by a private process server or deputy sheriff in the State of Colorado for his answer or motion to be served to Plaintiff's Attorney: Michael A. Rollin, Foster Graham Milstein & Calisher, LLP, 360 S. Garfield Street, 6th Floor, Denver, Colorado 80209, (303) 333-9810; Email: mrollin@fostergraham.com.

    Done this 12th day of August, 2020.

                                            */s/ Tim Swanson*
                                            Tim Swanson on behalf of Marc A. Bruner

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2020, a true and correct copy of the foregoing **WAIVER OF SERVICE** was electronically served upon the parties as follows:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP
1225 17th Street, Suite 2200
Denver, CO 80202

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

　　　　　　　　　　　　　　　　　　　　　*/s/ Lisa Ray*