# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091

DAVID E. BRODY,

                Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

                Defendants.

---

**PLAINTIFF DAVID E. BRODY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE REPLY TO MARC E. BRUNER AND THE BRUNER FAMILY TRUST'S RESPONSE TO BRODY'S MOTION FOR CONSTRUCTIVE TRUST OR, IN THE ALTERNATIVE, FOR PREJUDGMENT ATTACHMENT**

---

Plaintiff David E. Brody moves the Court for a seven (7) day extension of time to file his response to Marc E. Bruner and the Bruner Family Trust's Response to Brody's Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment, and as grounds therefor states as follows:

### CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for Marc E. Bruner and the Bruner Family Trust and is authorized to state that this Motion is unopposed.

1.    Plaintiff David E. Brody filed his Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment on July 21, 2020.

2.    Defendants Marc E. Bruner and the Bruner Family Trust's responded on August 19, 2020, placing Plaintiff's reply deadline on August 25, 2020.

3. Defendant Marc A. Bruner accepted service of the First Amended Complaint and responded to the Motion on August 18, 2020, placing Plaintiff's reply deadline on September 1, 2020.

4. Plaintiff seeks an extension so that he may file a consolidated reply brief on the latter of the two dates, September 1, 2020. Approval of this extension will also allow undersigned counsel to avoid a personal scheduling conflict.

5. This is Plaintiff's first request for an extension of time to respond to the reply Motion.

6. No party will be prejudiced by the requested extension of time.

7. Undersigned counsel certified that he has served his client with a copy of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter and order granting an extension of time, up to and including September 1, 2020, to reply to the responses of Marc E. Bruner, the Bruner Family Trust, and Marc A. Bruner, to Plaintiff's Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment.

Respectfully submitted this 24th day of August, 2020

FOSTER GRAHAM MILSTEIN & CALISHER LLP

*/s/ Michael A. Rollin*
Michael A. Rollin
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
(303) 333-9810
mrollin@fostergraham.com
*Attorneys for Plaintiff*