# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091

DAVID E. BRODY,

                Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

                Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF DAVID E. BRODY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE REPLY IN RESPONSE TO MARC. E. BRUNER AND THE BRUNER FAMILY TRUST'S RESPONSE TO BRODY'S MOTION FOR CONSTRUCTIVE TRUST OR, IN THE ALTERNATIVE, FOR PREJUDGMENT ATTACHMENT**

---

      THIS MATTER, having come before the Court upon Plaintiff's Motion for Extension of Time to File the Response and Reply to Marc. E. Bruner, as Trustee of the Bruner Family Trust's Response to Brody's Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment, hereby ORDERS as follows:

      The Motion is hereby GRANTED. Plaintiff shall have up to and including September 1, 2020 to file a reply.

DATED this ____ day of August, 2020.

                                                BY THE COURT:

                                                _____
                                                United States District/ Magistrate Judge