IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER, *et al*.

Defendants.

---

### JOINDER IN MARC A. BRUNER'S RESPONSE TO BRODY'S MOTION FOR CONSTRUCTIVE TRUST OR, IN THE ALTERNATIVE, FOR PREJUDGMENT ATTACHMENT

---

Defendants, The Bruner Family Trust ("BFT") and Marc E. Bruner ("MEB"), as Trustee of The Bruner Family Trust (together the "BFT Parties"), hereby join in the statements and arguments contained in Marc A. Bruner's ("MAB") Response to Brody's Motion for Constructive Trust or, in the Alternative, For Prejudgment Attachment, filed on August 19, 2020 (Doc. #38) as additional support for their opposition to Plaintiff's Motion for Constructive Trust or, in the Alternative, For Prejudgment Attachment (Doc. #29).

1

74593779.1

WHEREFORE, The Bruner Family Trust and Marc E. Bruner, as Trustee for the Bruner Family Trust, renew their request that the Court deny Plaintiff's Motion for Constructive Trust or, in the Alternative, For Prejudgment Attachment (Doc. #29).

Dated this 27th day of August, 2020.

/s/ William R. Meyer
William R. Meyer, Attorney Reg. 34012
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (303) 572-9300
Fax: (303) 572-7883
E-mail: wmeyer@polsinelli.com

*Attorneys for The Bruner Family Trust and Marc E. Bruner, as trustee for the Bruner Family Trust*

2

74593779.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 27, 2020, the foregoing was served by CM/ECF to all parties of record using the e-mail addresses on file with the Court:

/s/William R. Meyer

Michael A. Rollin
Foster Graham Milstein & Calisher LLP
360 South Garfield Street, Sixth Floor
Denver, CO 80209
Phone: (303) 333-9810
E-mail: mrollin@fostergraham.com
*Attorneys for Plaintiff, David E. Brody*

Timothy M. Swanson
William F. Jones
Tanya A. Sevy
Moye White LLP
1400 16th Street, Suite 600
Denver, CO 80202
Phone: (303) 292-2900
E-mail: tim.swanson@moyewhite.com
E-mail: billy.jones@moyewhite.com
E-mail: tanya.sevy@moyewhite.com
*Attorneys for Defendant, Marc A. Bruner*

3

74593779.1