IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

        Plaintiff,

vs.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

        Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR HIS REPLY IN SUPPORT OF HIS MOTION FOR CONSTRUCTIVE TRUST OR, IN THE ALTERNATIVE, FOR PREJUDGMENT ATTACHMENT

Plaintiff, David E. Brody, hereby submits his Motion for Leave to Exceed Page Limits, and as grounds therefor states as follows:

1. Pursuant to D.C.Colo.L.Civ.R. 7.1(a), counsel for Plaintiff has conferred with counsel for Defendants about the relief requested by this Motion. Counsel for Defendants does not oppose this Motion.

2. On July 21, 2020, Plaintiff filed his Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment. Doc. 29.

3. On August 11, 2020, Defendants Marc E. Bruner and the Bruner Family Trust filed their Response, Doc. 30, and on August 18, 2020, Defendant Marc A. Bruner filed his Response, Doc. 35.

4. On August 24, 2020, the Court granted Plaintiff's Unopposed Motion for Extension of Time to File Response/Reply to Doc. 30, so that Plaintiff may reply to Defendants' Responses on the same date, September 1, 2020. Doc. 43.

{00875627.DOCX / 1 }

5. Pursuant to PAB Revised Practice Standard (III)(A) and NRN Practice Standard (E)(2), replies are limited to ten pages. Motions to exceed the page limitations set forth in these Practice Standards will be granted only upon a showing of good cause. Further, "any such motion shall indicate the number of pages of the proposed document and the reason why the additional pages are necessary."

6. Plaintiff requests leave to file a single, consolidated Reply of not more than 20 pages.

7. Plaintiff has good cause to exceed the default page limits. First, Plaintiff believes it in the interest of judicial and litigant economy to file a single, consolidated brief. This will allow Plaintiff to address issues common to both Responses in a non-duplicative way. Second, additional pages will also allow Plaintiff adequate opportunity to address the unique arguments made in each Response. Finally, the importance of the issues presented in a motion for pre-judgment constructive trust or attachment is such that the Court should have access to as fulsome a record and legal briefing as possible.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests leave to exceed this Court's Practice Standards related to page numbers and to file their reply not to exceed 20 pages.

DATED this 28th day of August, 2020.

FOSTER GRAHAM MILSTEIN & CALISHER LLP

*/s/ Michael A. Rollin*
Michael A. Rollin
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
(303) 333-9810
mrollin@fostergraham.com

*Attorneys for Plaintiff*

## CERTIFCATE OF SERVICE

I hereby certify that on this 28th day of August 2020, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR HIS REPLY IN SUPPORT OF HIS MOTION FOR CONSTRUCTIVE TRUST OR, IN THE ALTERNATIVE, FOR PREJUDGMENT ATTACHMENT** was electronically served by CM/ECF to all parties of record using the email addresses on file with the Court:

William R. Meyer
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
wmeyer@polsinelli.com
*Counsel for The Bruner Family Trust*
*and Marc E. Bruner, as trustee for the Bruner Family Trust*


Timothy M. Swanson
William F. Jones
Tanya A. Sevy
Moye White LLP
1400 16th Street, Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
*Counsel for Defendant, Marc A. Bruner*

                                      */s/ Rita Sanders*
                                      Rita Sanders, Paralegal