**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | ) |
| | ) |
| PETROHUNTER ENERGY CORPORATION | ) Case No. 16-20197 KHT |
| | ) |
| EIN: XX-XXX1245 | ) Chapter 7 |
| | ) |
| Debtor. | ) |

**ORDER APPROVING STIPULATION REGARDING VARIOUS MATTERS BY AND BETWEEN: (A) MARC A. BRUNER; (B) MARC E. BRUNER; (C) THE BRUNER FAMILY TRUST; (D) DAVID E. BRODY; AND (E) CHAPTER 7 TRUSTEE, JEFFREY L. HILL**

This matter having come before the Court upon the Stipulation Regarding Various Matters by and Between: (a) Marc A. Bruner; (b) Marc E. Bruner; (c) The Bruner Family Trust; (d) Davide E. Brody; and (e) Chapter 7 Trustee, Jeffrey L. Hill (the "**Stipulation**");[1] the Court having jurisdiction to consider the Stipulation; and upon consideration of the Stipulation; and due and appropriate notice having been given under the circumstances, and no further notice being needed; and upon the proceedings before the Court; and good and sufficient cause having been shown; the Court hereby **ORDERS**:

1. The Stipulation is approved in its entirety.

2. This Order shall be immediately enforceable.

3. The Court shall retain jurisdiction to interpret, administer or enforce the terms and provisions of the Stipulation and this Order.

Dated: August 27, 2020.

BY THE COURT:

_____
Kimberley H. Tyson
United States Bankruptcy Judge

---

[1] Capitalized terms not expressly defined herein shall have the meanings ascribed to them in the Stipulation.