UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| PETROHUNTER ENERGY CORPORATION ) | Case No. 16-20197 KHT |
| EIN: XX-XXX1245 ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## MOTION FOR AUTHORITY TO PAY INTERIM DISTRIBUTION AND INTERIM TRUSTEE FEE

Chapter 7 Trustee, Jeffrey L. Hill ("Trustee"), through his counsel, Weinman & Associates, P.C., moves the Court for an order authorizing Trustee to make interim distributions to creditors and to pay interim trustee fee as more fully described below. In support of his motion, Trustee states as follows:

1. PetroHunter Energy Corporation ("Debtor") filed its voluntary Chapter 7 Petition on October 17, 2016.

2. Jeffrey L. Hill is the duly appointed and acting Chapter 7 Trustee of the Debtor's bankruptcy estate.

3. Since his appointment, the Trustee has been investigating the assets of the Estate, pursuing their collection, and reducing them to cash.

4. In particular, through the sale of the Estate's interest in its Australian subsidiary, Sweetpea Petroleum PTY, Ltd. (the "Sweetpea Sale"), Debtor acquired approximately 56,382,000 shares of stock in Falcon Oil & Gas, Ltd. ("FO"), a public company traded on the Toronto Stock Exchange, and approximately $6,000,000 in cash, representing the proceeds from the sale of FO stock which had been sold prior to the sale of the Sweetpea interest.

5. The Estate still holds 55,950,500 shares of FO stock which it continues to liquidate prudently and systematically so as not to destroy the stock's market value in the process of selling such a large number of shares.

6. While the Trustee has consummated and explored some bulk private sales, none has materialized, nor is it anticipated that any will, sufficient to take the remaining shares held by the Estate at a reasonable price.

7. Indeed, the Trustee anticipates that it will be another 4-5 years before all of the FO shares can be sold at market prices without requiring a significant discount.

8. The Estate must also dispose of its Overriding Royalty Interests ("ORRI") which were acquired in connection with the Sweetpea Sale. This disposition could take many years as exploration in the gas fields to which the ORRI's relate continues and until production begins to generate royalties. While monetizing the ORRIs may take a long time, the Trustee reasonably believes that the reward for creditors may be quite significant. The gas fields in question are touted to be the largest ever found on earth.

9. While most of the litigation the Estate has pursued or anticipated has been resolved, some claims objections are still under consideration and subject to further investigation. Nevertheless, the Trustee has, to date, been successful in reducing the claims against the Estate by nearly one-half, and has obtained orders disallowing approximately $40,000,000 in claims.

10. Accordingly, given the anticipated remaining period of time required to fully liquidate the remaining Estate assets, as well as his desire to make distributions to creditors, the Trustee believes that it is appropriate to distribute $4,000,000 at this time and requests Court approval to do so. Indeed, in the near future, the Trustee will have to pay a fee for the retention fo these funds imposed by the Estate's software and banking provider and, therefore, distribution will save the Estate and creditors money.

11. A listing of the distributees, including interim compensation to the Trustee, is attached as Exhibit A.

12. Any claims to which an objection has been filed and is still pending at the time of the distribution, will not be paid until resolved, however, the *pro rata* portion of that claimant's distribution will be calculated and withheld until a Final Court Order is entered.

13. In addition, Trustee requests that in connection with the distribution to creditors, Trustee receive an interim fee of $139,219. To date, Trustee has distributed for administrative and other approved expenses a total of $1,113,701, and if this motion is granted, he will distribute another $4 million. Pursuant to 11 U.S.C. §326, the Trustee's compensation is calculated to be $176,661. The Trustee has already applied for and received compensation in the amount of $37,783. Accordingly, pursuant to 11 U.S.C. §331, Trustee requests interim compensation in the amount of $139,219.

14. The Trustee alleges that this Court has the inherent authority including that available pursuant to 11 U.S.C. §105, to authorize such distribution and that it is in the best interest of creditors and the Estate.

