```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX096262
Cashier ID: ahl
Transaction Date: 08/31/2020
Payer Name: Jeffrey Hill
-------------------------------------
TREASURY REGISTRY
 For: Jeffrey Hill
 Case/Party: D-COX-1-19-CV-001091-001
 Amount:          $39,016.91
-------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 59014
 Amt Tendered:    $39,016.91
-------------------------------------
Total Due:       $39,016.91
Total Tendered:  $39,016.91
Change Amt:      $0.00

Treasury Registry
16-20197-KHT


A fee of $53.00 will be assessed on
any returned check.
```