**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER, *et al*.

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

The Bruner Family Trust ("BFT") and Marc E. Bruner ("MEB"), as Trustee of The Bruner Family Trust (together the "BFT Parties"), pursuant to F.R.C.P. 6(b), submit this its Motion for Extension of time ("Motion") requesting an extension of time to respond to the amended complaint until 21 days after the Court enters an order in response to its Sua Sponte Order to Show Cause Why This Case Should not be Dismissed Without Prejudice for Lack of Subject Matter Jurisdiction (Doc. #31) (the "Show Cause Order"), and in support states as follows.

**Certificate of Conferral**

Undersigned counsel conferred with counsel for Plaintiff and is authorized to state this motion is unopposed.

1. The BFT Parties waived and accepted service of Plaintiff's amended complaint (Doc. #16) on July 14, 2020 (Doc. #26). Accordingly, the BFT Parties' deadline to respond to the amended complaint is September 14, 2020.

1

74672809.2

2

2. On August 12, 2020, the Court entered its Show Cause Order directing Plaintiff to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. Plaintiff filed its response to the Show Cause Order on August 31, 2020. Defendants' reply to the Show Cause Order is due by September 14, 2020, the same day the BFT Parties are currently required to respond to the amended complaint.

3. The BFT Parties request an extension of time to respond to the amended complaint until 21 days after the Court enters an order determining this case should not be dismissed for lack of subject matter jurisdiction.

4. Good cause exists to grant this Motion. If the Court dismisses this action for lack of subject matter jurisdiction all prior filings will be moot and time and expense incurred related to such filings will be wasted. Conversely, granting the requested relief will promote judicial economy and efficiency by avoiding the preparation and filing of potentially unnecessary pleadings.

5. Granting the requested relief will not unduly delay this proceeding or prejudice the Court or any parties, nor is it sought for any improper reason.

6. This is the BFT Parties' first request to extend their deadline to respond to the amended complaint.

7. Undersigned counsel certifies that he has served his client with a copy of this Motion.

Wherefore, the BFT Parties request that the Court enter an order granting them an extension of time to respond to the amended complaint until 21 days after the Court enters an order determining that this matter should not be dismissed for lack of subject matter jurisdiction.

Dated this 2nd day of September, 2020.

*/s/ William R. Meyer*
William R. Meyer, Attorney Reg. 34012
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Phone: (303) 572-9300
Fax: (303) 572-7883
E-mail: wmeyer@polsinelli.com

*Attorneys for The Bruner Family Trust and Marc E. Bruner, as trustee for the Bruner Family Trust*

3

74672809.2

## CERTIFICATE OF SERVICE

      The undersigned certifies that on September 2, 2020, the foregoing was served by CM/ECF to all parties of record using the e-mail addresses on file with the Court:

                                       */s/ William R. Meyer*

Michael A. Rollin
Foster Graham Milstein & Calisher LLP
360 South Garfield Street, Sixth Floor
Denver, CO 80209
Phone: (303) 333-9810
E-mail: mrollin@fostergraham.com
*Attorneys for Plaintiff, David E. Brody*

Timothy M. Swanson
William F. Jones
Tanya A. Sevy
Moye White LLP
1400 16th Street, Suite 600
Denver, CO 80202
Phone: (303) 292-2900
E-mail: tim.swanson@moyewhite.com
E-mail: billy.jones@moyewhite.com
E-mail: tanya.sevy@moyewhite.com
*Attorneys for Defendant, Marc A. Bruner*

74672809.2