IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER, *et al*.

Defendants.

---

**ORDER GRANTING <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

The Court, having reviewed the Bruner Family Trust's ("BFT") and Marc E. Bruner's ("MEB"), as Trustee of The Bruner Family Trust (together the "BFT Parties") motion requesting an extension of time to respond to the amended complaint until 21 days after the Court enters an order in response to its Sua Sponte Order to Show Cause Why This Case Should not be Dismissed Without Prejudice for Lack of Subject Matter Jurisdiction (Doc. #31) (the "Show Cause Order"), and being fully informed, hereby GRANTS the motion. The BFT Parties shall have until 21 days after the Court enters an order determining this case should not be dismissed for lack of subject matter jurisdiction to respond to the amended complaint.

Ordered this ____ day of _____, 2020.

BY THE COURT:

_____
Raymond P. Moore, United States District Court Judge

1

74673880.1