# EXHIBIT A

```
                   UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF COLORADO



    In re:                              Case No. 16-20197 KHT

    PETROHUNTER ENERGY CORPORATION              Chapter 7

              Debtor.


    Preliminary Hearing                  Courtroom D
                                         U.S. Bankruptcy Court
                                         721-19th Street
                                         Denver, Colorado, 80202

                                         August 6, 2020
                                         1:56 p.m.



              BEFORE THE HONORABLE KIMBERLEY TYSON


APPEARANCES:

    For the Trustee:                    Lance Henry, Esq.
                                        Allen Vellone Wolf Helfrich
                                        & Factor, P.C.
                                        1600 Stout Street
                                        Suite 1900
                                        Denver, Colorado 80202

    For the Creditor:                   Chad S. Caby, Esq.
                                        Lewis Roca Rothgerber
                                        Christie, LLP
                                        1200 17th Street
                                        Suite 3000
                                        Denver, Colorado 80202
```

```
For the Creditor:          David Miller, Esq.
                           Spencer Fane, LLP
                           1700 Lincoln Street
                           Suite 2000
                           Denver, Colorado 80203


For the Creditor:          Timothy M. Swanson, Esq.
                           Moye White, LLP
                           1400 16th Street
                           6th Floor
                           Denver, Colorado 80202



For the Creditor:          William Meyer, Esq.
                           Ghislaine Torres Bruner
                           Polsinelli, P.C.
                           1401 Lawrence Street
                           Suite 2300
                           Denver, Colorado 80202
```

```
 1                 MR. SWANSON:  I'm available the 20th as well.
 2                 MR. HENRY:  Your Honor, this -- oh --
 3                 THE COURT:  Yeah.  Who is this speaking?
 4                 MR. HENRY:  Your Honor, Lance Henry.  I'm available
 5    the 13th or the 20th or --
 6                 THE COURT:  Mr. Meyer?
 7                 MR. HENRY:  -- lots of other times.
 8                 MR. MEYER:  Your Honor, I can make the 13th or the
 9    20th work.  I'm sorry.  You said 1:30 too, to be clear?
10                 THE COURT:  Yes.
11                 MR. MEYER:  Yeah.
12                 THE COURT:  And it will be like today where there
13    are a number of parties -- or a number of the smaller things.
14    This was supposed to be a 15-minute preliminary hearing.  It's
15    now five after 3.
16                 All right.  We're going to continue it to August
17    20th.  I suggest strongly that the parties sit down and talk.
18    And I think the stipulation needs to be circulated as soon as
19    is humanly possible so that everybody understands what is
20    going on.  But I had understood Mr. Caby was limited to claim
21    number 7.  I'm a little surprised to find that your client
22    claims it has some interest in the funds coming out of claim
23    number 9 as amended.
24                 MR. CABY:  That's -- as indicated, Your Honor,
25    that's because of the civil conspiracy as to the claim --
```

```
 1              THE COURT:  Well, I don't know that that gives your
 2   client any claim -- any rights to claim number 9.  I really am
 3   struggling.
 4              MR. CABY:  Well, there's a --legal conclusion
 5              THE COURT:  I --
 6              MR. CABY:  -- civil -- sorry.  Go ahead.
 7              THE COURT:  -- that may give rise to damages, but
 8   again, I don't know how it relates to the claim filed by the
 9   Bruner Family Trust.
10              MR. CABY:  Well, they're involved in the civil
11   conspiracy as pled, Your Honor.  And so for purposes of the
12   fact --
13              THE COURT:  But what is -- what is their claim --
14   what does their claim in this estate have to do with that
15   conspiracy?
16              MR. CABY:  Well, the adversary proceeding brings
17   both of them together, Your Honor, with regard to the Bruners,
18   the Bruner Family Trust, and Mark E. Bruner as the trustee of
19   the trust.  And so to the extent that there's a conspiracy and
20   there's damages for purposes of my client, then I think it
21   brings it together and basically maintains the status quo.
22              THE COURT:  Well, but that's prejudgment attachment.
23   Is it not?
24              MR. CABY:  I think we're just -- it's -- maintaining
25   a status quo is what we're trying to do, Your Honor.
```

```
 1            THE COURT:  Well, I think you best look long and
 2   hard at what claim you actually have to the Bruner Family
 3   Trust claim in this estate because civil conspiracy -- I don't
 4   see how that reaches to the claim they filed independently of
 5   your client's claim.  But I'm sure you have some theory about
 6   that.
 7            Anyway, is there anything further we need to
 8   address?
 9            MR. MEYER:  Not from the Bruner Family Trust, Your
10   Honor.
11            MR. SWANSON:  Not from Mark E --
12            MR. CABY:  Not from Mr. Brody.
13            MR. HENRY:  Not from the trustee.
14            THE COURT:  All right.  Court will stand in recess.
15       (Proceeding concluded at 3:08 p.m.)
16
17
18
19       I certify that the foregoing is a correct transcript from
20   the record of proceedings in the above-entitled matter.
21
22   Date:  August 17, 2020           _____
                                      Lisa Ann Lopez
23                                    Aapex Legal Services, LLC
                                      10521 Booth Drive
24                                    Longmont, CO 80504
                                      Tel: 303-532-7856
25                                    Fax: 303-539-5298
```