IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

### DEFENDANT MARC A. BRUNER'S JOINDER TO DEFENDANTS' BRUNER FAMILY TRUST'S AND MARC E. BRUNER'S MOTION TO STRIKE

Defendant Marc A. Bruner ("MAB") hereby submits his Joinder in the Motion to Strike [Doc. #51] filed by Defendants Bruner Family Trust and Marc E. Bruner, as follows.

### JOINDER

MAB joins in the Motion to Strike [Doc. #51] and incorporates the arguments and authorities set forth in it as though fully set forth herein.  Those arguments and authorities apply equally to MAB and justify the striking of Plaintiff David E. Brody's Reply in Support of Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment [Doc. #48].

For the reasons stated in the Motion to Strike [Doc. #51], therefore, MAB respectfully requests that the Court grant the Motion to Strike [Doc. #51] and strike Plaintiff's Reply in Support of Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment [Doc. #48] in its entirety.

DATED this 18th day of September, 2020.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado  80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2020, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S JOINDER TO DEFENDANTS' BRUNER FAMILY TRUST'S AND MARC E. BRUNER'S MOTION TO STRIKE** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

/s/ *Tanya A. Sevy*