IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01091-RM-NRN | Date: September 30, 2020 |
| Courtroom Deputy: Stacy Libid | FTR: Courtroom C203 |

*Parties:* | *Counsel:*

DAVID E. BRODY, | Michael Rollin

   Plaintiff,

v.

MARC A. BRUNER, | Tanya Sevy
THE BRUNER FAMILY TRUST, and | William Jones
MARC E. BRUNER, AS TRUSTEE OF THE | William Meyer
BRUNER FAMILY TRUST,

   Defendants.

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:00 a.m.   Court in session.**

Court calls case. Appearances of counsel.

The Court will not enter a Scheduling Order at this time.

**ORDERED:** Within 5 days of Judge Moore's decision on subject matter jurisdiction the parties shall contact Chambers at 303-335-2403 to set a Scheduling Conference.

**ORDERED:** All discovery is **STAYED**.

Discussion regarding settlement. If the Parties seek the assistance of a Magistrate Judge to mediate the case, the parties shall file a motion making such request.

**11:32 a.m.   Court in recess.**

Hearing concluded.
Total in-court time:   00:32

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.