IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**DEFENDANT MARC A. BRUNER'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

Defendant Marc A. Bruner ("MAB") hereby submits his <u>Unopposed</u> Motion for Extension of Time to Respond to First Amended Complaint, as follows.

**Certificate of Conferral:** Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies she conferred with counsel for Plaintiff David Brody with regard to this Motion, and it is <u>unopposed</u>.

1. Defendant Marc A. Bruner ("MAB") waived and accepted service of Plaintiff's First Amended Complaint [Doc. #16] on August 12, 2020. Accordingly, MAB's answer or other response to the First Amended Complaint is due on Monday, October 12, 2020.

2. On August 12, 2020, the Court entered its Show Cause Order directing Plaintiff to show cause why this matter should not be dismissed for lack of subject matter jurisdiction.

3. Plaintiff filed his response to the Show Cause Order on August 31, 2020. MAB filed his Reply to the Show Cause Order on September 14, 2020. Co-Defendants Bruner Family Trust and Marc E. Bruner (the "BFT Parties") filed their Reply the same day.

4. The Show Cause Order, Plaintiff's Response, and all Defendants' Replies address whether this Court has jurisdiction. The matter is fully briefed and ripe for ruling.

5. Additionally, on September 30, 2020, the Court held a Scheduling Conference. *See* Minute Order [Doc. #60]. The Court heard brief argument on the procedural posture of this case, and the parties' positions regarding jurisdiction. Because of the jurisdictional question, the Court stayed all discovery in this matter. *Id.*

6. Based on the procedural status of this matter and the discovery stay, it is impractical and inefficient for MAB to file a response to the First Amended Complaint. Thus, MAB requests an extension of time to respond to the First Amended Complaint, until 21 days after the Court enters an order determining this case should not be dismissed for lack of subject matter jurisdiction.

7. Good cause exists for this Motion. If the Court determines it does not have subject matter jurisdiction, all prior filings will be moot, and MAB may have to re-file any response in state court. This would incur substantial time and expense, which can be avoided by the requested extension. Further, granting the requested relief will promote judicial economy and efficiency because it will avoid the preparation and filing of potentially unnecessary (and duplicative) pleadings. It will also reflect the extension already granted to the BFT Parties. *See* [Doc. #50].

8. No undue delay or prejudice will result from the requested extension. This matter is in its early stages, discovery is stayed, and the requested extension will not have any effect on any other upcoming deadline.

4840-0708-8590.1

9. This is MAB's first request for an extension to respond to the First Amended Complaint.

10. The undersigned certifies that, contemporaneously with filing, she is serving her client with a copy of this Motion.

WHEREFORE Defendant Marc A. Bruner respectfully requests the Court grant this Motion, enter an order granting him an extension of time to respond to the First Amended Complaint until 21 days after the Court enters an order determining that this matter should not be dismissed for lack of subject matter jurisdiction, and for such other and further relief as the Court deems appropriate.

DATED this 6th day of October, 2020.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado  80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

4840-0708-8590.1

# CERTIFICATE OF SERVICE

     I hereby certify that on the 6th day of October, 2020, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

                                                             */s/ Lisa Ray*

4840-0708-8590.1