IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant Marc A. Bruner's Unopposed Motion for Extension of Time to Respond to First Amended Complaint (Dkt. #61) is GRANTED finding good cause shown. Defendant Marc A. Bruner shall respond to the First Amended Complaint within 21 days after Judge Moore enters an order determining that this matter should not be dismissed for lack of subject matter jurisdiction.

Date: October 16, 2020