IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

David E. Brody,

    Plaintiff,

v.

Marc A. Bruner,
The Bruner Family Trust, and
Marc E. Bruner, As Trustee of The Bruner Family Trust,

    Defendants.

## ORDER RE: JOINT MOTION TO CONSOLIDATE

THIS MATTER, having come before the Court on the Joint Motion to Consolidate, and the Court being advised of the Premises, the Court hereby

ORDERS that the Motion is GRANTED and this action (the "Brody Action") shall be consolidated with Civil Action No. 20-cv-03243-NYW (the "Interpleader Action").

BY THE COURT:

_____
U.S. District Court Judge