**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

---

**DEFENDANT MARC A. BRUNER'S PARTIAL JOINDER TO DEFENDANTS'
BRUNER FAMILY TRUST'S AND MARC E. BRUNER'S MOTION TO DISMISS**

---

Defendant Marc A. Bruner ("MAB") hereby submits his Partial Joinder in the Motion to Dismiss [Doc. #67] filed by Defendants Bruner Family Trust and Marc E. Bruner (the "BFT Defendants"), as follows.

**JOINDER**

MAB joins in the Motion to Dismiss [Doc. #67] with regard to the arguments contained in Section IV(A), related to Plaintiff's claim for civil conspiracy, and Section IV(B), related to Plaintiff's claim for treble damages being barred by a one-year statute of limitations. MAB does not join in the remainder of Section IV(B), regarding the two-year statute of limitations generally applicable to civil theft claims. MAB incorporates the arguments and authorities contained in the above-mentioned sections of the Motion to Dismiss [Doc. #67] as though fully set forth herein. Those arguments and authorities apply equally to MAB and justify the dismissal of

4818-1629-1286.1

Plaintiff's claims for civil conspiracy in its entirety and for civil theft to the extent Plaintiff asserts treble damages.

For the reasons stated in the Motion to Dismiss [Doc. #67], therefore, MAB respectfully requests that the Court grant the Motion to Dismiss [Doc. #67] and dismiss Plaintiff's claim for civil conspiracy in its entirety and for civil theft to the extent Plaintiff asserts treble damages.

DATED this 4th day of January, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado  80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S PARTIAL JOINDER TO DEFENDANTS' BRUNER FAMILY TRUST'S AND MARC E. BRUNER'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner Family Trust and Marc E. Bruner*

/s/ Pamela Thede

4818-1629-1286.1