**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-CV-01091-RM-NRN

DAVID E. BRODY,

        Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

        Defendants.

---

**DEFENDANTS THE BRUNER FAMILY TRUST AND MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST'S
RESPONSE TO ORDER TO SHOW CAUSE**

---

Defendants The Bruner Family Trust ("BFT") and Marc E. Bruner ("MEB"), as Trustee of the BFT (together, the "BFT Parties"), respond to the Court's Amended Order, dated December 14, 2020 [Doc. #66], as follows.

The BFT Parties continue to dispute this Court has "related to," or other subject matter, jurisdiction. They also note again that they were not a party to the Agreement that Plaintiff claims was breached and should be dismissed from this action. Nonetheless, because the Court determined "related to" jurisdiction exists, it appears appropriate for this matter to be referred to the bankruptcy judges for this district even if that referral is withdrawn for an eventual jury trial. Consequently, the BFT Parties do not object to this matter being referred to the bankruptcy court.

1

2

Respectfully submitted this 6th day of January, 2021.

               POLSINELLI PC

               */s/ William R. Meyer*
               William R. Meyer, #34012
               1401 Lawrence Street, Suite 2300
               Denver, CO 80202
               Telephone: 303-572-9300
               Email: wmeyer@polsinelli.com
               *Attorneys for Defendants The Bruner Family*
               *Trust and Marc. E. Bruner, as Trustee for*
               *the Bruner Family Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

<em>/s/ William R. Meyer</em>