IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN
*(consolidated with 20-cv-03243)*

David E. Brody,

    Plaintiff,

v.

Marc A. Bruner,
The Bruner Family Trust, and
Marc E. Bruner, As Trustee of The Bruner Family Trust,

    Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

    (1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

    (2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

    (3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

    __X__ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

    DATED: January 29, 2021.

    Respectfully submitted,

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*s/Lance Henry*
Patrick D. Vellone
Lance Henry
1600 Stout Street, Suite 1900
Denver, Colorado 80202
(303) 534-4499
pvellone@allen-vellone.com
lhenry@allen-vellone.com

*Attorneys for the Interested Party, Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation*

FOSTER GRAHAM MILSTEIN & CALISHER LLP

*s/Michael A. Rollin*
Michael A. Rollin
Mallory A. Revel
Lindsey Idelberg
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
(303) 333-9810
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com

*Attorneys for David E. Brody*

MOYE WHITE LLP

*s/Tanya Sevy*
Billy Jones
Tanya Sevy
1400 16th Street, Suite 600
Denver, Colorado 80202
(303) 292-2900
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Marc A. Bruner*

POLSINELLI PC

*s/William R. Meyers*
William R. Meyer
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
(303) 572-9300
wmeyer@polsinelli.com

*Attorneys for Marc E. Bruner and the Bruner Family Trust*

# CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Mallory A. Revel
Lindsey Idelberg
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
*Attorneys for David E. Brody*

Billy Jones
Tanya Sevy
MOYE WHITE LLP.
1400 16th Street, Suite 600
Denver, Colorado 80202
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
*Attorneys for Marc A. Bruner*

William R. Meyer
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
wmeyer@polsinelli.com
*Attorneys for Marc E. Bruner and the Bruner Family Trust*

*s/Yvonne Davis*
Allen Vellone Wolf Helfrich & Factor P.C.