IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY, Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## DAVID E. BRODY'S ANSWER TO COMPLAINT FOR INTERPLEADER

Plaintiff, David E. Brody, hereby files his Answer to the Bankruptcy Trustee's Complaint for Interpleader.

1. Admit

2. Admit

3. Admit

4. Admit

5. Admit

6. Admit

7. Admit

8. Admit

9. Admit

10. Admit

11. Admit

12. Admit

13. Admit

14. Admit

15. Mr. Brody denies the characterization that there is insufficient information to determine the validity of his claims, but otherwise admits that the Trustee believes he is unable to determine how to distribute the proceeds and that interpleader is an appropriate procedural mechanism for the Trustee.

16. Mr. Brody concedes the Trustee's request to bar additional litigation against him provided that no such bar shall pertain to this consolidated action.

17. Admit

18. Admit

WHEREFORE, Mr. Brody agrees that the relief requested by the Trustee is appropriate.

Respectfully submitted, this 1st day of February, 2021.

             FOSTER GRAHAM MILSTEIN & CALISHER LLP

             /s/ *Michael A. Rollin*
             Michael A. Rollin
             Mallory A. Revel
             Lindsey Idelberg
             360 South Garfield Street, Sixth Floor
             Denver, Colorado 80209
             (303) 333-9810
             mrollin@fostergraham.com
             mrevel@fostergraham.com
             lidelberg@fostergraham.com

             *Attorneys for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2021, I electronically filed the foregoing **DAVID E. BRODY'S ANSWER TO COMPLAINT FOR INTERPLEADER** with the Clerk of Court using the CM/ECF system, which was electronically served to all counsel of record.

By: */s/ Angelica McClurg*
Angelica McClurg, Paralegal

3