## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

David E. Brody,

      Plaintiff,

v.

Marc A. Bruner,
The Bruner Family Trust, and
Marc E. Bruner, As Trustee of The Bruner Family Trust,

      Defendants.

---

## ANSWER TO INTERPLEADER COMPLAINT

---

Defendant Marc A. Bruner ("MAB"), by and through his counsel Moye White LLP, hereby submits his Answer to the Interpleader Complaint filed by Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation (the "Trustee") as follows:

### I.    ANSWER TO JURISDICTION AND VENUE

1.    The allegations contained in Paragraph 1 of the Complaint assert legal conclusions for which no response is required.  To the extent any further response is required, MAB does not dispute this Court's jurisdiction.

2.    The allegations contained in Paragraph 2 of the Complaint assert legal conclusions for which no response is required.  To the extent any further response is required, MAB does not dispute that venue is appropriate in this Court.

### II.    ANSWER TO PARTIES

1

3.      Upon information and belief, MAB admits the allegations contained in Paragraph

3 of the Complaint.

4.      MAB admits the allegations contained in Paragraph 4 of the Complaint.

5.      MAB lacks sufficient knowledge and information to respond to the allegations

concerning Brody's residence, and therefore denies same.  MAB admits the remaining allegations

contained in Paragraph 5 of the Complaint.

6.      MAB admits the allegations contained in Paragraph 6 of the Complaint.

### III.    ANSWER TO GENERAL ALLEGATIONS

7.      Upon information and belief, MAB admits the allegations contained in Paragraph

7 of the Complaint.

8.      MAB admits the allegations contained in Paragraph 8 of the Complaint.

9.      MAB admits the allegations contained in Paragraph 9 of the Complaint.

10.     With regard to the allegations contained in Paragraph 10, MAB admits that the

terms of the Stipulation, dated on or about August 26, 2020, speak for themselves, and denies any

allegation inconsistent therewith.

11.     With regard to the allegations contained in Paragraph 11, MAB admits the August

27, 2020 Order entered by the Bankruptcy Court speaks for itself, and denies any allegation

inconsistent therewith.

12.     The allegations contained in Paragraph 12 of the Complaint assert legal conclusions

for which no response is required, and MAB therefore denies same.

13.     The allegations contained in Paragraph 13 of the Complaint assert legal conclusions

for which no response is required, and MAB therefore denies same.

#### IV.     ANSWER TO FIRST CLAIM FOR RELIEF
**(Interpleader)**

14.     MAB incorporates his responses previously set forth herein.

15.     MAB admits that the Trustee may be permitted to interplead the applicable proceeds from the Bankruptcy Court and place them in the Court registry.  MAB denies the remaining allegations contained in Paragraph 15 of the Complaint.

16.     MAB denies the allegations contained in Paragraph 16 of the Complaint.

17.     The allegations contained in Paragraph 17 assert legal conclusions for which no response is required.  To the extent any further response is required, MAB denies the allegations contained in Paragraph 17 of the Complaint.

18.     The allegations contained in Paragraph 18 assert legal conclusions for which no response is required.  To the extent any further response is required, MAB denies the allegations contained in Paragraph 18 of the Complaint.

#### V.     RELIEF REQUESTED

MAB admits that the Trustee may distribute all proceeds from the Bankruptcy Case related to Clam No. 7 into the court registry for this matter.  MAB denies the remaining allegations contained in the paragraph starting "Wherefore" after the heading "Relief Requested" on page 5 of the Complaint.

#### GENERAL DENIAL

MAB denies any allegation not expressly admitted herein.

DATED this 1st day of February, 2021.


**MOYE WHITE LLP**


By:  /s/ *Tanya A. Sevy*
      William F. Jones
      Timothy M. Swanson
      Tanya A. Sevy
      1400 16th Street, 6th Floor
      Denver, Colorado  80202
      Phone: (303) 292-2900
      Email: billy.jones@moyewhite.com
      tim.swanson@moyewhite.com
      tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S ANSWER** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

Patrick D. Vellone
Lance Henry
ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*Attorneys for Interpleader Plaintiff*
*Jeffrey L. Hill, Chapter 7 Trustee of*
*PetroHunter Energy Corporation*

*/s/ Elisabeth Mason*

5