IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

David E. Brody,

    Plaintiff,

v.

Marc A. Bruner,
The Bruner Family Trust, and
Marc E. Bruner, As Trustee of The Bruner Family Trust,

    Defendants.

## CHAPTER 7 TRUSTEE JEFFREY HILL'S UNOPPOSED MOTION TO DEPOSIT FUNDS PURSUANT TO RULE 67(a)

Interpleader Plaintiff, Jeffrey L. Hill, in his capacity as the Chapter 7 Trustee of PetroHunter Energy Corporation (the "Trustee"), pursuant to FED. R. CIV. P. 67(a), moves the Court for an Order permitting the Trustee to deposit funds into the registry of the Court until a final order is entered in this matter, and in support thereof states as follows:

**Certificate of Conferral pursuant to D.C.Colo.L.CivR 7.1**

Counsel for the Trustee conferred via email with counsel for all of the parties to this action, regarding the specific relief requested herein. No party objects to the relief the Trustee seeks in this Motion.

    1.    Jeffrey Hill ("the Trustee") is the duly appointed Chapter 7 Trustee in Bankruptcy Case 16-20197-KHT ("the Bankruptcy Case"), who holds, on behalf of

the PetroHunter estate, the balance of any distributions for Claim No. 7 ("the

Disputed Claim") in the Bankruptcy Case. The Disputed Claim is the subject matter

of this case proceeding before this Court.

2.    The Trustee takes no position on whether any amounts payable under

the Disputed Claim are properly paid to Brody, Marc A. Bruner, or anyone else, and

seeks only to pay those amounts into the registry of this Court pending

determination of who is entitled to those funds.

3. On October 29, 2020, the Trustee initiated an Interpleader Action by filing

the Interpleader Complaint [Docket No. 1, Case 20-CV-03243-NYW] to effect the

transfer of the amount reserved in the Bankruptcy Case on account of the Disputed

Claim to the registry of the District Court, pending resolution of the claims in this

action. The Court consolidated the Interpleader action with this case on January 5,

2021 [Docket No. 14, Case 20-CV-03243-NYW].

4. On February 1, 2021, all Defendants filed their Answers to the

Interpleader Complaint (Docket Nos. 77, 78, and 79). While the Interpleader

Defendants disputed certain characterizations in the Interpleader Complaint and

dispute various rights and liabilities among the parties, no Interpleader Defendants

objected to an Order permitting the Trustee to interplead the proceeds from the

Disputed Claim into the registry of this Court.

5.    FED. R. CIV. P. 67(a) states "If any part of the relief sought is a money

judgment or the disposition of a sum of money or some other deliverable thing, a

party—on notice to every other party and **by leave of court**—may deposit with the

court all or part of the money or thing, whether or not that party claims any of it." (Emphasis added).

**WHEREFORE,** the Trustee respectfully requests an Order from the Court permitting the deposit of all current and future proceeds from the Disputed Claim Number 7 into the registry of the Court, and for such other and further relief the Court deems just and proper.

Respectfully submitted, this 19th day of February 2021.

ALLEN VELLONE WOLF HELFRICH & FACTOR P.C.

*/s/Lance Henry*

Patrick D. Vellone, Colorado Bar No. 15284
Lance Henry, Colorado Bar No. 50864
1600 Stout Street, Suite 1900
Denver, Colorado 80202
(303) 534-4499
pvellone@allen-vellone.com
lhenry@allen-vellone.com

*Attorneys for the Interpleader Plaintiff, Jeffrey L. Hill, in his capacity as the Chapter 7 Trustee of PetroHunter Energy Corporation*

## Certificate of Service

I hereby certify that on the 19th day of February 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Mallory A. Revel
Lindsey Idelberg
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
*Attorneys for David E. Brody*

Billy Jones
Tanya Sevy
MOYE WHITE LLP.
1400 16th Street, Suite 600
Denver, Colorado 80202
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
*Attorneys for Marc A. Bruner*

William R. Meyer
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, Colorado 80202
wmeyer@polsinelli.com
*Attorneys for Marc E. Bruner and the Bruner Family Trust*

/s/ Savanna B. Chavez
Allen Vellone Wolf Helfrich & Factor, P.C.