IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

David E. Brody,

    Plaintiff,

v.

Marc A. Bruner,
The Bruner Family Trust, and
Marc E. Bruner, As Trustee of The Bruner Family Trust,

    Defendants.

---

**ORDER RE: CHAPTER 7 TRUSTEE JEFFREY HILL'S
MOTION TO DEPOSIT FUNDS PURSUANT TO RULE 67(a)**

---

THIS MATTER, having come before the Court on the Chapter 7 Trustee Jeffrey Hill's Motion to Deposit Funds Pursuant to Rule 67(a), and the Court being advised of the Premises, the Court hereby

ORDERS that the Motion is GRANTED and the Trustee is permitted to deposit all current and future proceeds from the Disputed Claim Number 7 into the registry of the Court.

BY THE COURT:

_____
U.S. District Court Judge