IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

    Defendants.

## ORDER

This matter is before the Court on Interpleader Plaintiff Jeffrey L. Hill's, in his capacity as the Chapter 7 Trustee of the PetroHunter Energy Corporation ("Trustee"), unopposed motion (ECF No. 80) to deposit funds into the registry of the Court pursuant to Fed. R. Civ. P. 67(a). The Trustee holds, on behalf of the PetroHunter estate, the balance of the distribution from Claim No. 7 ("Claim 7") in the Bankruptcy Case 16-20197-KHT, in the United States Bankruptcy Court for the District of Colorado.

The Trustee takes no position on whether any of the proceeds from Claim 7 are payable to Plaintiff, Defendants, or anyone else in this matter, and seeks only to pay those amounts into the Court's registry.

Upon consideration of the motion, the Court hereby **ORDERS** as follows:

a.     The Trustee's motion (ECF No. 80) to deposit funds into the registry of the Court is GRANTED;

b. The Trustee shall deposit the Claim 7 proceeds with the Clerk of the Court in accordance with Fed. R. Civ. P. 67 and D.C.COLO.LCivR 67.2; and

c. The Clerk shall deposit those proceeds into the Court's registry to be held in a Disputed Ownership Fund pending final disposition of this matter pursuant to D.C.COLO.LCivR 67.2(e).

DATED this 19th day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge