```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX098466
Cashier ID: ahl
Transaction Date: 03/22/2021
Payer Name: Jeffrey Hill
------------------------------------------
TREASURY REGISTRY
 For: Jeffrey Hill
 Case/Party: D-COX-1-19-CV-001091-001
 Amount:         $39,016.91
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 59044
 Amt Tendered:   $39,016.91
------------------------------------------
Total Due:       $39,016.91
Total Tendered:  $39,016.91
Change Amt:      $0.00

Court Treasury Deposit

case no. 19-cv-01091-RM-NRN

Per Order: #81


A fee of $53.00 will be assessed on
any returned check.
```