```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX098674
Cashier ID: ah1
Transaction Date: 04/08/2021
Payer Name: Jeffrey Hill
------------------------------------------
TREASURY REGISTRY
 For: Jeffrey Hill
 Case/Party: D-COX-1-19-CV-001091-001
 Amount:        $19,508.45
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 59052
 Amt Tendered:  $19,508.45
------------------------------------------
Total Due:       $19,508.45
Total Tendered:  $19,508.45
Change Amt:      $0.00

Court Treasury Deposit

19-cv-01091-RM-NRN
Per Order: #81

A fee of $53.00 will be assessed on
any returned check.
```