IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01091-RM-NRN | Date:  April 23, 2021 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| _Parties:_ | _Counsel:_ |
|---|---|
| DAVID E. BRODY, | Michael Rollin |
|    Plaintiff, | |
| v. | |
| MARC A. BRUNER<br>THE BRUNER FAMILY TRUST, and<br>MARC E. BRUNER, AS TRUSTEE OF THE<br>BRUNER FAMILY TRUST, | Tanya Sevy<br>William Meyer |
|    Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**2:06 p.m.     Court in session.**

Court calls case. Appearances of counsel. Also, on behalf of Interested Party counsel Lance Henry.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **May 7, 2021**.

Joinder of Parties/Amendment to Pleadings: **June 18, 2021**

Discovery Cut-off: **December 10, 2021**

Dispositive Motions Deadline: **January 21, 2022**

Each side shall be limited to 5 depositions, excluding experts.

Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.

Plaintiff shall be limited to 30 interrogatories total.
Defendant shall be limited to 20 interrogatories to each party.
Plaintiff shall be limited to 30 requests for production and 30 requests for admission total.
Defendant shall be limited to 20 requests for production and 20 requests for admission to each party.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each party is limited to one (1) expert witness per designated field of expertise, absent further order of the Court for good cause shown.
Disclosure of Affirmative Experts: **September 1, 2021**
Disclosure of Rebuttal Experts: **October 1, 2021**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**JOINT STATUS REPORT** shall be filed no later than **September 15, 2021**, updating the Court on the status of discovery and if there is anything the parties need to address with the Court.  If there are any outstanding issues, the Court may set a Status Conference.

A **Final Pretrial Conference** is set for **March 9, 2022 at 10:30 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed pretrial order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**2:33 p.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.