IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**DEFENDANT MARC A. BRUNER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Marc A. Bruner ("MAB") hereby submits his Motion for Extension of Time to File Response to Motion for Judgment on the Pleadings, as follows.

Certificate of Conferral: Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies she conferred with counsel for all other parties. Plaintiff does not oppose the requested relief. Defendants Bruner Family Trust and Marc E. Bruner join in this request to the extent they plan to file a Response to Plaintiff's Motion for Judgment on the Pleadings [Doc. #90].

1. On May 14, 2021, Plaintiff David Brody filed his Motion for Judgment on the Pleadings [Doc. #90]. Accordingly, a response is currently due on Friday, June 4, 2021.

2. Counsel for Bruner was in trial in Boulder County, Colorado from May 24-27, 2021. Further, as explained in other pleadings in this matter, Defendant Bruner frequently resides abroad. This complicates the process for obtaining Bruner's approval and input for certain

4841-3022-3596.1

pleadings, including the Response. Although counsel has been working on the Response, therefore, a brief extension is required. For these reasons, Bruner seeks a brief two-week extension, up to and including June 18, 2021, to file any Response.

3. This is the first request for an extension filed by Bruner with this Court.

4. Good cause exists for this extension. It allows Bruner to file his Response and for counsel to thoroughly research the Response and coordinate the filing with her client.

5. No party will suffer any prejudice from the requested extension. Plaintiff does not oppose this Motion, and to the extent they plan to respond, Defendants Bruner Family Trust and Marc E. Bruner join in the request. This matter is still in its preliminary stages. The parties have recently exchanged disclosures, but no other discovery has been exchanged, and no other deadlines will be affected by this brief extension.

6. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned certifies that a copy of this Motion is being served contemporaneously on Bruner.

WHEREFORE, Defendant Marc A. Bruner respectfully requests the Court grant this Motion, allow Bruner a brief two-week extension of time, up to and including June 18, 2021, to respond to Plaintiff's Motion for Judgment on the Pleadings [Doc. #90], and for such other and further relief as the Court deems appropriate.

DATED this 1st day of June, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy

4841-3022-3596.1

              1400 16th Street, 6th Floor
              Denver, Colorado  80202
              Phone: (303) 292-2900
              Email: billy.jones@moyewhite.com
              tim.swanson@moyewhite.com
              tanya.sevy@moyewhite.com

              *Attorneys for Defendant Marc A. Bruner*

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner Family Trust and Marc E. Bruner*

Patrick D. Vellone
Lance Henry
ALLEN VELLONE WOLF HELFRICH & FACTOR PC

*Attorneys for Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation*

/s/ Pamela Thede

4841-3022-3596.1