**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**DEFENDANT MARC A. BRUNER'S UNOPPOSED MOTION TO AMEND
AFFIRMATIVE DEFENSES**

Defendant Marc A. Bruner ("MAB") hereby submits his Unopposed Motion to Amend Affirmative Defenses, as follows.

Certificate of Conferral: Pursuant to D.C.COLO.LCivR 7.1(a), counsel for MAB conferred with all other counsel, who do not oppose the requested relief.

1. MAB filed his Answer and Affirmative Defenses [Doc. #68] on January 4, 2021. Pursuant to this Court's Scheduling Order [Doc. #89], the deadline to amend is June 18, 2021.

2. MAB seeks to amend his Answer to add a single affirmative defense that the contract at issue is void against public policy.

3. Fed. R. Civ. P. 15(a)(2) provides that after a responsive pleading is filed, amendment is only allowed "with the opposing party's written consent or the court's leave." *Id.*; *see also Calderon v. Kansas Dep't of Social & Rehabilitation Servs.*, 181 F.3d 1180 (10th Cir.

4811-6946-1743.1

1999).  Further, "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).  Generally, leave to amend is only denied "upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." *Frank v. U.S. West, Inc.*, 3 F.3d 1357, 1365 (10th Cir. 1993).

4. Allowing MAB to amend his Answer is appropriate here.  The opposing party has provided consent and does not oppose this motion.

5. Moreover, there is no undue delay or other circumstances sufficient to deny amendment.  This matter is still in its early phases, and indeed, the pleadings have not yet closed because of a pending Motion to Dismiss.  The Amended Answer is also filed within the time to amend.

6. Additionally, there is no undue prejudice, bad faith, or dilatory motive.  The parties have conferred, and Plaintiff does not oppose the requested relief.  Moreover, the addition of the affirmative defense will allow full and fair litigation of the disputed issues in this matter.

WHEREFORE, Defendant Marc A. Bruner respectfully requests the Court grant this Motion, accept the Amended Answer and Affirmative Defenses, and for such other and further relief as the Court deems appropriate.  A redlined version of the Amended Answer and Affirmative Defenses is filed as <u>Exhibit A</u> to this Motion.

DATED this 17th day of June, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado 80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

4811-6946-1743.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S <u>UNOPPOSED</u> MOTION TO AMEND AFFIRMATIVE DEFENSES** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

Patrick D. Vellone
Lance Henry
ALLEN VELLONE WOLF HELFRICH & FACTOR PC

*Attorneys for Interpleader Plaintiff*
*Jeffrey L. Hill, Chapter 7 Trustee of*
*PetroHunter Energy Corporation*

                                                            */s/ Tanya A. Sevy*

4811-6946-1743.1