IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**DEFENDANT MARC A. BRUNER'S NOTICE OF FILING OF EXHIBIT FOR <u>UNOPPOSED</u> MOTION TO AMEND AFFIRMATIVE DEFENSES [DOC. #95]**

Defendant Marc A. Bruner, through counsel, hereby submits his Notice of Filing of Exhibit for <u>Unopposed</u> Motion to Amend Affirmative Defenses, as follows:

1. On June 17, 2021, Bruner filed his <u>Unopposed</u> Motion to Amend Affirmative Defenses to add an affirmative defense that the August 16, 2017 Agreement between the parties is void as against public policy.

2. Pursuant to D.C.COLO.LCivR 15.1(a), the <u>Unopposed</u> Motion referenced a redlined copy of MAB's First Amended Answer, to be attached as an exhibit. *See generally* [Doc. #95]. However, due to a filing error, the First Amended Answer was not filed with the <u>Unopposed</u> Motion.

3. Accordingly, MAB submits this Notice regarding the filing of the redlined First Amended Answer, attached herewith.

4837-3874-0463.1

DATED this 18th day of June, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado 80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S NOTICE OF FILING OF EXHIBIT FOR UNOPPOSED MOTION TO AMEND AFFIRMATIVE DEFENSES [DOC. #95]** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

Patrick D. Vellone
Lance Henry
ALLEN VELLONE WOLF HELFRICH & FACTOR PC

*Attorneys for Interpleader Plaintiff*
*Jeffrey L. Hill, Chapter 7 Trustee of*
*PetroHunter Energy Corporation*

                                                            /s/ Tanya A. Sevy

4837-3874-0463.1