# EXHIBIT 5

**Fill in this information to identify the case:**

Debtor name  **PetroHunter Energy Corporation**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO, DENVER DIVISION**

Case number (if known) **16-20197**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

 ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

 ■ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bruce E. Lazier** | | |
|---|---|---|---|

| | | **$38,707.00** | **$5,622,104.00** |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**100% of the stock of Sweetpea Petroleum Pty Ltd.**

**6440 N Central Expy Ste 412**
**Dallas, TX 75206-4135**
Creditor's mailing address

**Describe the lien**

**Convertible Debentures**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | **PetroHunter Energy Corporation** | | Case number (if known) | **16-20197** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.2 | **Bruce E. Lazier, DBP** | | Describe debtor's property that is subject to a lien | $38,707.00 | $5,622,104.00 |
|---|---|---|---|---|---|

| | Creditor's Name | |
|---|---|---|

**c/o Bruce E. Lazier, Trustee**
**6440 N Central Expy Ste 412**
**Dallas, TX 75206-4135**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**100% of the stock of Sweetpea Petroleum Pty Ltd.**

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

1. Bruce E. Lazier, DBP
2. Danielle H. Lazier
3. David E. Brody
4. Global Project Finanace AG
5. Renaissance US Growth & Investment Trust
6. Renaissance Capital Growth & Income Fund
7. US Special Opportunities Trust PLC
8. Premier RENN US Emerging Growth Fund Ltd
9. WES-TEX Drilling Company
10. Desmodio Management Inc.
11. Hapi Handels und Beteiligungs GmbH
12. West Indies Enterprises Ltd.
13. Elsbeth Russenberger
14. T.R. Darne as Trustee of the Montac Trus
15. David E. Fisher
16. Equity Trust Co., Custodian
17. El Oro Limited
18. Bruce E. Lazier
19. Wealth Preservation Defined Benefit Plan

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**

**Danielle H. Lazier**
Creditor's Name

**4348 Twin Post Rd**
**Dallas, TX 75244-6743**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien      $38,707.00      $5,622,104.00

**100% of the stock of Sweetpea Petroleum Pty Ltd.**

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Debtor **PetroHunter Energy Corporation**
Name

Case number (if known)   **16-20197**

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☒ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.4 | **David E. Brody** | Describe debtor's property that is subject to a lien | $155,040.00 | $5,622,104.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**100% of the stock of Sweetpea Petroleum Pty Ltd.**

**2209 Green Oaks Ln**
**Greenwood Village, CO**
**80121-1548**
Creditor's mailing address

Describe the lien
**Convertible Debentures**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | | Case number (if know) | **16-20197** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

1. Bruce E. Lazier, DBP
2. Danielle H. Lazier
3. David E. Brody
4. Global Project Finanace AG
5. Renaissance US Growth & Investment Trust
6. Renaissance Capital Growth & Income Fund
7. US Special Opportunities Trust PLC
8. Premier RENN US Emerging Growth Fund Ltd
9. WES-TEX Drilling Company
10. Desmodio Management Inc.
11. Hapi Handels und Beteiligungs GmbH
12. West Indies Enterprises Ltd.
13. Elsbeth Russenberger
14. T.R. Darne as Trustee of the Montac Trus
15. David E. Fisher
16. Equity Trust Co., Custodian
17. El Oro Limited
18. Bruce E. Lazier
19. Wealth Preservation Defined Benefit Plan

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**  **David E. Fisher**

Creditor's Name

**39 Rue Des Genets**
**Bridel L-8131**
**Luxembourg**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**100% of the stock of Sweetpea Petroleum Pty Ltd.**

**Describe the lien**
**Convertible Debentures**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

| $173,210.00 | $5,622,104.00 |
|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.6 | **Desmodio Management Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $232,525.00 | $5,622,104.00 |
| | **Kirchstrasse 79 FL 9490 Vaduz Liechtenstein** | **100% of the stock of Sweetpea Petroleum Pty Ltd.** | | |
| | Creditor's mailing address | | | |

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

Debtor **PetroHunter Energy Corporation**
_____
Name

Case number (if know)    **16-20197**
_____

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace**
**AG**
**5. Renaissance US Growth**
**& Investment Trust**
**6. Renaissance Capital**
**Growth & Income Fund**
**7. US Special**
**Opportunities Trust PLC**
**8. Premier RENN US**
**Emerging Growth Fund Ltd**
**9. WES-TEX Drilling**
**Company**
**10. Desmodio Management**
**Inc.**
**11. Hapi Handels und**
**Beteiligungs GmbH**
**12. West Indies**
**Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee**
**of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co.,**
**Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation**
**Defined Benefit Plan**

