# EXHIBIT 6

B

## Brody, David E.

| | |
|---|---|
| **From:** | Brody, David E. |
| **Sent:** | Tuesday, August 15, 2017 9:00 AM |
| **To:** | mbruner@fortemresources.com |
| **Cc:** | Tony Lotito |
| **Subject:** | RE: Transfer of Claim in Bankruptcy Proceeding |
| **Attachments:** | BRODYbrunerAUG2017.docx |

Marc – I revised and simplified this, based on our last conversation (see attached)…If you don't come up with either or both of the $12,500 cash payments, the shares will increase from 125,000 to 150,000 – no promissory note or right to demand the cash. I will also be sending you a Stock Power to sign along with the agreement.

The one remaining important piece is for you to talk with Ted before we sign this agreement. I don't want to be the "middle man", sign the agreement with you, and then have you or Ted upset with me because there's a misunderstanding on something related to his future representation of you. You two need to talk directly. If you're available, Ted and I will call you today at 1:30 MT/12:30 Vancouver time to discuss that representation. If you're both comfortable, you and I can then sign our agreement.

Please let me know if we can call you at 1:30 today.

Dave

**David Brody**
Of Counsel

**Hogan Lovells US LLP**
1601 Wewatta Street, Suite 900
Denver, CO 80202

Tel:     +1 303 899 7300
Direct:  +1 303 454 2467
Cell:    +1 303 503 5660
Email:   david.brody@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

---

**From:** Brody, David E.
**Sent:** Saturday, August 12, 2017 10:12 AM
**To:** mbruner@fortemresources.com
**Cc:** Tony Lotito
**Subject:** FW: Transfer of Claim in Bankruptcy Proceeding

Marc – Please give me any comments you have on this. Your deadline for responding to the PetroHunter Trustee on the Bruner Family Trust claim (and other rejected claims) is Friday, August 25, and Ted will need time to meet with you and prepare that response.

Dave

**David Brody**
Of Counsel

**Hogan Lovells US LLP**
1601 Wewatta Street, Suite 900

1

Denver, CO 80202

Tel:     +1 303 899 7300
Direct:  +1 303 454 2467
Cell:    +1 303 503 5660
Email:   david.brody@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**From:** Brody, David E.
**Sent:** Wednesday, August 09, 2017 10:46 AM
**To:** mbruner@fortemresources.com
**Cc:** Tony Lotito
**Subject:** Transfer of Claim in Bankruptcy Proceeding

Marc – Ted has agreed to represent you as soon as you and I reach agreement on the terms of the claim transfer. I'm attaching the following:

1. Proposed agreement between you and me.
2. Form of Transfer of Claim that Ted will file on your behalf in the bankruptcy court after we sign the above agreement.
3. The documents validating my Proof of Claim for $335,374.

As you can see, my claim is an additional $35,000 (or over 10%) more than I thought. Because of this and because it's important that I receive at least some cash when we sign the agreement (I'm still paying off the substantial fees I paid to Sherman & Howard to sue PetroHunter in 2015 and obtain the judgment), I'm proposing $12,500 at closing and the balance of $12,500 sixty days out (plus 125,000 Fortem shares, as we agreed).

Please let me know if you have any comments. If it's acceptable as is, I'll send you a signed copy of the agreement and Transfer of Claim.

Dave

**David Brody**
Of Counsel

Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202

Tel:     +1 303 899 7300
Direct:  +1 303 454 2467
Cell:    +1 303 503 5660
Email:   david.brody@hoganlovells.com
         www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

2

Brody_0062