# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**AFFIDAVIT OF WILLIAM MEYER IN SUPPORT OF MOTION PURSUANT TO FED. R. CIV. P. 56(d)**

I, William R. Meyer, being first duly sworn upon oath, depose and state that:

1. I am over 18 years old and an attorney licensed to practice law in the State of Colorado with a bar registration number of 34012.

2. I represent the Bruner Family Trust and Marc E. Bruner, as trustee for the Bruner Family Trust (together, the "BFT Parties") in this litigation and am familiar with the litigation.

3. To the extent the Court is not inclined to deny Plaintiff's motion for judgment on the pleadings/summary judgment based on the current briefing, Defendants request that the Court deny Plaintiff's motion or delay ruling on it pursuant to F.R.C.P. 56(d) so that Defendants have time to take discovery in order to present facts essential to justify their opposition to Plaintiff's motion.

4. Defendants—and the BFT Parties in particular— are not presently able to present facts essential to justify their opposition to Plaintiff's motion because, essentially, no discovery has occurred yet in this action.

5. Presently, the parties exchanged initial disclosures but the parties have not engaged in written discovery or taken depositions. Defendants require discovery to adequately respond to Plaintiff's motion. For example, one defense to Plaintiff's breach of contract claim is that the contract is void under Rule of Professional Conduct 1.8. The BFT Parties were not a party to the alleged contract or relationship between Plaintiff and MAB. The BFT Parties, therefore, require discovery into that relationship to present a potentially viable defense. MAB likely also would benefit from such discovery from Plaintiff to establish that Plaintiff subjectively believed he was MAB's lawyer as well. Defendant also cannot present essential facts pertaining to whether Plaintiff waived his claims or right to recover all or some portion of damages.

6. The BFT Parties are serving their initial written discovery on Plaintiff today. And they intend to seek Plaintiff's deposition after Plaintiff responds to written discovery. Once they have obtained such discovery, the BFT Parties expect they will be able to present essential facts that justify their opposition to Plaintiff's motion.

7. Further the affiant sayeth naught.

By: /s/ _____
William R. Meyer, Esq.
*Attorney for the BFT Parties*

Please see attached
All Purpose
Acknowledgement form
for additional
Notary Events

# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF  Virginia  }

COUNTY OF  Lynchburg  }

On  06/18/2021  before me  Samantha Nye  Notary Public,
    Date                              (here insert name and title of the officer)

personally appeared  William Meyer

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of my notary public commision state that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: *[signature: Samantha Nye]*

**SAMANTHA NYE**
ELECTRONIC NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
REGISTRATION # 7747969
COMMISSION EXP SEPTEMBER 30, 2021
Notary Stamp Placed at 2021/06/18 16:11:17 EST     ogdgw

(Seal)

_____ *OPTIONAL* _____

Description of Attached Document

Title or Type of Document: AffidavitofWRM.pdf     Number of Pages: 4

Document Date: 06/18/2021     Other: _____