IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

---

**ORDER GRANTING DEFENDANTS' JOINT MOTION FOR ADDITIONAL TIME TO TAKE DISCOVERY PURSUANT TO FED. R. CIV. P. 56(d)**

---

The Court, having reviewed defendants Marc A. Bruner ("MAB"), Marc E. Bruner ("MEB"), and the Bruner Family Trust ("BFT") (collectively, "Defendants"), Joint Motion for Additional Time to Take Discovery Pursuant to Fed. R. Civ. P. 56(d), and being fully advised, hereby grants the Motion. Plaintiff's motion for judgment on the pleadings or in the alternative for summary judgment is denied without prejudice to permit Defendants time to take discovery. Upon the completion of discovery Plaintiff may refile its motion.

Ordered this ____ day of _____, 2021.

**BY THE COURT:**

_____