EXHIBIT 3

United States Bankruptcy Court
District of Colorado

In re:  
PetroHunter Energy Corporation  
    Debtor

Case No. 16-20197-KHT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1       User: gonzalesc      Page 1 of 1      Date Rcvd: Aug 23, 2017  
                     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2017.  
17519709    +David E. Brody,   c/o Theodore J. Hartl,   Lindquist & Vennum LLP,   600 17th Street, Suite 1800S,   Denver, CO 80202-5441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2017                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2017 at the address(es) listed below:

          Alice A. White   on behalf of Debtor   PetroHunter Energy Corporation awhite@OFJlaw.com, bmoss@OFJlaw.com;tcadwell@OFJlaw.com  
          Barry  Meinster   on behalf of Creditor  Carmen  Lotito bmeinster@meinster.com  
          Barry  Meinster   on behalf of Creditor   MAB Resources, LLC bmeinster@meinster.com  
          Jeffrey  Weinman   on behalf of Attorney   Weinman & Associates, P.C. jweinman@epitrustee.com, lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com  
          Jeffrey  Weinman   on behalf of Trustee Jeffrey L. Hill jweinman@epitrustee.com, lkraai@weinmanpc.com;lkraai@ecf.courtdrive.com  
          Jeffrey L. Hill   on behalf of Trustee Jeffrey L. Hill jeffreyhillpc@gmail.com, jhill@ecf.epiqsystems.com  
          Jeffrey L. Hill   jeffreyhillpc@gmail.com,  jhill@ecf.epiqsystems.com  
          Jeffrey L. Hill   on behalf of Accountant Gary W. Seltzer jeffreyhillpc@gmail.com, jhill@ecf.epiqsystems.com  
          John J. Kane   on behalf of Creditor Renn Fund  Inc. jkane@krcl.com,  ecf@krcl.com  
          John J. Kane   on behalf of Creditor Renn Universal  Growth Investment Trust PLC jkane@krcl.com, ecf@krcl.com  
          John J. Kane   on behalf of Creditor Renn Capital Group  Inc. jkane@krcl.com,  ecf@krcl.com  
          Mark A. Larson   on behalf of Trustee Jeffrey L. Hill mlarson@allen-vellone.com, la@allen-vellone.com  
          Mark A. Larson   on behalf of Attorney   Allen Vellone Wolf Helfrich & Factor mlarson@allen-vellone.com,  la@allen-vellone.com  
          Mark A. Larson   on behalf of Plaintiff Jeffrey L. Hill mlarson@allen-vellone.com, la@allen-vellone.com  
          Matthew D. Skeen, Jr.   on behalf of Creditor   El Oro Ltd. jrskeen@skeen-skeen.com  
          Nicole  Detweiler   on behalf of Attorney   Allen Vellone Wolf Helfrich & Factor ndetweiler@allen-vellone.com,  la@allen-vellone.com  
          Nicole  Detweiler   on behalf of Trustee Jeffrey L. Hill ndetweiler@allen-vellone.com, la@allen-vellone.com  
          Nicole  Detweiler   on behalf of Plaintiff Jeffrey L. Hill ndetweiler@allen-vellone.com, la@allen-vellone.com  
          Patrick D. Vellone   on behalf of Debtor   PetroHunter Energy Corporation pvellone@allen-vellone.com,  la@allen-vellone.com  
          Patrick D. Vellone   on behalf of Plaintiff Jeffrey L. Hill pvellone@allen-vellone.com, la@allen-vellone.com  
          Theodore J. Hartl   on behalf of Interested Party David  Brody thartl@lindquist.com, bblessing@lindquist.com  
          US Trustee   USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                                                                         TOTAL: 22

2100 B (12/15)

# United States Bankruptcy Court

District of Colorado
Case No. 16-20197-KHT
Chapter 7

In re: Debtor(s) (including Name and Address)

PetroHunter Energy Corporation
910 16th Street
Suite 208
Denver CO 80202-2931

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim(s) listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2017.

Name and Address of Alleged Transferor:

Claim No. 7: David E. Brody, c/o Theodore J. Hartl, Lindquist & Vennum LLP, 600 17th Street, Suite 1800S, Denver, CO 80202

Name and Address of Transferee:

Marc A. Bruner
1555 Blake St.
Suite 1002
Denver, Colorado 80202

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  08/25/17

Kenneth S. Gardner
**CLERK OF THE COURT**