IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     This matter is before the Court on Defendants' Joint Motion for Additional Time to Take Discovery Pursuant to Fed. R. Civ. P. 56(d) (Dkt. #99). It is hereby ORDERED that Plaintiff shall respond to said motion on or before July 2, 2021, and any response is due on or before July 9, 2021. It is further ORDERED that a Telephonic Discovery Hearing is set for July 13, 2021 at 9:30 a.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: June 23, 2021

1