## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091
DAVID E. BRODY,

      Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

      Defendants.
_____

## DECLARATION OF MICHAEL A. ROLLIN
_____

      I, Michael A. Rollin, am counsel to Plaintiff in the above-entitled. I have personal knowledge of the matters set forth herein.  If called to testify, I would testify competently thereto.

      1.      Attached as Exhibit 1, hereto, are true and correct copies of meet and confer emails between myself and defense counsel before the filed the Rule 56(d) Motion.

      2.      After they filed the Motion, I unsuccessful tried to negotiate limited discovery in an effort to resolve the Motion.

I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Michael A. Rollin



1

| | |
|---|---|
| **From:** | Tanya Sevy |
| **Sent:** | Friday, June 18, 2021 4:48 PM |
| **To:** | Michael A. Rollin; William Meyer |
| **Cc:** | Billy Jones |
| **Subject:** | RE: [EXTERNAL] Bruner / Brody |

---

Michael,

We will make our client available for depositions.  Thank you.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Friday, June 18, 2021 2:48 PM
**To:** William Meyer <wmeyer@polsinelli.com>
**Cc:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

Caution: External E-Mail
My biggest concern was whether MAB would appear for deposition without having to deal with any Hague
Convention issues, so this is for Tanya.

**From:** William Meyer <WMeyer@Polsinelli.com>
**Sent:** Friday, June 18, 2021 2:46 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

I am confused by your question.  I expect all parties will be deposed at some point and I don't think any of
us can stop that.  I also expect all parties will cooperate in scheduling.

**William R. Meyer**
**720.931.8156**

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Friday, June 18, 2021 2:40 PM
**To:** William Meyer <WMeyer@Polsinelli.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

**EXTERNAL EMAIL**   **mrollin@fostergraham.com**

Let me run it by my client.  Will you both agree to produce MAB and MEB for deposition?  I can envision
stipulating so long as I know I'm not going to have to jump through hoops to depose yours.

Thanks.

**From:** William Meyer <WMeyer@Polsinelli.com>
**Sent:** Friday, June 18, 2021 2:33 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

We want written discovery into the relationship between Brody and MAB and Brody's deposition once we
receive responses to written discovery.  We want to explore the relationship because we believe Brody and

**EXHIBIT 1**

MAB subjectively – if not objectively—were in an attorney-client relationship.  Assuming we are correct, then we want discovery into whether Brody complied with RPC 1.8.  We also want discovery into possible waiver by Brody in enforcing the agreement.  There may be other items, but these are the bigger ticket items.

-Bill

**William R. Meyer**
**720.931.8156**

---

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Friday, June 18, 2021 2:30 PM
**To:** William Meyer <WMeyer@Polsinelli.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

**EXTERNAL EMAIL**   **mrollin@fostergraham.com**

---

What discovery do you want?

---

**From:** William Meyer <WMeyer@Polsinelli.com>
**Sent:** Friday, June 18, 2021 1:17 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** [EXTERNAL] Bruner / Brody

> **[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Mike,

We plan to file a joint motion for Rule 56(d) relief asking the court to either deny Brody's motion for judgment outright or defer ruling to give time to conduct discovery.  Would you let me know if you oppose? Happy to discuss if you would like to.

Thanks,

Bill

**William R. Meyer**
*Attorney at Law*

wmeyer@polsinelli.com
**720.931.8156**
1401 Lawrence Street, Suite 2300
Denver, CO 80202
*"Tier One: Nationally ranked for Commercial Litigation,
U.S.News and World Report's 2021 'Best Law Firms'"*



Polsinelli PC, Polsinelli LLP in California

polsinelli.com

**EXHIBIT 1**

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

## Tanya Sevy

*Attorney*
*303-295-9814*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*





*1400 16th Street, 6th Floor*
*Denver, Colorado 80202-1486*

**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com

  AĪlyLaw

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 1**