IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE HIS REPLY IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT

Plaintiff David E. Brody, by and through the undersigned counsel, moves the Court for a seven (7) day extension of time to file the reply in support of his Motion for Partial Judgment on the Pleadings, or, Alternatively, for Partial Summary Judgment, ECF 90 (the "Motion") as follows:

1. Plaintiff David E. Brody filed his Motion for Partial Judgment on the Pleadings, or, Alternatively, for Partial Summary Judgment on May 14, 2021. After receiving an extension of time, Marc E. Bruner individually, and as Trustee of the Bruner Family Trust, and the Bruner Family Trust filed their responses on June 18, 2021. Plaintiff's reply is currently due on July 2, 2021.

2. For good cause, David E. Brody seeks a seven (7) day extension of time to respond to Defendants' response briefs, up to and including July 9, 2021. However, Plaintiff will endeavor to file a consolidated reply as soon as possible before that date.

1

3. Attorney Michael A. Rollin, counsel for David E. Brody, had other commitments, including responding to Defendants' Rule 56(d) motion, as well as an unexpected emergency filing in another matter, 21-cv-01788-CMA-MEH.

4. This is Plaintiff's first request for an extension of time to file a reply in support of his Motion.

5. No party will be prejudiced by the requested extension of time.

6. Undersigned counsel has conferred with counsel for Defendants and Defendants do not oppose the relief requested in this Motion.

7. Undersigned counsel certified that he has served his client with a copy of this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter and order granting an extension of time, up to and including July 9, 2021, to file the reply in support of his Motion for Partial Judgment on the Pleadings, or, Alternatively, for Partial Summary Judgment, ECF 90, and for such other and further relief as the Court deems appropriate.

Respectfully submitted this 2nd day of July, 2021.

By:    /s/ Michael A. Rollin
       Michael. A. Rollin, Esq.
       Mallory A. Revel, Esq.
       Lindsey Idelberg, Esq.
       FOSTER GRAHAM MILSTEIN & CALISHER LLP
       360 South Garfield Street,
       Sixth Floor
       Denver, Colorado 80209
       mrollin@fostergraham.com
       mrevel@fostergraham.com
       lidelberg@fostergraham.com
       Tel: (303) 333-9810
       Fax: (303) 333-9786
       *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I served the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE REPLY IN SUPPORT OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** via CM/ECF to the following:

William R. Meyer, Esq.
POLSINELLI PC
1401 Lawrence Street,
Suite 2300
Denver, CO 80202
wmeyer@polsinelli.com

and

Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com

and

Lance Henry
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout Street,
Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com

By:   */s/ Michael A. Rollin*
      Michael. A. Rollin, Esq.

4819-0868-9905, v. 1