**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Friday, June 18, 2021 5:41 PM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** William Meyer <wmeyer@polsinelli.com>; Billy Jones <billy.jones@moyewhite.com>
**Subject:** Re: [EXTERNAL] Bruner / Brody

Caution: External E-Mail
Thank you. Have a good weekend.

> On Jun 18, 2021, at 4:48 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:
>
> Michael,
>
> We will make our client available for depositions. Thank you.
>
> **From:** Michael A. Rollin <mrollin@fostergraham.com>
> **Sent:** Friday, June 18, 2021 2:48 PM
> **To:** William Meyer <wmeyer@polsinelli.com>
> **Cc:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
> **Subject:** RE: [EXTERNAL] Bruner / Brody
>
> Caution: External E-Mail
> My biggest concern was whether MAB would appear for deposition without having to deal with any Hague Convention issues, so this is for Tanya.
>
> **From:** William Meyer <WMeyer@Polsinelli.com>
> **Sent:** Friday, June 18, 2021 2:46 PM
> **To:** Michael A. Rollin <mrollin@fostergraham.com>
> **Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
> **Subject:** RE: [EXTERNAL] Bruner / Brody
>
> I am confused by your question. I expect all parties will be deposed at some point and I don't think any of us can stop that. I also expect all parties will cooperate in scheduling.
>
> **William R. Meyer**
> **720.931.8156**

EXHIBIT A

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Friday, June 18, 2021 2:40 PM
**To:** William Meyer <WMeyer@Polsinelli.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

**EXTERNAL EMAIL**   mrollin@fostergraham.com

Let me run it by my client.  Will you both agree to produce MAB and MEB for deposition?  I can envision stipulating so long as I know I'm not going to have to jump through hoops to depose yours.

Thanks.

**From:** William Meyer <WMeyer@Polsinelli.com>
**Sent:** Friday, June 18, 2021 2:33 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

We want written discovery into the relationship between Brody and MAB and Brody's deposition once we receive responses to written discovery.  We want to explore the relationship because we believe Brody and MAB subjectively – if not objectively—were in an attorney-client relationship.  Assuming we are correct, then we want discovery into whether Brody complied with RPC 1.8.  We also want discovery into possible waiver by Brody in enforcing the agreement.  There may be other items, but these are the bigger ticket items.

-Bill

**William R. Meyer**
**720.931.8156**

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Friday, June 18, 2021 2:30 PM
**To:** William Meyer <WMeyer@Polsinelli.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** RE: [EXTERNAL] Bruner / Brody

**EXTERNAL EMAIL**   mrollin@fostergraham.com

What discovery do you want?

**From:** William Meyer <WMeyer@Polsinelli.com>
**Sent:** Friday, June 18, 2021 1:17 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Cc:** Tanya Sevy <tanya.sevy@moyewhite.com>
**Subject:** [EXTERNAL] Bruner / Brody

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Mike,

We plan to file a joint motion for Rule 56(d) relief asking the court to either deny Brody's motion for judgment outright or defer ruling to give time to conduct discovery. Would you let me know if you oppose? Happy to discuss if you would like to.

Thanks,

Bill

**William R. Meyer**
*Attorney at Law*

wmeyer@polsinelli.com
**720.931.8156**
1401 Lawrence Street, Suite 2300
Denver, CO 80202

*"Tier One: Nationally ranked for Commercial Litigation,
U.S.News and World Report's 2021 'Best Law Firms'"*

Polsinelli PC, Polsinelli LLP in California

polsinelli.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

**Tanya Sevy**
*Attorney*
*303-295-9814*

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*



1400 16th Street, 6th Floor
Denver, Colorado 80202-1486



**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com



The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.