IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 19-cv-01091-RM-NRN | Date:  July 13, 2021 |
| Courtroom Deputy:  Bernique Abiakam | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| DAVID E. BRODY, | Michael A. Rollin |
| Plaintiff, | |
| v. | |
| MARC A. BRUNER<br>THE BRUNER FAMILY TRUST, and<br>MARC E. BRUNER, AS TRUSTEE OF THE<br>BRUNER FAMILY TRUST, | Tanya A. Sevy<br>William R. Meyer |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**9:30 a.m.      Court in session.**

Court calls case. Appearances of counsel via telephone.

Preliminary remarks by the Court.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:** Defendants' Joint Motion For Additional Time To Take Discovery Pursuant To Fed.R.CIV.P.56(d) [Filed 6/18/21; Doc. No 99] is taken **UNDER ADVISEMENT.**

**10:14 a.m.      Court in recess.**

Hearing concluded.
Total in-court time:   00:44

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.