IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

## DEFENDANT MARC A. BRUNER'S NOTICE OF WITHDRAWAL OF SECOND AMENDED ANSWER

Defendant Marc A. Bruner ("MAB") hereby submits his Notice of Withdrawal of Second Amended Answer, as follows.

1. On July 28, 2021, this Court issued an order denying the BFT Defendants' Motion to Strike [Doc. #51] and MAB's Joinder in the Motion to Strike [Doc. #57].

2. Upon initial review, counsel for MAB interpreted this as requiring an Answer to Plaintiff's civil theft and conspiracy claims (Claims II and VI) set forth in the First Amended Complaint [Doc. #16]. Claims II and VI are currently subject to a pending Motion to Dismiss [Doc. #67] and Joinder [Doc. #69] filed on January 4, 2021.

3. After further review, the Motion to Dismiss remains pending notwithstanding the order on the Motion to Strike, and no answer to Claims II and VI is required at this time. Accordingly, MAB hereby withdraws the Second Amended Answer.

4818-2061-5926.1

DATED this 13th day of August, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado 80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

4818-2061-5926.1

# CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of August, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S NOTICE OF WITHDRAWAL OF SECOND AMENDED ANSWER** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

                                          */s/ Elisabeth Mason*

4818-2061-5926.1