IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

## JOINT STATUS REPORT

Plaintiff David E. Brody, Defendants Marc A. Bruner, the Bruner Family Trust (the "BFT"), Marc E. Bruner, as trustee of the BFT, and Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation, collectively as "the Parties," by and through their respective counsel of record, hereby submit this Joint Status Report and state as follows:

1. Plaintiff has filed a motion for judgment on the pleadings or, alternatively, for summary judgment, which is fully briefed.

2. The BFT has filed a motion to dismiss, in which Marc A. Bruner has joined in part, which is fully briefed.

3. The Parties (other than the Chapter 7 trustee) have propounded written discovery and are working through several issues but have not sought or required Court assistance at this time.

4. Depositions are expected to be completed by December 10, 2021.

Respectfully submitted this 15th day of September, 2021.

*/s/ Michael A. Rollin*
Michael. A. Rollin, Esq.

Mallory A. Revel, Esq.
Lindsey Idelberg, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

/s/ *William R. Meyer*
William R. Meyer, Esq.
POLSINELLI PC
1401 Lawrence Street,
Suite 2300
Denver, CO 80202
wmeyer@polsinelli.com
Tel.: (303) 572-9300
Fax: (303) 572-7883
*Attorneys for Defendants The Bruner Family Trust and Marc E. Bruner, as trustee for the Bruner Family Trust*

/s/ *Tanya A. Sevy*
Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
Tel: (303) 292-2900
*Attorneys for Defendant Marc A. Bruner*

/s/ *Lance Henry*
Lance Henry
Patrick D. Vellone
ALLEN VELLONE WOLF HELFRICH & FACTOR PC
1600 Stout Street,

2

Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com
*Attorneys for Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation*

4846-2196-3515, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I served the foregoing **JOINT STATUS REPORT** via CM/ECF to the following:

William R. Meyer, Esq.
POLSINELLI PC
1401 Lawrence Street,
Suite 2300
Denver, CO 80202
wmeyer@polsinelli.com

and

Tanya A. Sevy
Timothy M. Swanson
William F. Jones
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com

and

Lance Henry
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout Street,
Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com

|  |  |  |
|---|---|---|
|  | By: | */s/ Michael A. Rollin* |
|  |  | Michael. A. Rollin, Esq. |