IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**DEFENDANT MARC A. BRUNER'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO SERVE EXPERT DISCLOSURES**

Defendant Marc A. Bruner ("MAB") hereby submits his <u>Unopposed</u> Motion for Extension of Time to Serve Expert Disclosures, as follows.

<u>Certificate of Conferral:</u> Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned certifies she conferred with counsel for Plaintiff, and this Motion is <u>unopposed</u>.

1. Pursuant to the Scheduling Order entered in this matter, defense expert disclosures are due today, October 1, 2021.

2. Due to the press of business and various other developments in this case, including the possibility of a resolution, Defendant Marc A. Bruner requires a three-week extension, up to and including October 22, 2021, in which to serve his expert disclosures.

3. This is the first request for an extension of expert disclosures filed in this matter.

4815-5241-2669.1

4. Good cause exists for this extension. It allows Bruner to prepare complete expert disclosures and for the parties to consider a potential resolution in the meantime.

5. No party will suffer any prejudice from the requested extension. Plaintiff does not oppose this Motion, and this extension is not anticipated to have an effect on any other deadlines.

6. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned certifies that a copy of this Motion is being served contemporaneously on Bruner.

WHEREFORE, Defendant Marc A. Bruner respectfully requests the Court grant this Motion, allow Bruner a brief three-week extension of time, up to and including October 22, 2021, to serve his expert disclosures, and for such other and further relief as the Court deems appropriate.

DATED this 1st day of October, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado  80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

# CERTIFICATE OF SERVICE

 I hereby certify that on the 1st day of October, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

Patrick D. Vellone
Lance Henry
ALLEN VELLONE WOLF HELFRICH & FACTOR PC

*Attorneys for Interpleader Plaintiff*
*Jeffrey L. Hill, Chapter 7 Trustee of*
*PetroHunter Energy Corporation*

                  /s/ Elisabeth Mason

4815-5241-2669.1