IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Marc A. Bruner's Unopposed Motion for Extension of Time to Service Expert Disclosures (Dkt. #124) is GRANTED finding good cause shown. Defendant Marc A. Bruner's expert disclosures are due on or before October 22, 2021.

Date: October 1, 2021