**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

---

**THE BFT PARTIES' <u>UNOPPOSED</u> MOTION FOR LEAVE TO RESTRICT**

---

Defendant the Bruner Family Trust ("BFT") and Marc E. Bruner ("MEB"), as Trustee of the BFT (together, the "BFT Parties"), submit this motion for leave to file with Level 1 restriction Exhibit A to their Motion for Fees and Costs. The BFT Parties bring this motion pursuant to D. Colo. L. Civ. R. 7.2

***D.C.Colo.L.CivR 7.1 Certificate of Conferral*** Counsel for the BFT Parties conferred via email with all counsel and none oppose the requested relief.

Under D. Colo. L. Civ. R. 7.2, a party may file a document with restricted access by order of the Court. The motion must (1) identify the document for which restriction is sought, (2) address the interest to be protected and why such interest outweighs the presumption of public access, (3) identify a clearly defined and serious injury that would result if access is not restricted, (4) explain why no alternatives to restriction is practicable, and (5) identify the level of restriction sought.

Good cause exists for Level 1 protection of Exhibit A submitted with the BFT Parties' motion for fees and costs because Exhibit A is an affidavit from undersigned counsel that includes, is based on, and directly quotes, confidential and proprietary information belonging to West Publishing Corporation f/k/a West, A Thomson Business ("West"). The proprietary information includes information about a financial and operational benchmarking product providing executive leadership at participating firms with strategic monthly intelligence about rates charged by AMLAW 200 firms in the Denver area. In order to obtain West's permission to utilize this information, undersigned counsel had to agree to first secure an order permitting this information to be submitted under protection and allowing access to the information solely for use with the motion for fees and costs. West has asserted that a clear and serious injury could result if this information were disclosed to the public, as it could jeopardize West's competitive advantages and cause it financial harm. Based on West's assertions, the BFT Parties request Level 1 protections for Exhibit A to their motion for fees and costs.

WHEREFORE, the Bruner Family Trust and Marc E. Bruner, as trustee of the Bruner Family Trust, respectfully request that the Court grant leave to file Exhibit A to their motion for fees and costs under a Level 1 restriction.

Respectfully submitted this 4th day of October, 2021.

**POLSINELLI PC**

By: */s/ William R. Meyer*

William Meyer
*Attorneys for the Bruner Family Trust and Marc e. Bruner, as trustee for the Bruner Family Trust*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of October, 2021, I electronically filed the foregoing **MOTION FOR LEAVE TO RESTRICT** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER LLP
*Attorneys for Plaintiff David E. Brody*

Patrick D. Vellone
Lance Henry
ALLEN VELLONE WOLF HELFRICH & FACTOR PC
*Attorneys for Interpleader Plaintiff*
*Jeffrey L. Hill, Chapter 7 Trustee of*
*PetroHunter Energy Corporation*

William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
*Attorneys for Defendant Marc A. Bruner*

                                          */s/ William Meyer*

3

MEYEW\80194881.1

4