**From:** Jeffrey Weinman <jweinman@weinmanpc.com>
**Sent:** Wednesday, June 10, 2020 8:38 AM
**To:** Caby, Chad S. <CCaby@lrrc.com>
**Subject:** Re: Petrohunter

[EXTERNAL]

OK
I was really referring to action in the Dist Ct.
I think the judge might have a tough time weighing in on a dispute between creditors, particularly when a suit is pending in another court.
I believe Jeff Hill would be amenable to a stip but I question whether Judge Tyson would approve it.
That's was the thrust of my earlier email.
Cheers,

Jeffrey A. Weinman Weinman & Associates, P.C. 730 17th Street Suite 240 Denver, Colorado 80202 Phone: (303) 572-1010 Fax: (303) 572-1011


On Wednesday, June 10, 2020, 08:04:02 AM MDT, Caby, Chad S. <ccaby@lrrc.com> wrote:


==Jeff:==



==As I mentioned our goal is to only hold up interim payment to Bruner/BFT.  So no, we do==

==not want to hold up other payments that would be included in the $4m.  If we need to seek injunctive relief we will, but I was hopeful, we could wire around it with a stipulation.  I will call Lance Henry later today.==

Chad

**Chad S. Caby**
Partner
303.628.9583 office
303.623.9222 fax
ccaby@lrrc.com



Lewis Roca Rothgerber Christie LLP
1200 17th Street, Suite 3000
Denver, Colorado 80202-5855
lrrc.com

---

**From:** Jeffrey Weinman <jweinman@weinmanpc.com>
**Sent:** Tuesday, June 9, 2020 4:57 PM
**To:** Caby, Chad S. <CCaby@lrrc.com>
**Subject:** Re: Petrohunter

**[EXTERNAL]**

---

AOK

Are you going to seek some sort of declaratory relief/pre-judgement attachment so the entire $4 mil claim is implicated or try to pace out just the assigned claim?

Jeffrey A. Weinman Weinman & Associates, P.C. 730 17th Street Suite 240 Denver, Colorado 80202 Phone: (303) 572-1010 Fax: (303) 572-1011

On Tuesday, 9 June 2020, 4:51:54 PM GMT-6, Caby, Chad S. <ccaby@lrrc.com> wrote: