# PATTON BOGGS LLP

ATTORNEYS AT LAW
2550 M ST N.W.
Washington, D.C. 20037
Federal ID Number 52-0749196

Marc Bruner
c/o David Brody
1600 Stout Street, Suite 2000
Denver, CO  80202

cc: Mr. Evan Wasoff (via E-mail)

Invoice Number::  10178060
Invoice Date:     09/11/2006
Client Number:    022741

Page 3

Re:  (0101)  Oil and Gas Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2004:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/05/2006 | MAS | Meet with Mr. Brody regarding status of MAB/GSL matters. Phone calls and emails to Ms. Brochard and Mr. Russenberger regarding documentation for Bruner mortgage. Phone calls and emails to Mr. Mack, Mr. Brody and Ms. Gausvik regarding Stephen Bruner mortgage documentation. | .75 | 228.75 |
| 07/06/2006 | MAS | Phone calls and emails to Mr. Lotito and Mr. Miller regarding status of 85 Gansett Lane purchase contract for Marc and Denise Bruner; fax of same to Mr. Bruner. | .50 | 152.50 |
| 07/07/2006 | MAS | Fax underwriter's letter to Ms. Brochard of PAR East Mortgage regarding lender's due diligence on Bruner/Partner Marketing AG Promissory Note; emails to Mr. Russenberger regarding consent of Partner Marketing AG board approving Bruner Promissory Note; finalize draft of board consent and forward to Mr. Russenberger for execution by Mr. Vogler. | .75 | 228.75 |
| 07/10/2006 | MAS | Phone calls and emails with Mr. Miller and Ms. Noble of Farrell Fritz regarding Bruner purchase of NY realty. Research NY power of attorney issues; draft NonDurable Power of Attorney and forward to Mr. Bruner for execution. | 2.25 | 686.25 |
| 07/11/2006 | CSR | Arrange property insurance for 17 Hedges Lane; | .50 | 127.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | coordinate closing with local counsel. | | |
| 07/11/2006 | MAS | Draft and revise powers of attorney for Marc Bruner; phone calls and emails to Ms. Brochard of PAR East Mortgage and Ms. Noble of Farrell Fritz regarding powers of attorney for Marc Bruner and execution of documents for Long Island real estate. | 1.75 | 533.75 |
| 07/11/2006 | DEB | (Real Estate) Continue providing information and documents for closing on 17 Hedges Lane; telephone conferences re: $25 million line of credit; telephone conferences with Mr. M.A. Bruner, Mr. M.E. Bruner, et al., re: Mr. S. Bruner's request for Family Trust information. | 1.75 | 700.00 |
| 07/12/2006 | DEB | (Real Estate) Review and respond to various e-mails re: purchase of 17 Hedges Lane; telephone conferences with Ms. Noble, Mr. Lotito, et al., re: same. | 1.00 | 400.00 |
| 07/12/2006 | CSR | Coordinate wire, insurance and other matters for closing of 17 Hedges Lane. | .50 | 127.50 |
| 07/14/2006 | CSR | Telephone conferences with Ms. Noble and Mr. Miller regarding closing of 17 Hedges Lane and additional funds needed; coordinate wiring funds with Mr. Wasoff and Mr. Lotito. | .50 | 127.50 |
| 07/21/2006 | DEB | (UBS) Telephone conference with Mr. Perlmutter re: terms of line of credit; telephone conference with Mr. Lotito re: same; prepare e-mail re: same. | .75 | 300.00 |
| 07/24/2006 | DEB | (UBS Line of Credit) Telephone conferences with Mr. M.E. Bruner, Mr. M.A. Bruner, et al., re: UBS transaction; conference call with Mr. Lotito, Mr. M.E. Bruner, Ms. Gausvik, et al., re: same. | 3.00 | 1200.00 |
| 07/24/2006 | MAS | Meet with Mr. Brody regarding UBS loan facility with Bruner Family Trust; phone call with Mr. Brody and Mr. Perlmutter of UBS regarding same; phone call with Mr. Bloch of Aird Berlis regarding status of trust shares. | 4.25 | 1296.25 |
| 07/25/2006 | DEB | (UBS Loan) Begin reviewing loan documents for Bruner Family Trust line of credit; telephone conference with Mr. Perlmutter re: same. | 1.00 | 400.00 |
| 07/26/2006 | MMF | Office conference re: Hughes v. Bruner; research re: service in same. | .75 | 176.25 |
| 07/26/2006 | DEB | (UBS/Line of Credit) Telephone conference with Ms. Gausvik re: Subordination Agreement for payment of note; continue to review loan | 1.75 | 700.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | documents; telephone conferences with Mr. M.E. Bruner, et al., re: same; conferences re: same. | | |
| 07/26/2006 | MAS | Review DAR LLC / Galaxy Note and security documentation; meeting with Mr. Brody to discuss same. Email and phone call to Messrs Nelson, Lotito and Supple regarding reinstatement of BCI. | 4.50 | 1372.50 |
| 07/27/2006 | DEB | (UBS/Line of Credit) Telephone conference with Mr. Bruner and Mr. Lotito re: establishing personal line of credit secured by Falcon shares; continue reviewing terms of proposal. | .75 | 300.00 |
| 07/27/2006 | MAS | Draft DAR LLC Note Purchase Agreement; review Promethean Subordination Agreement. Meet with Mr. Brody to discuss trust pledge of Falcon shares to UBS. | 8.25 | 2516.25 |
| 07/28/2006 | MAS | Draft and revise DAR LLC Note Purchase Agreement, Assignment of Note and Mortgage Release; receive comments from Mr. Jones of Welborn. | 4.00 | 1220.00 |
| 07/28/2006 | MMF | Research re: sufficiency of service of process and preservation of rights; prepare memorandum re: same. | 1.50 | 352.50 |
| 07/31/2006 | MAS | Receive Note Purchase Agreement revision from Galaxy counsel; make revisions to same. Meet with Mr. Brody regarding status of Bruner family trust and Marc Bruner personal shareholdings in Falcon; emails and phone calls to Falcon counsel regarding same; emails and phone calls to Ms. Gausvik regarding same. | 3.25 | 991.25 |
| 07/31/2006 | MMF | Office conference with Mr. Brody re: service of complaint in Hughes matter and deadlines relating to same. | .25 | 58.75 |
| | | TOTAL HOURS & AMOUNT | 44.25 | $14,196.25 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| David E. Brody | 10.00 | at | $400.00 | = | 4,000.00 |
| Marci Fulton | 2.50 | at | $235.00 | = | 587.50 |
| Chalyse S. Robinson | 1.50 | at | $255.00 | = | 382.50 |
| Mark Shelby | 30.25 | at | $305.00 | = | 9,226.25 |

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| | CURRENT FEES | | $14,196.25 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Facsimile Charges | 20.00 | |
| Duplicating | 32.00 | |
| Long Distance Telephone | 4.92 | |
| CURRENT EXPENSES | | $56.92 |
| TOTAL THIS MATTER | | $14,253.17 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | TOTAL HOURS & AMOUNT | 0.00 | $0.00 |