# PATTON BOGGS LLP
ATTORNEYS AT LAW
2550 M ST N.W.
Washington, D.C. 20037
Federal ID Number 52-0749196

Marc Bruner
c/o David Brody
1600 Stout Street, Suite 2000
Denver, CO 80202

cc: Mr. Evan Wasoff (via E-mail)

Invoice Number::   10179186
Invoice Date:   09/21/2006
Client Number:   022741

Page 5

Re: (0101) Oil and Gas Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2004:

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/2006 | MAS | Review documents for Bruner Family Trust acquisition of DAR LLC Promissory Note; review share early release agreement; prepare Exel spreadsheet for client regarding sources and uses of trust shares; revise Note Purchase Agreement; phone call to Mr. Jones of Welborn regarding Galaxy comments and DAR LLC comments to same. | 4.25 | 1296.25 |
| 08/02/2006 | MAS | Draft DAR LLC Note Purchase Agreement for Bruner Family Trust; meetings with Mr. Brody regarding same; phone calls and emails to trustees Ms. Gausvik and Mr. Bruner regarding same; receive and review Note Assignment Agreement and Mortgage Release from Galaxy counsel Welborn; phone calls with Mr. Jones and Ms. Seneshen regarding same; revise Excel spreadsheet of trust share sources and uses; phone call to Mr. Merck of Aird Berlis and transfer agent Ms. Hossfield regarding status of Falcon shares released to date. | 9.50 | 2897.50 |
| 08/02/2006 | DEB | (UBS Line of Credit) Review and respond to various e-mails from Mr. Jones, Ms. Gausvik, et al., re: DAR note, line of credit, and related matters; telephone conference with Ms. Gausvik re: terms of Note Purchase Agreement. | 1.00 | 400.00 |

022741 0101   Mrs Bruder   Oil and Gas Matters   Page 6   Invoice Number: 10179186

