IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Restrict (Dkt. #129) is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). The Clerk is directed to place Dkt. #132-1 under Level 1 Restriction.

Date: October 12, 2021