**CLOSED, DISMISSED**

# U.S. Bankruptcy Court
## District of Colorado (Denver)
## Adversary Proceeding #: 20-01225-KHT

*Assigned to:* Kimberley H. Tyson
*Lead BK Case:* 16-20197
*Lead BK Title:* PetroHunter Energy Corporation
*Lead BK Chapter:* 7
*Demand:* $360000

*Nature[s] of Suit:* 72 Injunctive relief - other

*Date Filed:* 08/03/20
*Date Terminated:* 09/17/20

*Plaintiff*
-----------------------
**David E. Brody**　　　　　　　　　　　　　　　represented by **Chad S. Caby**
　　　　　　　　　　　　　　　　　　　　　　　　Lewis Roca Rothgerber Christie LLP
　　　　　　　　　　　　　　　　　　　　　　　　1601 19th Street
　　　　　　　　　　　　　　　　　　　　　　　　Ste 1000
　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　　303-628-9583
　　　　　　　　　　　　　　　　　　　　　　　　Email: ccaby@lewisroca.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

V.

*Defendant*
-----------------------
**Marc E. Bruner**　　　　　　　　　　　　　　　represented by **Marc E. Bruner**
　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

*Defendant*
-----------------------
**Marc A Bruner**　　　　　　　　　　　　　　　represented by **Marc A Bruner**
　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

*Defendant*
-----------------------
**The Bruner Family Trust**　　　　　　　　　　　represented by **The Bruner Family Trust**
　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

EXHIBIT 2

*Defendant*
----------------------
**Jeffrey Hill**                                                          represented by **Jeffrey Hill**
                                                                                          PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 08/03/2020 | 1<br>(14 pgs; 2 docs) | Adversary case 20-01225. Complaint by David E. Brody against Marc E. Bruner, Marc A Bruner, The Bruner Family Trust, Jeffrey Hill. Fee Paid. Adversary Status Deadline 12/1/2020 (Attachments: # 1 Exhibit A) (72 (Injunctive relief - other)) (Caby, Chad) (Entered: 08/03/2020) |
| 08/03/2020 | 2 | Receipt of Complaint( 20-01225-KHT) [cmp,cmpt] ( 350.00) Filing Fee. Receipt number A29177608. Fee amount 350.00 (U.S. Treasury) (Entered: 08/03/2020) |
| 08/03/2020 | 3<br>(2 pgs) | Summons Issued on Marc A Bruner Answer Due 09/2/2020; Marc E. Bruner Answer Due 09/2/2020; Jeffrey Hill Answer Due 09/2/2020; The Bruner Family Trust Answer Due 09/2/2020. Government Agencies Are Allowed 35 Days From Service Of The Summons To Answer This Complaint. Notice To Litigants required to be served with Summons per General Procedure Order. (Caby, Chad) (Entered: 08/03/2020) |
| 09/03/2020 | 4<br>(2 pgs) | Notice of Dismissal of Adversary Proceeding Filed by Chad S. Caby on behalf of David E. Brody (related document(s)1 Complaint). (Caby, Chad) (Entered: 09/03/2020) |
| 09/03/2020 | | Disposition of Adversary Proceeding Number 20-1225-KHT. Final Order or Judgment Has Entered. Tickle Due Date 9/18/2020. (rp) (Entered: 09/03/2020) |
| 09/17/2020 | | Adversary Case Number 20-1225-KHT Closed. (rp) (Entered: 09/17/2020) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 10/16/2021 13:25:49 | | |
| **PACER Login:** FGMCLLP1 | **Client Code:** | 25516.0001 |
| **Description:** Docket Report | **Search Criteria:** | 20-01225-KHT Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** 1 | **Cost:** | 0.10 |

EXHIBIT 2