IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## PLAINTIFF'S UNOPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL 1) UNDER D.C.COLO.LCivR 7.2

Plaintiff David E. Brody by and through his undersigned counsel, respectfully submits the following Motion For Leave to Restrict Public Access at Level 1 to the Declaration of Michael A. Rollin filed in support of his Response in Opposition to the BFT Parties' Motion for Award of Mandatory Fees and Costs, and states as follows:

### Certificate of Conferral

Counsel for Plaintiff certifies that he has conferred with all counsel for Defendants and they do not oppose the requested relief.

1. On October 4, 2021, The BFT parties filed a motion for an award of mandatory fees and costs ("Motion"). The Exhibit A to their Motion was filed under Level 1 restriction (ECF Nos. 131, 131-1, 131-2, 131-3, 132, and 132-2).

2. On October 25, 2021, Plaintiff filed his Response in Opposition to the BFT Parties' Motion for Award of Mandatory Fees and Costs ("Response"). (ECF Nos. 138, 138-1, 138-2 and 138-

3). In support of his Response, Plaintiff submitted the Declaration of Michael A. Rollin (ECF No. 139) that includes and directly quotes information contained in Exhibit A.

3. Maintaining Level 1 restriction of this declaration and its exhibits is appropriate because it contains information already deemed as restricted to public access.

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion, and maintain **Level 1 restriction** as to ECF No. 139.

Respectfully submitted this 5th day of November, 2021.

>*/s/ Michael A. Rollin*
>Michael. A. Rollin, Esq.
>Mallory A. Revel, Esq.
>Lindsey Idelberg, Esq.
>FOSTER GRAHAM MILSTEIN & CALISHER LLP
>360 South Garfield Street, Sixth Floor
>Denver, Colorado 80209
>mrollin@fostergraham.com
>mrevel@fostergraham.com
>lidelberg@fostergraham.com
>Tel: (303) 333-9810
>Fax: (303) 333-9786
>*Attorneys for Plaintiff*

4873-4925-2354, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I served the foregoing **PLAINTIFF'S MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL 1) UNDER D.C.COLO.LCivR 7.2** via CM/ECF to all counsel of record.

By: */s/ Michael A. Rollin*
Michael. A. Rollin, Esq.

4873-4925-2354, v. 1