IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

---

**DEFENDANT MARC A. BRUNER'S JOINDER TO DEFENDANTS' BRUNER FAMILY TRUST'S AND MARC E. BRUNER'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING THE CIVIL CONSPIRACY CLAIM AGAINST THE BFT PARTIES OR, ALTERNATIVELY, FOR LEAVE TO AMEND**

---

Defendant Marc A. Bruner ("MAB") hereby submits his Joinder in the Response to Plaintiff's Motion for Reconsideration of the Court's Order Dismissing the Civil Conspiracy Claim Against the BFT Parties or, Alternatively, for Leave to Amend filed by Defendants Bruner Family Trust and Marc E. Bruner (the "BFT Defendants"), as follows.

## **JOINDER**

MAB joins in the BFT Parties' Response to Plaintiff's Motion for Reconsideration of the Court's Order Dismissing the Civil Conspiracy Claim Against the BFT Parties or, Alternatively, for Leave to Amend (the "Response"). MAB incorporates the arguments and authorities contained in the Response as though fully set forth herein. Those arguments and authorities apply equally to

4869-8048-3330.1

MAB and justify the reasons to deny Plaintiff's Motion for Reconsideration to the extent Plaintiff also seeks to reinstate the civil conspiracy claim against MAB.

For the reasons stated in the Response, therefore, MAB respectfully requests that the Court deny Plaintiff's Motion for Reconsideration of the Court's Order Dismissing the Civil Conspiracy Claim Against the BFT Parties or, Alternatively, for Leave to Amend, and for such other and further relief as the Court deems appropriate.

DATED this 5th day of November, 2021.

**MOYE WHITE LLP**

By: /s/ *Tanya A. Sevy*
William F. Jones
Timothy M. Swanson
Tanya A. Sevy
1400 16th Street, 6th Floor
Denver, Colorado 80202
Phone: (303) 292-2900
Email: billy.jones@moyewhite.com
tim.swanson@moyewhite.com
tanya.sevy@moyewhite.com

*Attorneys for Defendant Marc A. Bruner*

4869-8048-3330.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2021, I electronically filed the foregoing **DEFENDANT MARC A. BRUNER'S JOINDER TO DEFENDANTS' BRUNER FAMILY TRUST'S AND MARC E. BRUNER'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DISMISSING THE CIVIL CONSPIRACY CLAIM AGAINST THE BFT PARTIES OR, ALTERNATIVELY, FOR LEAVE TO AMEND** with the Clerk of Court using the CM/ECF system, which was electronically served to the following:

Michael A. Rollin
Esther H. Lee
Edgar O. Barraza
FOX ROTHSCHILD LLP

*Attorneys for Plaintiff David E. Brody*

William R. Meyer
Ghislaine Bruner
POLSINELLI PC

*Attorneys for Defendants Bruner*
*Family Trust and Marc E. Bruner*

                                                            */s/ Tanya A. Sevy*

4869-8048-3330.1