IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO SUPPLEMENT RECORD IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff hereby replies in support of his Motion to Supplement Record in Support of Motion for Judgment on the Pleadings or, Alternatively, for Partial Summary Judgment, ECF No. 137 (the "Motion"), and as grounds therefor states as follows:

Plaintiff stands by his right to seek leave to supplement and that the supplementation informs the pending Motion for Judgment on the Pleadings or, Alternatively, for Partial Summary Judgment, ECF No. 90. MAB's response brief, ECF No. 144, identifies no authority against the supplementation. MAB cites *Beard v. Seagate Tech., Inc.*, 145 F.3d 1159, 1163 (10th Cir. 1998), but it is inapplicable because it concerned a request to file a sur-reply in response to a summary judgment reply. *Id.* at 1164. In any event, the *Beard* Court denied the sur-reply, so the case, to the extent applicable, cuts against MAB's point. *Id.* at 1164-65. Likewise, *Black-Polsen v. Blansett*, Civ. 04-963 MCA/ACT, 2005 WL 8163774, at *9 (D.N.M. June 24, 2005) also does not support denying Plaintiff's supplementation. Citing *Beard*, it states in dicta that if a party supplements, the other can too. *Id.* That issue is not properly before the

1

Court because MAB cannot, as here, make such a motion in a responsive pleading. D.C.COLO.LCivR 7.1(d).

As to MAB's argument that Plaintiff is misapplying his admissions, that is not accurate but, in any event, it is not a legal defense to supplementation. Moreover, the fact that MAB still sees the agreement as valid, as both discussed in Plaintiff's Motion for Judgment on the Pleadings or, Alternatively, for Partial Summary Judgment and as MAB confirmed in discovery responses not available during the briefing, is material, since Rule 1.8(a), even if applicable, merely makes the contract voidable "at the client's option," not void. Restatement (Third) of the Law Governing Lawyers § 126, cmt. g, (2000).

Finally, MAB argues that his admission in response to Request for Admission No. 8 is unrelated to the at-issue agreement. This statement is irreconcilable with his response to the RFA itself, which reads: "Admit that MAB paid no consideration to Plaintiff under the Agreement." The response ties directly back to the Agreement: "MAB admits he has not paid the consideration at this time, but further states [he] intends to pay once the Fortem shares become tradeable." ECF No. 137-1, at 13. *See also id.* at 14 (RFA No. 15) ("Admit that MAB never intended to pay any of the consideration under the Agreement. Response: Denied.").

Plaintiff therefore requests that the Court accept the supplementation.

Respectfully submitted this 9th day of November, 2021.

> By: */s/ Michael A. Rollin*
> Michael. A. Rollin, Esq.
> Mallory A. Revel, Esq.
> Lindsey Idelberg, Esq.
> FOSTER GRAHAM MILSTEIN & CALISHER LLP
> 360 South Garfield Street,
> Sixth Floor
> Denver, Colorado 80209

2

mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2021, I served the foregoing **PLAINTIFF'S REPLY IN SUPPORT OF HIS MOTION TO SUPPLEMENT RECORD IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR, ALTERNATIVELY, FOR PARTIAL SUMMARY JUDGMENT** via CM/ECF to all counsel of record.

William R. Meyer, Esq.
POLSINELLI PC
1401 Lawrence Street,
Suite 2300
Denver, CO 80202
wmeyer@polsinelli.com
*Counsel for the Bruner Family Trust*
*and Marc e. Bruner, as trustee for the Bruner Family Trust*

and

Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
*Counsel for Defendant Marc A. Bruner*

and

Lance Henry
Allen Vellone Wolf Helfrich & Factor PC
1600 Stout Street,
Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com
*Counsel for Attorneys for Interpleader Plaintiff Jeffrey L. Hill,*
*Chapter 7 Trustee of PetroHunter Energy Corporation*

By:  */s/ Michael A. Rollin*
     Michael. A. Rollin, Esq.

4

4871-2481-3826, v. 1