IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Restrict (Dkt. #140) is DENIED WITHOUT PREJUDICE. Pursuant to D.C.COLO.LCivR 7.2(c), Plaintiff was required to, among other things, explain why no alternatives to restriction are practicable. Plaintiff's motion does not explain why redacting any confidential and proprietary information is not practicable. Plaintiff is given leave to refile a motion that complies with D.C.COLO.LCivR 7.2(c) on or before November 12, 2021. Dkt. #139 shall remain under Level 1 restriction until said motion is filed.

Date: November 9, 2021