| | |
|---|---|
| **From:** | Tanya Sevy |
| **To:** | Michael A. Rollin; Billy Jones |
| **Cc:** | Angelica S. McClurg |
| **Subject:** | RE: [EXTERNAL] Brody v. Bruner |
| **Date:** | Monday, November 8, 2021 3:52:02 PM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |
| | 11.08.21 MAB First Supplemental Discovery Responses.pdf |

Mike,

Please find the attached supplemental response from Marc A. Bruner. I have reached out to other attorneys who represented MAB, but to date, I have not heard anything back or received any additional documents. At this time, MAB is not withholding any documents on the basis of privilege. We will supplement as appropriate. Thank you.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Saturday, November 6, 2021 9:35 AM
**To:** Billy Jones <billy.jones@moyewhite.com>; Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** FW: [EXTERNAL] Brody v. Bruner

Caution: External E-Mail

Tanya, Billy-

I've reviewed your production from yesterday. It does not address any of the issues in my letter of Sept. 21, which is attached for your convenience. Since it took you 6 weeks to respond to that letter, which I sent 6 weeks after serving the discovery (during which there has been substantial motions practice), and in light of the omissions from your responses, I am concerned that MAB is withholding information so I cannot use it in connection with the various pending motions. Please disabuse me of that notion by providing full responses to the outstanding interrogatories and requests for production—including, without limitation, communications of lawyers representing MAB (including, for example, Messrs. Meinster and Merrick) with the debtor, trustee, creditors, and others (including their agents) in connection with the PetroHunter bankruptcy—and by producing a thorough privilege log by COB this coming Monday.

Consider this an effort to meet and confer with you before filing a motion to compel. I am also available to meet and confer by phone on Monday between 9:00 AM and 12:00 noon.

Mike





**Mike Rollin**
Partner
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:**  303-333-9786
mrollin@fostergraham.com

EXHIBIT 5

Fostergraham.com

Confidentiality Notice and Disclaimer:  The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited.  If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message.  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

**From:** Hope Stone via TitanFile <notifications@us.titanfile.com>
**Sent:** Friday, November 5, 2021 4:56 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Subject:** [EXTERNAL] Brody v. Bruner

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

**Hope Stone**

**shared 1 file with you**

Hope sent you the following file:

- Marc A. Bruner Responses to First Set of Discovery MAB_000001-MAB_000131.zip

with the following message:

Counsel:

Attached are documents produced by Marc A. Bruner in response to Plaintiff's First Set of Written Discovery Requests, Bates-numbered MAB_000001-MAB_000131.

Sincerely,

Hope Stone

**Access Files**

EXHIBIT 5

Copy and paste link to go directly to "Brody v. Bruner": https://moyewhite.titanfile.com/channels/sDOaWk/

This message was sent to mrollin@fostergraham.com.

Change which notifications you receive in notification settings.

© 2021 TitanFile Inc. 1050 King St W, Toronto, ON M6K 0C7, Canada

Toll Free: +1-855-315-6012

# Tanya Sevy
*Attorney*
*303-295-9814*

*Profile* | *vCard* | *Linkedin*



1400 16th Street, 6th Floor
Denver, Colorado 80202-1486



**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com



The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

EXHIBIT 5