IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

### PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL 1) UNDER D.C.COLO.LCivR 7.2

Plaintiff David E. Brody by and through his undersigned counsel, respectfully submits the following Amended Motion For Leave to Restrict Public Access at Level 1 of the Declaration of Michael A. Rollin filed in support of his Response in Opposition to the BFT Parties' Motion for Award of Mandatory Fees and Costs, and states as follows:

**Certificate of Conferral**

Counsel for Plaintiff certifies that he has conferred with all counsel for Defendants and they do not oppose the requested relief.

1.   On October 4, 2021, The BFT parties filed a motion for an award of mandatory fees and costs ("Motion").

2.   On October 25, 2021, Plaintiff filed his Response in Opposition to the BFT Parties' Motion for Award of Mandatory Fees and Costs ("Response"). (ECF Nos. 138, 138-1, 138-2 and 138-3). In support of his Response, Plaintiff submitted the Declaration of Michael A. Rollin (ECF No.

139) which quotes, refers to and attaches Exhibit C, a document that was produced by the BFT Parties under a confidentiality designation, with which Plaintiff must comply.

3. Plaintiff has no alternative to the restriction, and maintaining Level 1 restriction of this information is appropriate because the Protective Order entered on September 8, 2021, (ECF No. 121) states "should the parties desire to attach to or include in a motion or other filing or offer of evidence to the Court CONFIDENTIAL information, or portions of documents or information designated as CONFIDENTIAL, any and all documents and/or information containing such information, or portions thereof, shall be filed with the Court in accordance with procedures available through the CM/ECF system for filing documents as protected."

**WHEREFORE**, for the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion, and maintain **Level 1 restriction** as to the ECF No. 139 and Exhibit C, thereto.

Respectfully submitted this 12th day of November, 2021.

/s/ *Michael A. Rollin*
Michael. A. Rollin, Esq.
Mallory A. Revel, Esq.
Lindsey Idelberg, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I served the foregoing **PLAINTIFF'S UNOPPOSED AMENDED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL 1) UNDER D.C.COLO.LCivR 7.2** via CM/ECF to all counsel of record.

By:  */s/ Michael A. Rollin*
Michael. A. Rollin, Esq.

4866-3123-3283, v. 1