IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby **ORDERED** that Plaintiff's Second Amended Motion for Leave to Restrict (Dkt. #156) is **GRANTED** as follows, finding that the subject motion, along with Defendants' Response in Support of Plaintiff's Motions for Leave to Restrict, meet the requirements as outlined in D.C.COLO.LCivR 7.2(c). Specifically, good cause exists for Level 1 protection of Exhibit C and paragraph 7 to the Declaration of Michael Rollins (Dkt. #139). On or before **December 6, 2021**, Plaintiff shall file with the Court a publicly available version of Dkt. #139 with paragraph 7 of Declaration redacted and the bank statement at Exhibit 3 redacted, except for the single July 19 line item.

Date: December 2, 2021