IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff David E. Brody and Defendant Marc A. Bruner, by and through their respective counsel of record, hereby submit this Joint Motion to Amend the Scheduling Order, ECF No. 89, by extending the discovery deadline from December 10, 2021 to January 31, 2022.

**Conferral Certification Pursuant to D.C.COLO.LCivR 7.1(a)**

Counsel for Plaintiff and Defendant have conferred and agree regarding the relief sought herein. Counsel for the bankruptcy trustee does not oppose.

1.  On April 23, 2021, the Court issued a Scheduling Order setting the deadline to complete the discovery by December 10, 2021. ECF No. 89, ¶ 9(b).

2.  The trial date has not yet been set in this matter and the final pretrial conference is scheduled for March 9, 2022.

3.  Under Fed. R. Civ. P. 16(b)(4), a scheduling order can be modified with "good cause and with the judge's consent." *See also* ECF 89, ¶ 13. Good cause is found where the scheduling

4857-7252-4037.1

deadlines cannot be met despite diligent efforts. *E.g., Gorsuch, Ltd., B.C. v. Wells Fargo Nat. Bank Ass'n*, 771 F.3d 1230, 1240 (10th Cir. 2014).

4. Good cause is present here. Defendant's counsel has encountered difficulty in collecting documents responsive to Plaintiff's discovery requests from other lawyers representing MAB and communicating with third parties with respect to the matters at issue in this case. Specifically, Defendant's counsel has made requests for such documents to lawyers representing Defendant in and related to the PetroHunter bankruptcy case, but such counsel have not yet provided the documents requested despite her diligent efforts. Furthermore, in part because of this delay and in part because of other scheduling difficulties, the parties will need to conduct certain depositions after the current discovery cut off.

5. The parties also seek this extension to avoid needlessly raising discovery disputes concerning the documents in Defendant's other lawyers' possession. The requested extension will allow the parties to collect the information in the ordinary course rather than seek judicial intervention, if possible.

6. Therefore, the Parties respectfully request that the deadline to complete the discovery be extended from December 10, 2021 to January 31, 2022. The late January deadline is necessary because Plaintiff's counsel is scheduled to be in trial in another matter for the first three weeks of the new year.

7. This is the Parties' first request for an extension of the discovery deadline. This request will not prejudice any party.

8. The Parties do not believe that this extension will delay the proceedings and the Parties intend to proceed with the final pretrial conference on March 9, 2022.

9. Pursuant to D.C.COLO.LCivR 6.1(a), this motion is submitted prior to the expiration of the current deadlines.

10. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certify that copies of this joint motion will be served on the representatives of each party contemporaneously with this filing.

WHEREFORE, for the reasons set forth herein, the Parties respectfully request a modified scheduling order extending the discovery deadline from December 10, 2021 to January 31, 2022.

Respectfully submitted this 3rd day of December, 2021.

/s/ Michael A. Rollin
Michael. A. Rollin, Esq.
Mallory A. Revel, Esq.
Lindsey Idelberg, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

/s/ Tanya A. Sevy
Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
Tel: (303) 292-2900
*Attorneys for Defendant Marc A. Bruner*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I served the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** via CM/ECF to all counsel of record.

> By:　　*/s/ Michael A. Rollin*
> 　　　　Michael. A. Rollin, Esq.

4875-5851-1365, v. 2
4857-7252-4037.1