IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that the parties' Joint Motion to Amend Scheduling Order (Dkt. #161) is GRANTED. The Scheduling Order (Dkt. #89) is AMENDED to extend the discovery cutoff up to and including January 31, 2022.

Date: December 3, 2021