IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

Plaintiff David E. Brody and Defendant Marc A. Bruner, by and through their respective counsel of record, hereby submit this Motion to Extend Discovery Deadline ("Motion"), and respectfully request extending the discovery deadline from January 31, 2022, to February 21, 2022.

**Conferral Certification Pursuant to D.C.COLO.LCivR 7.1(a)**

Counsel for Plaintiff and Defendant have conferred and agree regarding the relief sought herein. Counsel for the bankruptcy trustee does not oppose.

1. On April 23, 2021, the Court issued a Scheduling Order setting the deadline to complete the discovery by December 10, 2021. ECF No. 89, ¶ 9(b).

2. On December 3, 2021, the Court granted the parties' Joint Motion to Amend the Scheduling Order and the discovery deadline was extended to January 31, 2022.

3. The trial date has not yet been set in this matter and the final pretrial conference is scheduled for March 9, 2022.

4857-7252-4037.1

4. The parties are conferring and are in the process of exploring a resolution of the remaining claims in this matter. In the interests of efficiency and cost, the parties believe an extension is necessary to avoid the expense of discovery while they discuss a potential resolution. Therefore, the parties respectfully request that the deadline to complete the discovery be extended from January 31, 2022, to February 21, 2022.

5. This is the Parties' second request for an extension of the discovery deadline. This request will not prejudice any party.

6. The Parties do not believe that this extension will delay the proceedings and the Parties intend to proceed with the final pretrial conference on March 9, 2022.

7. Pursuant to D.C.COLO.LCivR 6.1(a), this motion is submitted prior to the expiration of the current deadlines.

8. Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certify that copies of this joint motion will be served on the representatives of each party contemporaneously with this filing.

WHEREFORE, for the reasons set forth herein, the Parties respectfully request a modified scheduling order extending the discovery deadline from January 31, 2022, to February 21, 2022.

Respectfully submitted this 19th day of January, 2022.

        */s/ Michael A. Rollin*
        Michael. A. Rollin, Esq.
        Mallory A. Revel, Esq.
        Lindsey Idelberg, Esq.
        FOSTER GRAHAM MILSTEIN & CALISHER LLP
        360 South Garfield Street,
        Sixth Floor
        Denver, Colorado 80209
        mrollin@fostergraham.com
        mrevel@fostergraham.com
        lidelberg@fostergraham.com
        Tel: (303) 333-9810
        Fax: (303) 333-9786
        *Attorneys for Plaintiff*

/s/ *Tanya A. Sevy*
Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
Tel: (303) 292-2900
*Attorneys for Defendant Marc A. Bruner*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2022, I served the foregoing **JOINT MOTION TO EXTEND DISCOVERY DEADLINE** via CM/ECF to all counsel of record.

By: */s/ Michael A. Rollin*
Michael. A. Rollin, Esq.

4