IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion to Extend Discovery Deadline (Dkt. #161) is GRANTED. The Scheduling Order (Dkt. #89) is AMENDED to extend the discovery cutoff up to and including February 21, 2022. **No further extensions will be granted absent extraordinary circumstances.**

Date: January 19, 2022