IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

**STIPULATION TO DISMISS DEFENDANT MARC A. BRUNER <u>ONLY</u> WITHOUT PREJUDICE**

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiff David E. Brody and for Defendant Marc A. Bruner have conferred with counsel for Defendants the Bruner Family Trust and Marc E. Bruner, as Trustee for the Bruner Family Trust, as well as Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation, and represent that the Bruner Family Trust, Marc E. Bruner, and Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation, do not oppose this Stipulation.

**STIPULATION**

Plaintiff David E. Brody and Defendant Marc A. Bruner, by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Defendant Marc A. Bruner *only* without prejudice, with each party to pay their own attorney fees, costs, and expenses. For the avoidance of doubt, this stipulation and dismissal do not apply to any claims, crossclaims, counterclaims, third party claims, defenses, or any other matter between Brody,

on the one hand, and the Bruner Family Trust and/or any representative thereof, including as alleged in the above-captioned action.

Respectfully submitted this 2nd day of March, 2022.

/s/ *Michael A. Rollin*
Michael. A. Rollin, Esq.
Mallory A. Revel, Esq.
Lindsey Idelberg, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

/s/ *William R. Meyer*
William R. Meyer, Esq.
POLSINELLI PC
1401 Lawrence Street,
Suite 2300
Denver, CO 80202
wmeyer@polsinelli.com
Tel.: (303) 572-9300
Fax: (303) 572-7883
*Attorneys for Defendants The Bruner Family Trust and Marc E. Bruner, as trustee for the Bruner Family Trust*

/s/ *William "Billy" Jones*
Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
Tel: (303) 292-2900
*Attorneys for Defendant Marc A. Bruner*

2

*/s/ Lance Henry*
Lance Henry
Patrick D. Vellone
ALLEN VELLONE WOLF HELFRICH & FACTOR PC
1600 Stout Street,
Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com
*Attorneys for Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, I served the foregoing **STIPULATION TO DISMISS DEFENDANT MARC A. BRUNER ONLY WITHOUT PREJUDICE** via CM/ECF to all counsel of record.

By:  */s/ Michael A. Rollin*
 Michael. A. Rollin, Esq.

4