## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

---

### STIPULATED MOTION FOR RELEASE OF INTERPLEADED FUNDS

---

Plaintiff David E. Brody ("Brody"), Defendant Marc A. Bruner ("Bruner"), and Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation (the "Trustee," and collectively with Brody and Bruner "Movants"), by and through their undersigned counsel, respectfully submit this Stipulated Motion for Release of Interpleaded Funds, and state as follows:

### CERTIFICATE OF CONFERRAL

Counsel for Brody certifies that he has conferred with all counsel, and there are no objections to this stipulated motion.

### STIPULATION

1.      The Trustee is the duly appointed Chapter 7 Trustee in Bankruptcy Case 16-20197-KHT ("the Bankruptcy Case"), who holds, on behalf of the PetroHunter estate, the balance of any distributions for Claim No. 7 ("the Claim 7") in the Bankruptcy Case.

2.      Upon the Trustee's request, this Court's Registry holds in a Disputed Ownership Fund the proceeds from the Claim 7, in the amount of $97,542.27, the deposits of which are reflected at

Docket entries 47, 83, and 86 (the "Interpleaded Funds"). The Trustee's Complaint for Interpleader requested that the Court retain the Interpleaded Funds until "a final order is entered deciding the rights between" David E. Brody and Marc A. Bruner. *See* Case No 20cv3243, ECF No. 1, at Wherefore Clause (emphasis added).

3.      David E. Brody and Marc A. Bruner have agreed that effective February 23, 2022, all right, title, and interest in past and future distributions on account of Claim No. 7, including the Interpleaded Funds, were transferred to and vested in David E. Brody (**Exhibit A**, Transfer of Claim). Exhibit A has been filed with the Bankruptcy Court.

4.      Accordingly, the Interpleaded Funds are the property of David E. Brody by operation of Fed. R. Bankr. Proc. 3001(e)(2), and Movants hereby stipulate and request that the Interpleaded Funds, held in the Court's Registry, including any interest, be released to undersigned counsel for David E. Brody's trust account, via wire transfer or check. Undersigned counsel's name and address are as follows:

> Michael A. Rollin
> Foster Graham Milstein & Calisher LLP
> 360 S. Garfield Street
> Sixth Floor
> Denver, Colorado 80209

5.      Movants further stipulate that the Trustee has no future obligation to interplead any future distributions on account of Claim No. 7 and these distributions should be directed to David E. Brody or his counsel.

WHEREFORE, Movants respectfully request the Court enter an Order releasing the Interpleaded Funds, including any interest, to the undersigned's trust account, via wire transfer or check.

Respectfully submitted this 2nd day of March 2022.

2

*/s/ Michael A. Rollin*
Michael. A. Rollin, Esq.
Mallory A. Revel, Esq.
Lindsey Idelberg, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

*/s/ William "Billy" Jones*
Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
Tel: (303) 292-2900
*Attorneys for Defendant Marc A. Bruner*

*/s/ Lance Henry*
Lance Henry
Patrick D. Vellone
ALLEN VELLONE WOLF HELFRICH & FACTOR PC
1600 Stout Street,
Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com
*Attorneys for Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of
PetroHunter Energy Corporation*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I served the foregoing **STIPLUATED MOTION FOR RELEASE OF INTERPLEADED FUNDS** via CM/ECF to all counsel of record.

By:     */s/ Michael A. Rollin*
        Michael. A. Rollin, Esq.