B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Colorado

In re PetroHunter Energy Corp_____,    Case No. 16-20197-KHT

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| David E. Brody | Marc A. Bruner |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
David E. Brody
2209 Green Oaks Lane
Greenwood Village, CO 80121

Court Claim # (if known): ___7___
Amount of Claim: $335,374.18
Date Claim Filed: 03/01/2017

Phone: (303) 503-5660
Last Four Digits of Acct #: _____

Phone: (720) 717-9777
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Brody_____    Date: February 23, 2022
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**