IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## ORDER TO RELEASE THE INTERPLEADED FUNDS

The Court, having reviewed the Stipulated Motion for Release of Interplead Funds ("Stipulated Motion"), and being fully advised in this matter, hereby GRANTS the Stipulated Motion and ORDERS as follows:

1. The Clerk of Court shall disburse the proceeds in the amount of $97,542.27, including any interest, from Court's Registry to David E. Brody, through his counsel of record, at:

   **Name:** Foster Graham Milstein & Calisher, LLP

   **Address:** 260 S Garfield Street, 6th Floor, Denver, Colorado, 80209

2. The Trustee will have no future obligation to interplead any future distributions on account of Claim No. 7 and any future distributions will be directed to David E. Brody or his counsel.

DATED this _____ Day of _____, 2022.

BY THE COURT

_____
RAYMOND P. MOORE
United States District Judge

2