| | |
|---|---|
| **From:** | Glenn Merrick <IMCEAEX-_O=OEXCH122_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=2B024B28FA094EFFAE7F6DD8345B0AA8-GWM+40BC-686398@namprd14.prod.outlook.com> |
| **To:** | 'marc68bruner@gmail.com'; 'marc68bruner@gmail.com'; 'Tony Lotito' |
| **CC:** | 'Brody, David E.'; 'Paul Hilton (paul.hilton@hoganlovells.com)'; 'cak@gwmerrick.com' |
| **Sent:** | 4/26/2018 11:16:00 PM |
| **Subject:** | PetroHunter Energy Corporation, Case No. 16-20197 KHT, United States Bankruptcy Court, District of Colorado |

Marc and Tony:

I wanted to keep you advised so that we keep momentum in pursuing Marc's identified goals. To that end:

1. I have transmitted to Jeff Weinmant the renewed offer by Paltar Petroleum to acquire the Sweetpea equity consistent with the terms that we discussed. I have left the offer open through Monday, April 30, 2018. It almost certainly will not be accepted.

2. I sent you copies of the PetroHunter Energy Corp. bankruptcy schedules of creditors. No schedule of PetroHunter Energy equity interest holders was filed. Were you able to identify any independent third parties from the list of creditors (or PetroHunter Energy equity interest holders) who might be approached to join in a motion to remove the Trustee for failing to negotiate with Paltar Petroleum a sale of the Sweetpea equity held by the chapter 7 bankruptcy estate?

3. I have reviewed the state judge's summary judgment ruling against MAB Resources and Bankruptcy Judge Kim Tyson's denial of the stay relief motion that Barry filed. I think that the thing to do now is to re-file that litigation as an adversary proceeding in the Bankruptcy Court. That will demonstrate Marc's seriousness in seeking rescission with respect to the Sweetpea equity. I think that this option should be discussed among the two of you, Barry and me in a telephone call.

Please advise as to No. 2 above and how you would like me to proceed.

With kind regards,

Glenn

Glenn W. Merrick

G.W. MERRICK & ASSOCIATES, LLC

Attorneys and Counselors

6300 S. Syracuse Way, Suite 220

Centennial, Colorado 80111
Telephone: (303) 831-9400
Facsimile: (303) 771-5803

Cell: (720) 839-7553
E-mail: gwm@gwmerrick.com <mailto:gwm@gwmerrick.com>
Web: www.gwmerrick.com <http://www.gwmerrick.com/>

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that: Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is

Deposition Exhibit
**22**
1:19-cv-01091-RM-NRN

intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify G.W. MERRICK & ASSOCIATES, LLC at 303-831-9400 and purge the communication immediately without making any copy or distribution.