| | |
|---|---|
| **From:** | Ctlotito <ctlotito@aol.com> |
| **Sent:** | Monday, October 31, 2016 12:29 PM |
| **To:** | dave.siegel@me.com; bmeinster@meinster.com; rtelles@twklaw.com; Brody, David E. |
| **Cc:** | ctlotito@aol.com |
| **Subject:** | TRUSTEE QUESTIONS |
| **Attachments:** | Trustee Questions to be asked at the 341 Bankruptcy Creditors Meeting.docx |

Dave, Bob David and Barry

I have prepared this Memo in my preliminary review of the Petrohunter Chapter 7 filing on November 17, 2016 regarding Sweetpea Petroleum Pty Ltd and the acquisition of Petrohunter's 100% stockholders interest in Sweetpea Petroleum Pty Ltd.

Paltar's position regarding Sweetpea's 50% WI in EP 136, EP 143 & EP(A) 197 will be governed pursuant to the Terms and Conditions of the JVOA and the Called Sum provisions.

Nation Energy can pursue the acquisition of the 100% Shareholders Interest owned by Petrohunter by developing a plan combining the claims of (1) MAB Resources, LLC, Lawsuit Claims,
 (2) Bruner Family Trust Unsecured Claim of $2.6 MM plus accrued interest to November 16, 2016 , (3) David Brody's judgment of $300,000 as a Convertible Debt Holder, (4) I have a personal claim of approximately $25,000+

Barry can you check if the STATEMENT OF AFFAIRS (Bankruptcy Balance Sheet of Petrohunter that priorities all creditors ) very important in developing strategy.

Your comments and thoughts

Tony

1

Deposition Exhibit
108
1:19-cv-01091-RM-NRN