**United States Bankruptcy Court**
**District of Colorado**

| | | |
|---|---|---|
| In re:  PetroHunter Energy Corporation  ) | | |
|       EIN 68-0431245  ) | | |
|                      *Debtor*  ) | Case No. | 16-20197-HRT |
|   )  | MC No. | JBM - #1 |
|   ) | Chapter | 7 |
|   ) | | |
| Address: 910 10th Street, Suite 208  ) | | |
|         Denver, Colorado 80202-2931  ) | | |
|   ) | | |

**Notice of Appearance and**
**Request to Receive Notices and Documents**

Please take notice that Marc Bruner, MAB Resources LLC, Bruner Family Trust, and Carmen J. Lotito (Creditors) through their attorney, Barry Meinster, Meinster & Associates, PC, requests that all notices, papers, and documents including, but not limited to orders, notices of applications, motions, petitions, pleadings, requests, complaints or demands be served on:

    Barry Meinster, Esq.
    Meinster & Associates, PC
    PO Box 681
    Conifer, Colorado 80433
    bmeinster@meinster.com

Date: November 1, 2016

/S/ *Barry Meinster*

_____
Barry Meinster, #15483
Meinster & Associates, PC
PO Box 681
Conifer, Colorado 80433
303-674-5977
303-674-9662
Email: bmeinster@meinster.com

Deposition Exhibit
**111**
1:19-cv-01091-RM-NRN

## Certificate of Service

I certify that on November 1, 2016, a copy of this pleading was served by the USPS, first class, postage prepaid on the following:

Debtor:
PetroHunter Energy Corporation
910 10th Street, Suite 208
Denver, Colorado 80202-2931

Attorney for Debtors:
Alice A. White
1801 Broadway
Ste., 900
Denver, CO 80202

Trustee:
Jeffrey L. Hill
11911 N. Hwy 83
Ste. 207
Parker, CO 80134

US Trustee
999 18th St., Ste. 1551
Denver, CO 80202

/S/ *Suzanne Levy*

_____
Suzanne Levy, Paralegal