# District of Colorado
# Claims Register

### 16-20197-KHT PetroHunter Energy Corporation

**Judge:** Kimberley H. Tyson  **Chapter:** 7
**Office:** Denver  **Last Date to file claims:**
**Trustee:** Jeffrey L. Hill  **Last Date to file (Govt):**

| Creditor: (18118761) TS Capital Partners, LLC 1350 Treat Blvd., Suite 400 Walnut Creek, CA 94597 History | Claimant | Claim No: 1 Original Filed Date: 12/15/2016 Original Entered Date: 12/16/2016 | Status: Transfer/Assign 210 Filed by: CR Entered by: Elizabeth King Modified: |
|---|---|---|---|

Amount claimed: $1815.00

*History:*

| Details | 1-1 | 12/15/2016 | Claim #1 filed by SJM Holdings Inc., Amount claimed: $1815.00 (King, Elizabeth) |
| | 210 | 08/31/2018 | Notice of Assignment/Transfer of Claim Number 1-1 With Waiver Transfer Agreement 3001 (e) 2 Transferor: SJM Holdings Inc. (Claim No. 1) To TS Capital Partners, LLC. Fee Amount $25 Filed by Charles S. Kelley on behalf of TS Capital Partners, LLC... (Kelley, Charles) Status: Transfer/Assign |

*Description:*
*Remarks:*

| Creditor: (17404464) Matthew R. Silverman 621 17th Street Suite 2300 Denver, CO 80293 | History | Claim No: 2 Original Filed Date: 01/17/2017 Original Entered Date: 01/20/2017 Last Amendment Filed: 08/25/2017 Last Amendment Entered: 08/25/2017 | Status: Filed by: CR Entered by: Elizabeth King Modified: |
|---|---|---|---|

Amount claimed: $231000.00

*History:*

| Details | 2-1 | 01/17/2017 | Claim #2 filed by Matthew R. Silverman, Amount claimed: $246250.00 (King, Elizabeth) |
| Details | 2-2 | 08/25/2017 | Amended Claim #2 filed by Matthew R. Silverman, Amount claimed: $231000.00 (King, Elizabeth) |

*Description:* (2-2) see pdf
*Remarks:*

| Creditor: (17378321) Rio Blanco County Treasurer PO Box G Meeker, CO 81641-0247 | | Claim No: 3 Original Filed Date: 01/20/2017 Original Entered Date: 01/23/2017 Last Amendment | Status: Filed by: CR Entered by: Danielle DeHerrera Modified: |
|---|---|---|---|

**Deposition Exhibit 122**
1:19-cv-01091-RM-NRN

|  |  |  |
|---|---|---|
|  | *Filed*: 03/26/2018<br>*Last Amendment Entered*: 03/26/2018 |  |

Amount claimed: $15260.10

*History:*

| Details | 3-1 | 01/20/2017 | Claim #3 filed by Rio Blanco County Treasurer, Amount claimed: $14892.56 (Lopez, Becky) |
|---|---|---|---|
| Details | 3-2 | 03/26/2018 | Amended Claim #3 filed by Rio Blanco County Treasurer, Amount claimed: $15260.10 (DeHerrera, Danielle) |

*Description:*
*Remarks:*

| *Creditor:*   (17378337)<br>WES-TEX Drilling Company<br>400 Pine St Ste 700<br>Abilene, TX 79601-5197 | **Claim No: 4**<br>*Original Filed Date*: 01/27/2017<br>*Original Entered Date*: 01/30/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Elizabeth King<br>*Modified:* |
|---|---|---|

Amount claimed: $448041.67

*History:*

| Details | 4-1 | 01/27/2017 | Claim #4 filed by WES-TEX Drilling Company, Amount claimed: $448041.67 (King, Elizabeth) |
|---|---|---|---|

*Description:*
*Remarks:*

| *Creditor:*   (17378292)<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Claim No: 5**<br>*Original Filed Date*: 02/14/2017<br>*Original Entered Date*: 02/14/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* IRS (ecl)<br>*Modified:* |
|---|---|---|

Amount   claimed: $23364.20
Secured   claimed:         $0.00
Priority   claimed:         $0.00

*History:*

| Details | 5-1 | 02/14/2017 | Claim #5 filed by Internal Revenue Service, Amount claimed: $23364.20 (IRS (ecl)) |
|---|---|---|---|

