< Results for **David E Brody**

**Fwd: Transfer of Claim in Bankruptcy Proceeding**

From: Tony Lotito <ctlotito@aol.com>
To: Kinger <jrkinger@icloud.com>; Marc A Bruner <marc@marcbruner.com>
Cc: Tony Lotito <ctlotito@aol.com>
Date: Thu, Aug 10, 2017 11:54 am

📎 BRODYbrunerAUG2017.d... (24 KB)   BRODYbrunerCLAIM.pdf (20 KB)   David Brody Proof of...pdf (3.4 MB)

Jamie

Print out e-mails and Attachments for Marc to review and discuss with David Brody

Tony

Sent from my iPhone

Begin forwarded message:

From: Tony Lotito <ctlotito@aol.com>
Date: August 9, 2017 at 11:25:31 AM MDT
To: Marc A Bruner <marc@marcbruner.com>
Cc: Tony Lotito <ctlotito@aol.com>
Subject: **Fwd: Transfer of Claim in Bankruptcy Proceeding**

Marc

Sale of Brody claim and Ted's Representation in the Bankruptcy

Tony

Sent from my iPhone

Begin forwarded message:

From: "Brody, David E." <david.brody@hoganlovells.com>
Date: August 9, 2017 at 10:45:42 AM MDT
To: "mbruner@fortemresources.com" <mbruner@fortemresources.com>
Cc: Tony Lotito <ctlotito@aol.com>
Subject: **Transfer of Claim in Bankruptcy Proceeding**

Marc – Ted has agreed to represent you as soon as you and I reach agreement on the terms of the claim transfer. I'm attaching the following:

1. Proposed agreement between you and me.
2. Form of Transfer of Claim that Ted will file on your behalf in the bankruptcy court after we sign the above agreement.
3. The documents validating my Proof of Claim for $335,374.

As you can see, my claim is an additional $35,000 (or over 10%) more than I thought. Because of this and because it's important that I receive at least some cash when we sign the agreement (I'm still paying off the substantial fees I paid to Sherman & Howard to sue PetroHunter in 2015 and obtain the judgment), I'm proposing $12,500 at closing and the balance of $12,500 sixty days out (plus 125,000 Fortem shares, as we agreed).

Please let me know if you have any comments. If it's acceptable as is, I'll send you a signed copy of the agreement and Transfer of Claim.

Dave

**David Brody**
Of Counsel

Hogan Lovells US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202

Tel:     +1 303 899 7300
Direct:  +1 303 454 2467
Cell:    +1 303 503 5660
Email:   david.brody@hoganlovells.com
         www.hoganlovells.com

Please consider the environment before printing this e-mail.

Deposition Exhibit **152**
1:19-cv-01091-RM-NRN

About Hogan Lovells
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.