IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.

MARC A. BRUNER
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

This case is before the Court on review of the docket. It is hereby ORDERED that the Final Pretrial Conference set for March 9, 2022 at 10:30 a.m. is VACATED. It is further ORDERED that, in the event that Judge Moore grants Plaintiff's Motion for Reconsideration (Dkt. #135), the parties shall, no later than 3 days after the issuance of such order, jointly contact Chambers (303-335-2403) to reset to the Final Pretrial Conference.

Date: March 8, 2022