IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

## DECLARATION OF DAVID E. BRODY

I, David E. Brody, am the plaintiff in the above-captioned action. I have personal knowledge of the matter set forth herein, and if called to testify thereto, I would do so competently as to the following:

1. I was a Senior Counsel at Hogan Lovells US LLP from January 1, 2013, until I retired from the practice of law on June 30, 2021.

2. I have not had access to my Hogan Lovell's email account after June 30, 2021.

I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated this 8th day of April, 2022.

David E. Brody