IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

## DECLARATION OF MICHAEL A. ROLLIN

I, Michael A. Rollin, am counsel to Plaintiff in the above-entitled. I have personal knowledge of the matters set forth herein. If called to testify, I would testify competently thereto.

1.  I issued a subpoena to testify at a deposition and to produce documents to Barry Meinster on December 30, 2021, and an amended subpoena to testify at a deposition and to produce documents on February 3, 2022. Mr. Meinster agreed to comply without formal service.

2.  I issued a subpoena to testify at a deposition and to produce documents to Carmen Lotito on January 3, 2022, which was served on January 5, 2022.

3.  Mr. Lotito stated he was unavailable on the deposition date, so I issued an amended subpoena to testify at a deposition and to produce documents to Carmen Lotito on February 3, 2022, which was served on February 5, 2022.

4.  I issued a subpoena to testify at a deposition and to produce documents to Glenn Merrick on January 3, 2022, which was served on January 5, 2022.

5. I issued an amended subpoena to testify at a deposition and to produce documents to Glenn Merrick on February 3, 2022, which was served on February 4, 2022.

6. I received the first set of document production from Barry Meinster on January 10, 2022 and a second set of documents on February 11, 2022.

7. I received the first set of document production from Hogan Lovells in response to subpoena to produce issued by MAB on January 31, 2022 and a second set of documents on February 2, 2022.

8. I received six sets of document production from Glenn Merrick in response to subpoena to produce on February 6, 2022.

9. I received one set of document production from Carmen Lotito in response to subpoena to produce on February 16, 2022.

10. I received the transcript of Glenn Merrick's deposition on February 22, 2022.

11. I received the transcript of Barry Meinster's deposition on February 28, 2022.

12. I received the rough transcript of Carmen Lotito's deposition on March 1, 2022.

I certify under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated this 11th Day of April, 2022.

Michael A. Rollin

4892-4380-7003, v. 1