**Date :** 9/28/2021 5:42:07 PM
**From :** "Tanya Sevy" Tanya.Sevy@moyewhite.com
**To :** "Michael A. Rollin" mrollin@fostergraham.com
**Cc :** "Billy Jones" billy.jones@moyewhite.com
**Subject :** [EXTERNAL] RE: Brody v. Bruner et al - Defendant Marc A Bruner's Responses to Plaintiff's Written Discovery Requests
**Attachment :** image001.jpg;image002.png;image003.png;image004.jpg;image005.png;

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Michael,

I am in receipt of your letter dated September 21, 2021. We are in the process of preparing a supplement, and we anticipate having it out by the end of this week. There may be some other items to discuss, but I am still reviewing the objections set forth in your letter. Thank you.

**From:** Angelica S. McClurg <amcclurg@fostergraham.com>
**Sent:** Tuesday, September 21, 2021 10:34 AM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** Billy Jones <billy.jones@moyewhite.com>; Lance Henry <LHenry@allen-vellone.com>; Michael A. Rollin <mrollin@fostergraham.com>
**Subject:** Brody v. Bruner et al - Defendant Marc A Bruner's Responses to Plaintiff's Written Discovery Requests

Caution: External E-Mail
Good morning,
Attached please find the correspondence regarding BAB's discovery responses.
Thank you,

**Angelica McClurg**
Paralegal
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:** 303-333-9786
amcclurg@fostergraham.com
Fostergraham.com



DENVER - BOULDER

 

Confidentiality Notice and Disclaimer: The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

**From:** Elisabeth H. Mason <Elisabeth.Mason@moyewhite.com>
**Sent:** Wednesday, September 15, 2021 12:13 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>; Angelica S. McClurg <amcclurg@fostergraham.com>; Michael B. Kragness <mkragness@fostergraham.com>; William Meyer <wmeyer@polsinelli.com>; denverdocketing@polsinelli.com; dgladney@polsinelli.com; egaskins@polsinelli.com; jditullio@polsinelli.com; mwashington@polsinelli.com; Karen Porter <kporter@polsinelli.com>
**Cc:** Billy Jones <billy.jones@moyewhite.com>; Tim M. Swanson <Tim.Swanson@moyewhite.com>; Tanya Sevy <tanya.sevy@moyewhite.com>; Roxie L. Leff <Roxie.Leff@moyewhite.com>; Deanna Colvin <Deanna.Colvin@moyewhite.com>; Audra L. Albright <Audra.Albright@moyewhite.com>
**Subject:** [EXTERNAL] Case 1:19-cv-01091-RM-NRN Brody v. Bruner et al - Defendant Marc A Bruner's Responses to Plaintiff's Written Discovery Requests to Defendants Marc A. Bruner and the Bruner Family Trust

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good Afternoon:

Attached please find Defendant Marc A Bruner's Responses to Plaintiff's Written Discovery Requests to Defendants Marc A. Bruner and the Bruner Family Trust.

Thank you.

Elisabeth Mason
*Legal Assistant*
303-291-1554



1400 16th Street, 6th Floor
Denver, Colorado 80202-1486

**Office:** 303 292 2900 **Fax:** 303 292 4510

www.moyewhite.com





The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 17**

Tanya Sevy
*Attorney*
303-295-9814

▸ *Profile* | ▸ *vCard* | ▸ *Linkedin*



1400 16th Street, 6th Floor
Denver, Colorado 80202-1486



**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com

 

The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 17**