WHEREFORE, for the reasons as set forth above, the Chapter 7 Trustee respectfully requests that the Court enter an Order authorizing the allowance and payment of an interim distribution to creditors and the Trustee, and for such other and further relief as this Court deems appropriate.

DATED: May 20, 2020

        Respectfully Submitted,

        WEINMAN & ASSOCIATES, P.C.


        By: /s/ *Jeffrey A. Weinman*
           Jeffrey A. Weinman, #7605
           730 17th Street, Suite 240
           Denver, CO 80202-3506
           Telephone: (303) 572-1010
           Facsimile: (303) 572-1011
           jweinman@weinmanpc.com

**9013-1 CERTIFICATE OF SERVICE OF MOTION, NOTICE AND PROPOSED ORDER**

  The undersigned certifies that on May 20, 2020, I served by CM/ECF the foregoing **MOTION FOR AUTHORITY TO PAY INTERIM DISTRIBUTION AND INTERIM TRUSTEE FEE**, notice and proposed order on all parties that receive service in this case using the e-mail addresses on file with the Court as obtained from the parties-in-interest's Notices of Entry of Appearance and on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED.R.BANKR.P. and these L.B.R. to the following:

U.S. Trustee
1961 Stout St.
Suite 12-200
Denver, CO 80294

Jeffrey Hill, Esq.
Chapter 7 Trustee
P.O. Box 1720
Parker, CO 80134

PetroHunter Energy Corporation
910 16th Street
Suite 208
Denver, CO 80202-2931

Alice A. White, Esq.
1801 Broadway
Suite 900
Denver, CO 80202

Barry Meinster, Esq.
Meinster & Associates, PC
PO Box 681
Conifer, CO 80433

Glenn W. Merrick, Esq.
G.W. Merrick & Associates, LLC
6300 S. Syracuse Way, Ste. 220
Centennial, CO 80111

Patrick D. Vellone, Esq.
Lance Henry, Esq.
James S. Helfrich, Esq.
Allen & Vellone, P.C.
1600 Stout Street, Suite 1100
Denver, CO 80202-3131

Timothy S. Bolding
President
CCES Piceance Partners I, LLC
6400 ECR 109
Midland, TX 79706

Matthew D. Skeen, Jr., Esq.
Skeen & Skeen, P.C.
217 E. 17th Ave.
Denver, CO 80203

John J. Kane, Esq.
Kane Russell Coleman Logan PC
1601 Elm Street
3700 Thanksgiving Tower
Dallas, TX 75201

Matthew R. Silverman
621 17th Street
Suite 2300
Denver, CO 80293

Charles S. Kelley, Esq.
Mayer Brown LLP
700 Louisiana St., Ste. 3400
Houston, TX 77002

Tyler R. Ferguson, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

William P. Rossini, Esq.
Rossini Law Firm
6440 N. Central Expressway
770 Turley Law Center
Dallas, TX 75206

              /s/ Lisa R. Kraai

Case:16-20197-KHT   Doc#:514-1   Filed:05/20/20   Entered:05/20/20 10:06:17   Page1 of 1