---

| 2.7 | **El Oro Limited** |
|---|---|

Creditor's Name

**41 Cheval Place**
**London SW7 1EW**
**Great Britain**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

Describe debtor's property that is subject to a lien
**100% of the stock of Sweetpea Petroleum**
**Pty Ltd.**
_____

Describe the lien
**Convertible Debentures**
_____
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$374,962.00    $5,622,104.00

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if know) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.8 | **Elsbeth Russenberger** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien   $46,300.00   $5,622,104.00

**100% of the stock of Sweetpea Petroleum Pty Ltd.**

**Rudolf Brunner Strasse 9**
**8700 Kuesnacht**
**Switzerland**
Creditor's mailing address

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace**
**AG**
**5. Renaissance US Growth**
**& Investment Trust**
**6. Renaissance Capital**
**Growth & Income Fund**
**7. US Special**
**Opportunities Trust PLC**
**8. Premier RENN US**
**Emerging Growth Fund Ltd**
**9. WES-TEX Drilling**
**Company**
**10. Desmodio Management**
**Inc.**
**11. Hapi Handels und**
**Beteiligungs GmbH**
**12. West Indies**
**Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee**
**of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co.,**
**Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation**
**Defined Benefit Plan**

---

| 2.9 | **Equity Trust Co.,** | Describe debtor's property that is subject to a lien | $24,736.00 | $5,622,104.00 |
|---|---|---|---|---|
| | **Custodian** | | | |

Creditor's Name

**100% of the stock of Sweetpea Petroleum**
**Pty Ltd.**

**FBO Raymond John**
**Pfenning IRA**
**PO Box 1512**
**Elyria, OH 44036-1512**

Creditor's mailing address

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | | Case number (if known) | **16-20197** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace**
**AG**
**5. Renaissance US Growth**
**& Investment Trust**
**6. Renaissance Capital**
**Growth & Income Fund**
**7. US Special**
**Opportunities Trust PLC**
**8. Premier RENN US**
**Emerging Growth Fund Ltd**
**9. WES-TEX Drilling**
**Company**
**10. Desmodio Management**
**Inc.**
**11. Hapi Handels und**
**Beteiligungs GmbH**
**12. West Indies**
**Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee**
**of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co.,**
**Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation**
**Defined Benefit Plan**

---

| 2.10 | **Global Project Finanace**
**AG** | Describe debtor's property that is subject to a lien | $9,304,884.00 | $5,622,104.00 |
|---|---|---|---|---|

Creditor's Name

**Sunnaeai 1**
**Sachsein 6072**
**Switzerland**

Creditor's mailing address

**100% of the stock of Sweetpea Petroleum**
**Pty Ltd.**

**Describe the lien**
**Convertible Debentures/Promissory Note**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **PetroHunter Energy Corporation** | | Case number (if know) | **16-20197** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.1 1 | **Hapi Handels und Beteiligungs GmbH** | Describe debtor's property that is subject to a lien | $1,621,723.00 | $5,622,104.00 |
|---|---|---|---|---|

| Creditor's Name | **100% of the stock of Sweetpea Petroleum Pty Ltd.** |
|---|---|

**Esslinggasse2**
**A-1010 Wien**
**Switzerland**

Creditor's mailing address

**Describe the lien**

**Convertible Debentures**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | | Case number (if know) | **16-20197** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP
2. Danielle H. Lazier
3. David E. Brody
4. Global Project Finanace AG
5. Renaissance US Growth & Investment Trust
6. Renaissance Capital Growth & Income Fund
7. US Special Opportunities Trust PLC
8. Premier RENN US Emerging Growth Fund Ltd
9. WES-TEX Drilling Company
10. Desmodio Management Inc.
11. Hapi Handels und Beteiligungs GmbH
12. West Indies Enterprises Ltd.
13. Elsbeth Russenberger
14. T.R. Darne as Trustee of the Montac Trus
15. David E. Fisher
16. Equity Trust Co., Custodian
17. El Oro Limited
18. Bruce E. Lazier
19. Wealth Preservation Defined Benefit Plan**

---

| 2.1 2 | **Premier RENN US Emerging Growth Fund Ltd** | Describe debtor's property that is subject to a lien | $783,326.00 | $5,622,104.00 |
|---|---|---|---|---|
| | Creditor's Name | **100% of the stock of Sweetpea Petroleum Pty Ltd.** | | |

**C/o RENN Capital Group, Inc.
11520 N Central Expy Ste 162
Dallas, TX 75243-6619**

Creditor's mailing address

Describe the lien

**Convertible Debentures**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.13 | **Renaissance Capital Growth & Income Fund** | Describe debtor's property that is subject to a lien | $1,562,130.00 | $5,622,104.00 |
|---|---|---|---|---|
| | Creditor's Name | **100% of the stock of Sweetpea Petroleum Pty Ltd.** | | |