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/2006 | DEB | (UBS Line of Credit) Telephone conferences with Mr. Nugent and Mr. Perlmutter re: status of loan. | .50 | 200.00 |
| 08/03/2006 | MAS | Phone calls and emails to Messrs. Perlmutter and Nugent of UBS regarding trust loan application documentation; receive Galaxy comments to DAR LLC Note Purchase Agreement from Mr. Jones of Welborn; receive DAR LLC comments to same; revise Note Purchase Agreement and distribute to group. | 2.00 | 610.00 |
| 08/03/2006 | MAS | Phone conference with Messrs Brody and Perlmutter regarding UBS loan application and documentation; emails and phone calls to trustees Ms. Gausvik and Mr. Bruner regarding same. Receive comments to DAR LLC Note Payable from Mr. Dariae; revise agreement; phone calls and emails to trustee Ms. Gausvik and Mr. Jones of Welborn regarding same. | 2.00 | 610.00 |
| 08/04/2006 | MAS | Revise and finalize DAR LLC Note Purchase Agreement; meet with Mr. Brody regarding same; phone calls to Mr. Jones and Ms. Gausvik regarding same. Phone call with Mr. Brody and Mr. Perlmutter regarding UBS loan documentation; phone call to trust transfer agent Ms. Hossfield | 4.00 | 1220.00 |
| 08/07/2006 | MAS | Review UBS loan documentation; meeting with Mr. Brody regarding same. Phone call with Mr. Jones of Welborn regarding status of DAR LLC Note Purchase Agreement transaction; meeting with Mr. Brody regarding same. Review Ms. Johnson conclusions on Delaware reinstatement of BCI Inc.; meet with Ms. Johnson regarding same. | 2.50 | 762.50 |
| 08/07/2006 | DEB | (UBS Line of Credit) Telephone conference with Trustees and UBS representatives (Ms. Collins and Mr. Hoffman) re: terms and procedures; review same. | 1.00 | 400.00 |
| 08/08/2006 | DEB | (UBS Line of Credit) Telephone conference with Mr. Nugent re: terms of loan; continue reviewing terms; conferences with Mr. Shelby re: same. | 1.00 | 400.00 |
| 08/08/2006 | MAS | Review UBS loan documentation; review comments to Mr. Brody; meet with Mr. Brody regarding status of documentation; discuss security collateralization mechanics of UBS loan. | 1.75 | 533.75 |
| 08/09/2006 | MAS | (Bruner Family Trust) Meet with Mr. Brody to | .75 | 228.75 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | discuss proposed changes to UBS loan agreement documentation; phone conference with Mr. Brody and Mr. Hoffman of UBS regarding proposed changes; meeting with Mr. Brody and Mr. Perlmutter of UBS regarding opening of UBS account; draft receipt and verify delivery of share certificate to UBS account. |  |  |
| 08/09/2006 | DEB | (UBS) Continue reviewing and preparing documents re: Trust line of credit; telephone conferences with Ms. Gausvzk, Mr. M. E. Bruner, et al., re: same. | 1.00 | 400.00 |
| 08/10/2006 | MMF | Office conference with Mr. Brody re: Hughes civil matter; telephone message to opposing counsel re: extension of deadline to file answer. | .25 | 58.75 |
| 08/10/2006 | MAS | Closing on DAR LLC Note Purchase Agreement, Note Assignment, Mortgage Release and Stock Power; Closing on UBS account setup and loan; redraft agreements; emails and phone calls to Galaxy counsel, to Ms. Gausvik, Mr. Brody, Messrs Perlmutter and Nugent of UBS, and Mr. Bruner. | 5.50 | 1677.50 |
| 08/11/2006 | MMF | Electronic memorandum to opposing counsel in Hughes civil matter re: motion to extend; prepare draft of same and proposed order; electronic memorandum to Mr. Brody and Mr. Terry re: same. | 1.50 | 352.50 |
| 08/11/2006 | MAS | (Bruner Family Trust UBS Loan) Phone conference with Mr. Brody and Messrs Perlmutter and Nugent regarding UBS loan terms. Finalize documents and forward to UBS New York offices. (Bruner Family Trust DAR Note Purchase) Phone conferences with Mr, Jones of Welborn regarding Note Purchase Agreement; respond to DAR and Wind River inquiries regarding Note Purchase Agreement, Note Assignment Agreement, and Stock Power; respond to questions from DAR and Wind River regarding stock certificate as collateral. | 2.00 | 610.00 |
| 08/11/2006 | DEB | (UBS) Continue discussions with Bank representatives on Trust line of credit; review e-mails re: same. | 1.50 | 600.00 |