*Description:*
*Remarks:*

| *Creditor:*   (18184733)<br>Argo Partners<br>12 W. 37th Street, 9th Floor<br>New York, NY 10018   Claimant History | **Claim No: 6**<br>*Original Filed Date*: 03/02/2017<br>*Original Entered Date*: 03/02/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Matthew D. Skeen, Jr.<br>*Modified:* |
|---|---|---|

Amount   claimed: $377520.45
Secured   claimed: $377520.45

*History:*

| Details | 6-1 | 03/02/2017 | Claim #6 filed by El Oro Ltd., Amount claimed: $377520.45 (Skeen, Matthew) |
|---|---|---|---|
|  | 258 | 11/07/2018 | Notice of Assignment/Transfer of Claim Number 6 With Waiver Transfer Agreement 3001 (e) 2 Transferor: El Oro Ltd. (Claim No. 6) To Argo Partners. Fee Amount $25 Filed by Matthew A Gold on behalf of Argo Partners... (Gold, Matthew) |

*Description:* (6-1) Series A 8.5% Convertible Debenture issued November 7, 2007
*Remarks:*

| Creditor: (17729268)<br>Marc A. Bruner<br>1555 Blake St.<br>Suite 1002<br>Denver, Colorado 80202   Claimant<br>History | Claim No: 7<br>Original Filed Date: 03/02/2017<br>Original Entered Date: 03/02/2017 | Status: Transfer/Assign 126<br>Filed by: CR<br>Entered by: Theodore J. Hartl<br>Modified: |

Amount claimed: $335374.18
Secured claimed: $335374.18

*History:*

| Details | 7-1 | 03/02/2017 | Claim #7 filed by David E. Brody, Amount claimed: $335374.18 (Hartl, Theodore) |
| | 126 | 08/22/2017 | Notice of Assignment/Transfer of Claim Number 7 Without Waiver Transfer Agreement 3001 (e) 2 Transferor: David E. Brody (Claim No. 7) To Marc A. Bruner . Receipt Number 299486, Fee Amount $25 filed by Mark A. Burner .. Objections to Assignment of Claim due by 9/12/2017. (cag) Status: Transfer/Assign |

*Description:*
*Remarks:*

| Creditor: (17404461)   History<br>Carmen Lotito<br>12098 S. Meander Way<br>Parker, CO 80138 | Claim No: 8<br>Original Filed Date: 03/05/2017<br>Original Entered Date: 03/05/2017<br>Last Amendment Filed: 06/24/2020<br>Last Amendment Entered: 06/24/2020 | Status:<br>Filed by: AT<br>Entered by: Barry Meinster<br>Modified: |

Amount claimed: $248750.00

*History:*

| Details | 8-1 | 03/05/2017 | Claim #8 filed by Carmen Lotito, Amount claimed: $248750.00 (Meinster, Barry) |
| Details | 8-2 | 06/24/2020 | Amended Claim #8 filed by Carmen Lotito, Amount claimed: $248750.00 (Meinster, Barry) |

*Description:* (8-1) Fees for duties on the Board of Directors
(8-2) Amended Proof of Claim

*Remarks:* (8-1) Paperwork substantiating this claim is contained in the Board Minutes, and the creditor does not have access to this information.. The claim is listed on form 206 E/F, Schedule E/F #3.3.
(8-2) to replace Schedule E & F filed on 3/5/17

| Creditor: (17747053)<br>The Bruner Family Trust<br>c/o Theodore Hartl<br>Lindquist & Vennum LLP<br>600 17th Street, Suite 1800S<br>Denver, CO 80202   Claimant History | Claim No: 9<br>Original Filed Date: 03/06/2017<br>Original Entered Date: 03/06/2017<br>Last Amendment Filed: 09/08/2017<br>Last Amendment Entered: 09/08/2017 | Status:<br>Filed by: CR<br>Entered by: Theodore J. Hartl<br>Modified: |

Amount claimed: $4158963.82

*History:*

| Details | 9-1 | 03/06/2017 | Claim #9 filed by Bruner Family Trust, Amount claimed: $250000.00 (Meinster, Barry) |
| Details | 9-2 | 09/08/2017 | Amended Claim #9 filed by The Bruner Family Trust, Amount claimed: $4158963.82 (Hartl, Theodore) |