| Claim No. | Claimant | amount of c Claim | Proposed Distribution | Note | |
|---|---|---|---|---|---|
| 1 | T S Capital | $1,815.00 | $184.81 | (general uns. Claim    ) | |
| 2 | Matt Silverman | $218,150.00 | $22,213.18 | (general uns. Claim    ) | |
| 2A | Matt Silverman | $12,850.00 | $4,639.07 | (net priority wage claim) | |
| 3 | Rio Blanco County | $15,260.10 | $15,260.10 | (priority tax claim) | |
| 4 | Westex Drilling CO. | $448,041.67 | $45,621.95 | general uns. Claim | |
| 5 | I.R.S. | $3,364.20 | $342.56 | general uns. Claim | |
| 6 | Argo Partners | $377,520.45 | $38,441.11 | general uns. Claim | |
| 7 | Marc Bruner | $335,374.18 | $34,149.56 | general uns. Claim | Held in reserve pending challenge to claim) |
| 8 | Carmen Lotito | $248,750.00 | $25,329.04 | general uns. Claim | |
| 9 | Bruner Family Trust | $4,158,963.82 | $423,487.53 | general uns. Claim | Held in reserve pending challenge to claim) |
| 10 | Bruner Family Trust | $25,000.00 | $2,545.63 | general uns. Claim | Held in reserve pending challenge to claim) |
| 11 | Bruner Family Trust | $2,385,184.00 | $242,871.96 | general uns. Claim | Held in reserve pending challenge to claim) |
| 12 | Bruner Family Trust | $12,000,000 | $12,219.03 | general uns. Claim | Held in reserve pending challenge to claim) |
| 13 | Bruner Family Trust | $100,000.00 | $10,182.52 | general uns. Claim | Held in reserve pending challenge to claim) |
| 14 | Bruner Family Trust | $100,000.00 | $10,182.52 | general uns. Claim | Held in reserve pending challenge to claim) |
| 15 | Bruner Family Trust | $100,000.00 | $10,182.52 | general uns. Claim | Held in reserve pending challenge to claim) |
| 16 | JTE Finanz AG | $3,593,558.34 | $365,914.97 | general uns. Claim | Held in reserve pending challenge to claim) |
| 17 | Shook,Hardy Bacon | $2,330.82 | $237.37 | general uns. Claim | |
| 18 | Renn Capital Group | $783,326.00 | $79,762.37 | general uns. Claim | |
| 19 | Renn Fund | $1,562,130.00 | $159,064.28 | general uns. Claim | |
| 20 | RENN Universal Growth | $3,915,108.00 | $398,656.85 | general uns. Claim | |
| 21 | Global Project Finance AG-claim disallowed by Order of the Court | | | | |
| 22 | CR Innovations | $345,181.00 | $35,148.14 | general uns. Claim | |
| 23 | Martin Oring -See Amended Claim below) | | | | |
| 24 | Wealth Preservation | $387,777.00 | $39,485.49 | general uns. Claim | |
| 25 | Environmental Solutions-Claim late filed so not paid at this time) | | | | |
| 26 | Context TCM Tactical | $17,505,368.45 | $1,782,487.70 | general uns. Claim | *held in reserve to await documentation as to validity, and timeliness of the claim |
| 27 | Mr. Martin Oring | $799,907.00 | $81,450.73 | general uns. Claim | |
| 27A | Oring, Martin | $12,850.00 | $4,639.07 | net priority wage claim | |
| Totals | | | $3,820,163.26 | Effective pro rata rate: 0.1101182525) | |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                     )
                                           )
PETROHUNTER ENERGY CORPORATION             )     Case No. 16-20197 KHT
EIN: XX-XXX1245                            )     Chapter 7
                                           )
Debtor.                                    )

**ORDER AUTHORIZING PAYMENT OF INTERIM DISTRIBUTION AND INTERIM TRUSTEE FEE**

THIS MATTER, having come before the Court on the Chapter 7 Trustee's Motion to make interim distributions to creditors and to pay interim trustee fee ("Motion"); the Court having reviewed the Trustee's Motion and its file with respect to this matter; notice of the Application having been given pursuant to the requirements of Rule 9013 L.R.B.P. and no party in interest having objected thereto, or the Court having received an objection to the Application and having convened a hearing on this matter and having made findings of facts and conclusions of law; and the Court deeming itself sufficiently advised in the premises;

HEREBY FINDS that cause exists for granting the Trustee's Motion.

THEREFORE, THE COURT ORDERS:

1.   The Chapter 7 Trustee's Motion is granted.

2.   The Chapter 7 Trustee is hereby authorized to pay an interim distribution to creditors as listed on the list of distributees attached to the Trustee's Motion as Exhibit A.

3.   The Chapter 7 Trustee is hereby authorized an interim fee in the amount of $139,219.00.

DATED:_____

BY THE COURT:


_____
U.S. Bankruptcy Judge