**11520 N Central Expy Ste 162**
**Dallas, TX 75243-6619**
Creditor's mailing address

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

| Debtor | **PetroHunter Energy Corporation** | | Case number (if known) | **16-20197** |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace**
**AG**
**5. Renaissance US Growth**
**& Investment Trust**
**6. Renaissance Capital**
**Growth & Income Fund**
**7. US Special**
**Opportunities Trust PLC**
**8. Premier RENN US**
**Emerging Growth Fund Ltd**
**9. WES-TEX Drilling**
**Company**
**10. Desmodio Management**
**Inc.**
**11. Hapi Handels und**
**Beteiligungs GmbH**
**12. West Indies**
**Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee**
**of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co.,**
**Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation**
**Defined Benefit Plan**

---

| 2.14 | **Renaissance US Growth & Investment Trust** | Describe debtor's property that is subject to a lien | $3,131,782.00 | $5,622,104.00 |
|---|---|---|---|---|

Creditor's Name

**c/o RENN Capital Group,**
**Inc.**
**11520 N Central Expy # 162**
**Dallas, TX 75243-6619**

Creditor's mailing address

**100% of the stock of Sweetpea Petroleum**
**Pty Ltd.**

**Describe the lien**
**Convertible Debentures**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.1 5 | **T.R. Darne as Trustee of the Montac Trus** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe debtor's property that is subject to a lien**
**100% of the stock of Sweetpea Petroleum Pty Ltd.**

$834,318.00        $5,622,104.00

**39 Rue Des Genets**
**Bridel L-8131**
**Luxembourg**
Creditor's mailing address

**Describe the lien**
**Convertible Debentures**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **US Special Opportunities Trust PLC** | Describe debtor's property that is subject to a lien | $783,326.00 | $5,622,104.00 |
| | Creditor's Name | **100% of the stock of Sweetpea Petroleum Pty Ltd.** | | |

**c/o RENN Capital Group, Inc.**
**11520 N Central Expy Ste 162**
**Dallas, TX 75243-6619**
Creditor's mailing address

Describe the lien
**Convertible Debentures**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 16 of 20

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

- ☐ No
- ☒ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.17 | **Wealth Preservation Defined Benefit Plan** | Describe debtor's property that is subject to a lien | $387,777.00 | $5,622,104.00 |
|---|---|---|---|---|
| | Creditor's Name | **100% of the stock of Sweetpea Petroleum Pty Ltd.** | | |

**7582 Hawks Landing Dr**
**West Palm Beach, FL**
**33412-3108**
Creditor's mailing address

Describe the lien
**Convertible Debentures**

Is the creditor an insider or related party?

Creditor's email address, if known

- ☐ No
- ☒ Yes

Is anyone else liable on this claim?

- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

---

| 2.18 | **WES-TEX Drilling Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**100% of the stock of Sweetpea Petroleum Pty Ltd.**

$464,979.00     $5,622,104.00

**400 Pine St Ste 700**
**Abilene, TX 79601-5197**
Creditor's mailing address

Describe the lien
**Convertible Debentures**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace**
**AG**
**5. Renaissance US Growth**
**& Investment Trust**
**6. Renaissance Capital**
**Growth & Income Fund**
**7. US Special**
**Opportunities Trust PLC**
**8. Premier RENN US**
**Emerging Growth Fund Ltd**
**9. WES-TEX Drilling**
**Company**
**10. Desmodio Management**
**Inc.**
**11. Hapi Handels und**
**Beteiligungs GmbH**
**12. West Indies**
**Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee**
**of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co.,**
**Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation**
**Defined Benefit Plan**

---

| 2.19 | **West Indies Enterprises Ltd.** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Describe debtor's property that is subject to a lien | $461,105.00 | $5,622,104.00 |
|---|---|---|---|---|

**Carmen Reimann**
**2nd Terrace West**
**Centerville, PO Box N-7**
**Nassau, Bahamas**

Creditor's mailing address

**100% of the stock of Sweetpea Petroleum**
**Pty Ltd.**

**Describe the lien**
**Convertible Debentures**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

**1. Bruce E. Lazier, DBP**
**2. Danielle H. Lazier**
**3. David E. Brody**
**4. Global Project Finanace AG**
**5. Renaissance US Growth & Investment Trust**
**6. Renaissance Capital Growth & Income Fund**
**7. US Special Opportunities Trust PLC**
**8. Premier RENN US Emerging Growth Fund Ltd**
**9. WES-TEX Drilling Company**
**10. Desmodio Management Inc.**
**11. Hapi Handels und Beteiligungs GmbH**
**12. West Indies Enterprises Ltd.**
**13. Elsbeth Russenberger**
**14. T.R. Darne as Trustee of the Montac Trus**
**15. David E. Fisher**
**16. Equity Trust Co., Custodian**
**17. El Oro Limited**
**18. Bruce E. Lazier**
**19. Wealth Preservation Defined Benefit Plan**