| 08/14/2006 | MAS | (Bruner Family Trust DAR Note Purchase Agreement) Phone conferences with Falcon transfer agent and Messrs Jones and Dariae | 3.25 | 991.25 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding share certificate collateral and medallion signature guaranty. (Bruner Family Trust UBS Loan) Phone conferences with Messrs Perlmutter, Nugent and Marc E. Bruner regarding status of loan documentation; respond to UBS document requests in regard to same; meet with Messrs. Perlmutter, Nugent, Brody and Talesnick regarding same. | | |
| 08/14/2006 | MMF | Telephone conference with Mr. McKendree re: motion for extension of time; electronic memorandum to Mr. Brody and Mr. Terry re: same. | .25 | 58.75 |
| 08/14/2006 | DEB | (UBS Line of Credit) Continue to review and revise documents, and provide information to UBS re: same. | 2.00 | 800.00 |
| 08/15/2006 | DEB | (New Millennium) Telephone conference with Mr. Bleich re: term sheet. | .50 | 200.00 |
| 08/15/2006 | DEB | (UBS Line of Credit) Various telephone conferences with Mr. Nugent, et al., re: status of loan approval. | .75 | 300.00 |
| 08/15/2006 | MAS | Phone calls to Messrs. Perlmutter and Nugent of UBS; respond to document request from Mr. Perlmutter; meetings with Mr. Brody to discuss status. Phone calls to Mr. Jones of Welborn regarding status of DAR LLC Note Purchase Agreement and Bruner Family Trust financing. | 1.75 | 533.75 |
| 08/16/2006 | DEB | (UBS Line of Credit) Telephone conference with Mr. Mesot (UBS), Mr. M.E. Bruner, et al., re: status of loan; continue reviewing documents. | 1.25 | 500.00 |
| 08/17/2006 | DEB | (UBS Line of Credit) Continue telephone conferences with Mr. Mesot, Mr. Perlmutter, et al., re: status of loan application. | 1.00 | 400.00 |
| 08/17/2006 | MAS | Phone calls and emails with Mr. Jones of Welborn regarding DAR LLC Note Purchase Agreement; phone call with Mr. Lotito of MAB Resources regarding advance of funds to Bruner Family Trust; draft Promissory Note and forward execution draft to trustees Ms. Gausvik and Mr. Marc E. Bruner. Emails and phone calls with Mr. Timm of Wells Fargo and trustees Ms. Gausvik and Mr. Bruner regarding account document requests, final account application documents and wire transfer instructions for account. | 4.13 | 1259.65 |
| 8/18/2006 | MAS | (DAR LLC Note Purchase) Phone calls and | 2.75 | 838.75 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | emails with trustees regarding share certificate and stock power; phone calls and emails with Mr. Jones of Welborn regarding final note purchase documentation; phone call and email with Mr. Jones of Welborn regarding mortgage release. | | |
| 08/18/2006 | MAS | (UBS Loan) Review Marc Bruner net worth statement for UBS; meeting with Mr. Brody regarding same; phone calls and emails to UBS regarding status of loan application; draft spreadsheet detailing availability of trust shares and availability; phone calls and emails to trustees Marc E. Bruner and Ms. Gausvik. | 4.45 | 1357.25 |
| 08/21/2006 | MAS | (DAR Note Purchase) Set up trust bank account and complete note purchase documentation. Phone calls and emails to Mr. Timm of Wells Fargo regarding setup of trust account and wiring instructions; phone calls and emails to trustees Mr. Bruner and Ms. Gausvik regarding same. Phone call and email to Mr. Jones of Welborn regarding status of mortgage release and use of trust Falcon shares as collateral. Phone calls and emails to Messrs Lotito and Wasoff to redirect advance payment for DAR note to trust. | 2.30 | 701.50 |
| 08/21/2006 | MAS | (UBS Loan) Phone calls and emails to Messrs. Mesot, Nugent and Perlmutter regarding status of UBS loan application; meeting with Mr. Brody regarding status. Phone calls and emails to trustees Ms. Gausvik and Mr. Bruner regarding status of UBS Loan application. | 1.20 | 366.00 |
| 08/21/2006 | DEB | (UBS/Line of Credit) Telephone conferences with Mr. Nugent, Mr. Mesot, et al., re: status of loan application; review documents re: same. | 1.50 | 600.00 |
| 08/21/2006 | KLJ | Brief conference with Mr. Shelby regarding status of UBS loan documents. | .20 | 38.00 |