*Description:* (9-1) promissory note
*Remarks:*

| *Creditor:* (17522933)<br>Bruner Family Trust<br>1555 Blake St Unit 1002<br>Denver, CO 80202-1883 | **Claim No: 10**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barry Meinster<br>*Modified:* |
|---|---|---|

Amount claimed: $25000.00

*History:*

Details   10-1   03/06/2017   Claim #10 filed by Bruner Family Trust, Amount claimed: $25000.00 (Meinster, Barry)

*Description:* (10-1) promissory note

*Remarks:*

| *Creditor:* (17522933)<br>Bruner Family Trust<br>1555 Blake St Unit 1002<br>Denver, CO 80202-1883 | **Claim No: 11**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017<br>*Last Amendment Filed*: 03/06/2017<br>*Last Amendment Entered*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barry Meinster<br>*Modified:* |
|---|---|---|

Amount claimed: $2385184.00

*History:*

Details   11-1   03/06/2017   Claim #11 filed by Bruner Family Trust, Amount claimed: $238584.00 (Meinster, Barry)

Details   11-2   03/06/2017   Amended Claim #11 filed by Bruner Family Trust, Amount claimed: $2385184.00 (Meinster, Barry)

*Description:* (11-1) promissory note
(11-2) promissory note

*Remarks:*

| *Creditor:* (17522933)<br>Bruner Family Trust<br>1555 Blake St Unit 1002<br>Denver, CO 80202-1883 | **Claim No: 12**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barry Meinster<br>*Modified:* |
|---|---|---|

Amount claimed: $120000.00

*History:*

Details   12-1   03/06/2017   Claim #12 filed by Bruner Family Trust, Amount claimed: $120000.00 (Meinster, Barry)

*Description:* (12-1) promissory note

*Remarks:*

| *Creditor:* (17522933)<br>Bruner Family Trust<br>1555 Blake St Unit 1002<br>Denver, CO 80202-1883 | **Claim No: 13**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barry Meinster<br>*Modified:* |
|---|---|---|

Amount claimed: $100000.00

*History:*

Details   13-1   03/06/2017   Claim #13 filed by Bruner Family Trust, Amount claimed: $100000.00 (Meinster, Barry)

*Description:* (13-1) promissory note

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (17522933)<br>Bruner Family Trust<br>1555 Blake St Unit 1002<br>Denver, CO 80202-1883 | **Claim No: 14**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barry Meinster<br>*Modified:* |

Amount claimed: $100000.00

*History:*

Details   14-1   03/06/2017  Claim #14 filed by Bruner Family Trust, Amount claimed: $100000.00 (Meinster, Barry)

*Description:* (14-1) promissory note

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (17522933)<br>Bruner Family Trust<br>1555 Blake St Unit 1002<br>Denver, CO 80202-1883 | **Claim No: 15**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barry Meinster<br>*Modified:* |

Amount claimed: $100000.00

*History:*

Details   15-1   03/06/2017  Claim #15 filed by Bruner Family Trust, Amount claimed: $100000.00 (Meinster, Barry)

*Description:* (15-1) promissory note

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (17523217)<br>JTE Finanz AG<br>c/o Roger Curchod<br>Stodolastrasse 10<br>CH-8053 Zurich<br>Switzerland | **Claim No: 16**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/06/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Michael J. Pankow<br>*Modified:* 05/31/2018 |

Amount  claimed: $3593558.34<br>
Secured  claimed: $3593558.34

*History:*

Details   16-1   03/06/2017  Claim #16 filed by JTE Finanz AG, Amount claimed: $3593558.34 (Pankow, Michael)

*Description:* (16-1) Promissory Notes (GPF-002 and GPF-003)

*Remarks:* (16-1) Recharacterized as unsecured per order at document no. 190.

| | | |
|---|---|---|
| *Creditor:* (17524437)<br>Shook, Hardy Bacon LLP<br>2555 Grande Boulevard<br>Kansas City, MO 64108-2613 | **Claim No: 17**<br>*Original Filed Date*: 03/07/2017<br>*Original Entered Date*: 03/07/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI Clerk<br>*Modified:* |

Amount claimed: $2330.82

*History:*

Details   17-1   03/07/2017  Claim #17 filed by Shook, Hardy Bacon LLP, Amount claimed: $2330.82 (ADI Clerk)