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $20,458,244.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Adrian J. Leeonard IV**<br>**Sherman & Howard**<br>**633 17th St Ste 3000**<br>**Denver, CO 80202-3622** | Line  **2.4** | |
| **Peter G. Koclanes**<br>**Sherman & Howard**<br>**633 17th St Ste 3000**<br>**Denver, CO 80202-3622** | Line  **2.4** | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify the case: |
| --- |

Debtor name    **PetroHunter Energy Corporation**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO, DENVER DIVISION

Case number (if known)    **16-20197**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,172,522.00** | **$12,475.00** |
| --- | --- | --- | --- | --- |

**Martin Oring**

**7582 Hawks Landing Dr
West Palm Beach, FL 33412-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
| --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**910 Associates**

**910 16th St # 500
Denver, CO 80202-2943**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,808,289.00** |
| --- | --- | --- | --- |

**Brunner Family Trust**

**8484 Westpark Dr Ste 900
McLean, VA 22102-3596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:   **Money Loaned**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | **$248,750.00**

**Carmen Lotito**

**1555 Blake St Unit 1002**
**Denver, CO 80202-1883**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | **$17,373,500.15**

**CCES Piceance Partners I, LLC**

**1323 E 71st St Ste 102**
**Tulsa, OK 74136-5036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | **$155,000.00**

**Christian Russenberger**
**Meierhofrain 36**
**Waedenswil 8820**
**Switzerland**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | **$155,000.00**

**Daniel Bloch**
**7 Donnalyn Drive**
**Toronto, Onantario M2R 2R7**
**Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Board Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | **$365.00**

**Dill Dill Carr Stonebraker & Hutchings**

**455 N Sherman St Ste 300**
**Denver, CO 80203-4404**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | **$886.27**

**Flatiron Capital**

**950 17th St Ste 1300**
**Denver, CO 80202-2818**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | **$54,074,611.00**

**Global Project Finance AG**
**Sunnaeai 1**
**Sachsein 6072**
**Switzerland**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money Loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __PetroHunter Energy Corporation__
Name

Case number (if known) __16-20197__

---

| 3.10 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,995.90** |

**Integrated Production Services**

**16800 Greenspoint Park Dr Ste 200S**
**Houston, TX 77060-2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,160,047.00** |

**Martin Oring**

**7582 Hawks Landing Dr**
**West Palm Beach, FL 33412-3108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Salary, Board Fees, Medical__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246,250.00** |

**Matthew R. Silverman**

**621 17th St Ste 2300**
**Denver, CO 80293-2023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Board Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.00** |

**Nat'l Registered Agents**

**PO Box 927**
**West Windsor, NJ 08550-0927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,292.00** |

**Net Q LLC**

**68 Inverness Ln E Ste 101**
**Englewood, CO 80112-5108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155,000.00** |

**Nicolas Mathys**
**Zug Finance AG**
**Blegistr.5 CH-6340 Baar**
**Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Board Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,265.00** |

**oci**

**12140 Woodcrest Executive Dr Ste 250**
**Saint Louis, MO 63141-5099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **PetroHunter Energy Corporation** | Case number (if known) | **16-20197** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00** |
|---|---|---|---|

**Paul Maniscalco**

5687 S Lansing Ct
Englewood, CO 80111-4112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Salary__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424.39** |
|---|---|---|---|

**Qwest**

PO Box 173638
Denver, CO 80217-3638

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Services__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,721.50** |
|---|---|---|---|

**Shook Hardy & Bacon**

2555 Grand Blvd
Kansas City, MO 64108-2613

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Legal Fees__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8.50** |
|---|---|---|---|

**SJM Holdings Inc.**

5687 S Lansing Ct
Englewood, CO 80111-4112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Services__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$882,331.07** |
|---|---|---|---|

**Sweetpea Petroleum Pty Ltd.**
70 Viking Rd.
Dalkeith Western Australia 6009
Australia

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Intercompany__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$212.66** |
|---|---|---|---|

**T-Mobile**

PO Box 660252
Dallas, TX 75266-0252

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Services__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**Wells Fargo Bank**

PO Box 1450
Minneapolis, MN 55485-1450

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred ___

**Basis for the claim:** __Bank Fees__

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

Debtor   **PetroHunter Energy Corporation**
         Name                                            Case number (if known)   __16-20197__

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $          1,172,522.00 |
| **5b. Total claims from Part 2** | 5b.  + | $          78,295,618.44 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          79,468,140.44 |