| 08/22/2006 | DEB | (Loan to Trust) Telephone conferences with Mr. M.E. Bruner re: USB and other potential lenders; telephone conference with Mr. Bloch re: Scotia Bank, HSBC and related matters; telephone conference with Ms. Gausvik, Mr. Reddin, et al., re: status of pending matters. | 1.25 | 500.00 |
| 08/22/2006 | MAS | (DAR Note Purchase) Close DAR Note Purchase transaction; final review and execution of Note Purchase Agreement, Note Assignment; Mortgage Release and Stock Power. Phone calls to Mr. | 1.20 | 366.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | Jones of Welborn regarding status of closing. Phone calls and emails to trustees Mr. Bruner and Ms. Gausvik regarding same. | | |
| 08/22/2006 | MAS | (Great Eastern) Phone calls and emails to Mr. Fiocca of Great Eastern regarding stock powers and documentation for setup of trading account for trust. Review Great Eastern documentation and send to trustees Marc E. Bruner and Ms. Gausvik for execution. | 1.60 | 488.00 |
| 08/22/2006 | MAS | (UBS Loan) Phone calls to Messrs Mesot, Perlmutter and Nugent regarding status of loan application; phone calls with trustee Mr. Bruner regarding status; meeting with Mr. Brody regarding staus of loan application. | 1.75 | 533.75 |
| 08/22/2006 | MAS | (DAR Note Purchase) Phone calls and emails to Messrs Wassoff and Lotito of Falcon and Mr. Jones of Welborn regarding status of wire payment to DAR and Wind River Resources. | .88 | 268.40 |
| 08/23/2006 | MAS | (Great Eastern) Phone calls and emails with Ms. Johnson regarding Falcon stock documentation; meeting with Mr. Talesnick and Ms. Johnson regarding same; phone call with Mr. Talesnick and Ms. Johnson with Mr. Fiocca of Great Eastern and Great Eastern in-house counsel. | 2.38 | 725.90 |
| 08/23/2006 | DEB | (Loan/Trust Matters) Review Rule 144 issues re: sale of Falcon shares; review and respond to e-mails re: same; conferences with Ms. Johnson and Mr. Shelby re: same. | 1.00 | 400.00 |
| 08/25/2006 | DEB | (Trust) Review various e-mails and documents related to sale of Falcon shares by Bruner Family Trust. | .75 | 300.00 |
| 08/28/2006 | KLJ | Conference with Mr. Brody regarding Project Eagle and Strategic Review project; finalize Mr. Bruner's signature page and forward to Mr. Reeves of Macquarie Bank for signature. | .80 | 152.00 |
| 08/28/2006 | MAS | Discuss stock certificate questions with Ms. K. Johnson; meeting with Mr. Brody to discuss status of Bruner Family Trust sale of Falcon shares. | .50 | 152.50 |
| 08/29/2006 | MAS | Phone calls to Mr. Fiocca of Great Eastern; meeting with Ms. Johnson regarding Bruner Family Trust sale of Falcon shares. Phone conference with Mr. Talesnick and Ms. Johnson with in-house counsel for Great Eastern regarding Falcon stock legend removal and trading | 3.16 | 963.80 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | restrictions in Canada. | | |
| 08/30/2006 | MAS | Emails and phone calls to Mr. Fiocca of Great Eastern and Mr. Merk of Aird Berlis regarding Falcon share legend removal; meet with Ms. Johnson regarding same. | .66 | 201.30 |
| 08/30/2006 | CSR | Correspond with insurance company and Mr. Lotito regarding homeowner's insurance for Gansett Lane property. | .25 | 63.75 |
| 08/31/2006 | MAS | Meet with Ms. Johnson to review status of Great Eastern issues regarding removal of legends on Falcon shares; emails and phone calls to Mr. Fiocca of Great Eastern and Mr. Bruner regarding same. | .50 | 152.50 |
| | | TOTAL HOURS & AMOUNT | 85.96 | $27,470.30 |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| David E. Brody | 16.00 | at | $400.00 | = | 6,400.00 |
| Marci Fulton | 2.00 | at | $235.00 | = | 470.00 |
| Chalyse S. Robinson | .25 | at | $255.00 | = | 63.75 |
| Mark Shelby | 66.71 | at | $305.00 | = | 20,346.55 |
| Kyle Johnson | 1.00 | at | $190.00 | = | 190.00 |
| | | | CURRENT FEES | | $27,470.30 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Courier | 37.90 | |
| Duplicating | 140.75 | |
| Long Distance Telephone | 45.03 | |
| CURRENT EXPENSES | | $223.68 |
| TOTAL THIS MATTER | | $27,693.98 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | TOTAL HOURS & AMOUNT | 0.00 | $0.00 |