*Description:*

*Remarks:* (17-1) Account Number (last 4 digits):5417

| Creditor: (17524676) History<br>RENN Capital Group, Inc.<br>16660 Dallas Parkway<br>Suite 2600<br>Dallas, TX 75248 | Claim No: 18<br>Original Filed Date: 03/07/2017<br>Original Entered Date: 03/07/2017 | Status:<br>Filed by: CR<br>Entered by: Brad W. Schacht<br>Modified: |
|---|---|---|

Amount claimed: $783326.00

History:
Details  18-1  03/07/2017  Claim #18 filed by RENN Capital Group, Inc., Amount claimed: $783326.00 (Schacht, Brad)

Description:
Remarks:

| Creditor: (17524677) History<br>RENN Fund, Inc.<br>16660 Dallas Parkway<br>Suite 2600<br>Dallas, TX 75248 | Claim No: 19<br>Original Filed Date: 03/07/2017<br>Original Entered Date: 03/07/2017 | Status:<br>Filed by: CR<br>Entered by: Brad W. Schacht<br>Modified: |
|---|---|---|

Amount claimed: $1562130.00

History:
Details  19-1  03/07/2017  Claim #19 filed by RENN Fund, Inc., Amount claimed: $1562130.00 (Schacht, Brad)

Description:
Remarks:

| Creditor: (17524678) History<br>RENN Universal Growth Investment Trust PLC<br>16660 Dallas Parkway<br>Suite 2600<br>Dallas, TX 75248 | Claim No: 20<br>Original Filed Date: 03/07/2017<br>Original Entered Date: 03/07/2017 | Status:<br>Filed by: CR<br>Entered by: Brad W. Schacht<br>Modified: |
|---|---|---|

Amount claimed: $3915108.00

History:
Details  20-1  03/07/2017  Claim #20 filed by RENN Universal Growth Investment Trust PLC, Amount claimed: $3915108.00 (Schacht, Brad)

Description:
Remarks:

| Creditor: (17378284) History<br>Global Project Finance AG<br>Tuerlacherweg 40<br>CH-6060 Sarnen<br>Switzerland | Claim No: 21<br>Original Filed Date: 03/07/2017<br>Original Entered Date: 03/07/2017 | Status: Disallow/Expunge 201<br>Filed by: AT<br>Entered by: Michael J. Pankow<br>Modified: |
|---|---|---|

Amount  claimed: $63081621.00
Secured  claimed: $11490704.00

History:
Details  21-1  03/07/2017  Claim #21 filed by Global Project Finance AG, Amount claimed: $63081621.00 (Pankow, Michael)
         201   07/27/2018  ORDER DISALLOWING CLAIM NO. 21 FILED BY GLOBAL PROJECT FINANCE AG (related document(s):192 Objection to Claim). (mcs) Status: Disallow/Expunge

Description: (21-1) Debtor's shares of Sweetpea Petroleum Pty Ltd.
Remarks:

| Creditor: (17526069)<br>CR Innovations<br>c/o Christian Russenberger<br>Tuerlacherweg 40<br>6060 Sornan<br>Switzerland | **Claim No: 22**<br>*Original Filed Date*: 03/07/2017<br>*Original Entered Date*: 03/07/2017 | *Status:* Disallow/Expunge 532<br>*Filed by:* AT<br>*Entered by:* Michael J. Pankow<br>*Modified:* |
|---|---|---|
| Amount claimed: $345181.00 | | |
| *History:*<br>Details   22-1   03/07/2017   Claim #22 filed by CR Innovations, Amount claimed: $345181.00 (Pankow, Michael)<br>            532    06/16/2020   Order Granting Objection to Claim #22 (related document(s):108 Objection to Claim). (mcs) Status: Disallow/Expunge | | |
| *Description:* (22-1) Money lent and services provided | | |
| *Remarks:* | | |

| Creditor: (17378299)<br>Martin Oring<br>7582 Hawks Landing Dr<br>West Palm Beach, FL 33412-3108 | **Claim No: 23**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/08/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Elizabeth King<br>*Modified:* 06/14/2017 |
|---|---|---|
| Amount claimed: $1172522.00 | | |
| *History:*<br>Details   23-1   03/06/2017   Claim #23 filed by Martin Oring, Amount claimed: $1172522.00 (King, Elizabeth) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (17404468)<br>Wealth Preservation Defined Benefit Plan<br>7582 Hawks Landing Dr<br>West Palm Beach, FL 33412-3108 | **Claim No: 24**<br>*Original Filed Date*: 03/06/2017<br>*Original Entered Date*: 03/08/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Elizabeth King<br>*Modified:* |
|---|---|---|
| Amount claimed: $387777.00 | | |
| *History:*<br>Details   24-1   03/06/2017   Claim #24 filed by Wealth Preservation Defined Benefit Plan, Amount claimed: $387777.00 (King, Elizabeth) | | |
| *Description:* | | |
| *Remarks:* | | |

| Creditor: (17378278)<br>Environmental Solutions<br>600 County Road 216<br>Rifle, CO 81650-9103 | **Claim No: 25**<br>*Original Filed Date*: 03/16/2017<br>*Original Entered Date*: 03/16/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* ADI Clerk<br>*Modified:* |
|---|---|---|
| Amount claimed: $21489.37 | | |
| *History:*<br>Details   25-1   03/16/2017   Claim #25 filed by Environmental Solutions, Amount claimed: $21489.37 (ADI Clerk) | | |
| *Description:* | | |
| *Remarks:* (25-1) Account Number (last 4 digits):8181 | | |

| Creditor: (18344721)<br>ContextTCM Tactical Opportunities Series of the Context TCM Series Fund LP<br>777 Westchester Avenue, Suite 203<br>White Plains, NY 10604   Claimant History | Claim No: 26<br>Original Filed Date: 07/07/2017<br>Original Entered Date: 07/07/2017<br>Last Amendment Filed: 01/15/2020<br>Last Amendment Entered: 01/15/2020 | Status:<br>Filed by: CR<br>Entered by: Elizabeth King<br>Modified: |

Amount claimed: $17505368.45

*History:*

| Details | 26-1 | 07/07/2017 | Claim #26 filed by CCES Piceance Partners I, LLC, Amount claimed: $17505368.45 (Myhaver, Kally) |
| | 312 | 02/26/2019 | Notice of Assignment/Transfer of Claim Number 26 With Waiver Transfer Agreement 3001 (e) 2 Transferor: CCES Piceance Partners I, LLC (Claim No. 26) To ContextTCM Tactical Opportunities Series. Fee Amount $25.. (Pioneer Funding Group, LLC, ) |
| Details | 26-2 | 01/15/2020 | Amended Claim #26 filed by ContextTCM Tactical Opportunities Series, Amount claimed: $17505368.45 (King, Elizabeth) |

*Description:* (26-2) see pdf
*Remarks:*

| Creditor: (17378299)<br>Martin Oring<br>7582 Hawks Landing Dr<br>West Palm Beach, FL 33412-3108 | Claim No: 27<br>Original Filed Date: 08/22/2017<br>Original Entered Date: 08/22/2017 | Status:<br>Filed by: CR<br>Entered by: Elizabeth King<br>Modified: |

Amount claimed: $812757.00

*History:*

| Details | 27-1 | 08/22/2017 | Claim #27 filed by Martin Oring, Amount claimed: $812757.00 (King, Elizabeth) |

*Description:*
*Remarks:*

| Creditor: (17404464)   History<br>Matthew R. Silverman<br>621 17th Street<br>Suite 2300<br>Denver, CO 80293 | Claim No: 28<br>Original Filed Date: 08/25/2017<br>Original Entered Date: 09/06/2017 | Status: Withdraw 516<br>Filed by: CR<br>Entered by: Elizabeth King<br>Modified: |

Amount claimed: $231000.00

*History:*

| Details | 28-1 | 08/25/2017 | Claim #28 filed by Matthew R. Silverman, Amount claimed: $231000.00 (King, Elizabeth) |
| | 516 | 05/20/2020 | Notice of Withdrawal of Claim Number 28 filed by Matthew R. Silverman. (ek) Status: Withdraw |

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** PetroHunter Energy Corporation
**Case Number:** 16-20197-KHT
**Chapter:** 7
**Date Filed:** 10/17/2016

**Total Number Of Claims:** 28

| Total Amount Claimed* | $102084442.40 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $15797156.97 | |
| **Priority** | $0.00 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/07/2020 17:19:58 | | | |
| **PACER Login:** | Bmeinster | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 16-20197-KHT Filed or Entered From: 1/1/1990 Filed or Entered To: 7/7/2020 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |