**Date :** 12/2/2021 11:25:02 PM
**From :** "Michael A. Rollin"
**To :** "Tanya Sevy" tanya.sevy@moyewhite.com
**Cc :** "Billy Jones" billy.jones@moyewhite.com, "Angelica S. McClurg" amcclurg@fostergraham.com
**Subject :** Re: [EXTERNAL] Brody v. Bruner

Thank you. I'm glad to go to Judge Neureiter jointly if necessary.

On Dec 2, 2021, at 4:17 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Sounds good, thanks Mike.

I seem to be getting some pushback from Glenn Merrick, but I will keep you posted on that one, too.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Thursday, December 2, 2021 4:16 PM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** Billy Jones <billy.jones@moyewhite.com>; Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** Re: [EXTERNAL] Brody v. Bruner

Caution: External E-Mail

Thanks, Tanya. I appreciate the update. I plan to write the motion to extend discovery tomorrow (I've been down today with with some little booster side effects) and I'll be sure to mention that Barry is looking for documents. I also don't think he needs to worry about filtering. If he just sends what he has, we can figure out if anything is material. I wouldn't expect him to know the intricacies of our case.

On Dec 2, 2021, at 3:58 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Hi Mike,

Barry Meinster and I finally managed to catch up with each other. I spoke with him about the discovery requests regarding communications related to the PetroHunter bankruptcy case. He said it's been many years since he was involved with the case, and he can't think of what he has that may be helpful (to either party). He is willing to look through his files, but it may take some additional time. I'm happy to discuss, but just wanted to let you know about the preliminary answer on this.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Wednesday, December 1, 2021 2:26 PM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** Billy Jones <billy.jones@moyewhite.com>; Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** Re: [EXTERNAL] Brody v. Bruner

Caution: External E-Mail

Hi Tanya-

I just tried you back. On my cell when you're available. 303-319-8346.

Mike

On Dec 1, 2021, at 1:19 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Mike,

I just left you a voice message per the below. I have been trying to reach out to Marc Bruner's attorneys for the last month, but have not been able to get in touch with them. I'm happy to discuss, but unfortunately, I don't have any other information at this time.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Wednesday, December 1, 2021 10:02 AM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>; Billy Jones <billy.jones@moyewhite.com>
**Cc:** Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** RE: [EXTERNAL] Brody v. Bruner

Caution: External E-Mail

Tanya, Billy-

Pursuant to Judge Neureiter's procedures, I am reaching out to try to resolve the issue left open below, which is MAB's failure to produce information in the possession of his attorneys. I am available for a call today and tomorrow. Please let me know when you are available to talk. If we can't resolve, then I'd like to place a joint call to chambers no later than Friday to set a discovery dispute hearing.

Thank you,
Mike

<image001.jpg>

<image002.png>
<image003.png>
<image004.png>

**Mike Rollin**
Partner
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:** 303-333-9786
mrollin@fostergraham.com

Fostergraham.com

Confidentiality Notice and Disclaimer: The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the

**EXHIBIT 19**

responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

**From:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Sent:** Monday, November 8, 2021 3:51 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>; Billy Jones <billy.jones@moyewhite.com>
**Cc:** Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** RE: [EXTERNAL] Brody v. Bruner

Mike,

Please find the attached supplemental response from Marc A. Bruner. I have reached out to other attorneys who represented MAB, but to date, I have not heard anything back or received any additional documents. At this time, MAB is not withholding any documents on the basis of privilege. We will supplement as appropriate. Thank you.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Saturday, November 6, 2021 9:35 AM
**To:** Billy Jones <billy.jones@moyewhite.com>; Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** FW: [EXTERNAL] Brody v. Bruner

Caution: External E-Mail
Tanya, Billy-

I've reviewed your production from yesterday. It does not address any of the issues in my letter of Sept. 21, which is attached for your convenience. Since it took you 6 weeks to respond to that letter, which I sent 6 weeks after serving the discovery (during which there has been substantial motions practice), and in light of the omissions from your responses, I am concerned that MAB is withholding information so I cannot use it in connection with the various pending motions. Please disabuse me of that notion by providing full responses to the outstanding interrogatories and requests for production—including, without limitation, communications of lawyers representing MAB (including, for example, Messrs. Meinster and Merrick) with the debtor, trustee, creditors, and others (including their agents) in connection with the PetroHunter bankruptcy—and by producing a thorough privilege log by COB this coming Monday.

Consider this an effort to meet and confer with you before filing a motion to compel. I am also available to meet and confer by phone on Monday between 9:00 AM and 12:00 noon.

Mike

<image001.jpg>

<image002.png>
<image003.png>
<image004.png>

Fostergraham.com

**Mike Rollin**
Partner
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:** 303-333-9786
mrollin@fostergraham.com

Confidentiality Notice and Disclaimer: The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

**From:** Hope Stone via TitanFile <notifications@us.titanfile.com>
**Sent:** Friday, November 5, 2021 4:56 PM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Subject:** [EXTERNAL] Brody v. Bruner

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.





**Hope Stone**
**shared 1 file with you**

Hope sent you the following file:

- Marc A. Bruner Responses to First Set of Discovery MAB_000001-MAB_000131.zip

with the following message:

Counsel:

Attached are documents produced by Marc A. Bruner in response to Plaintiff's First Set of Written Discovery Requests, Bates-numbered MAB_000001-MAB_000131.

Sincerely,

Hope Stone

**EXHIBIT 19**

**Access Files**

Copy and paste link to go directly to "Brody v. Bruner":
https://moyewhite.titanfile.com/channels/sDOaWk/

This message was sent to mrollin@fostergraham.com.

Change which notifications you receive in notification settings.

© 2021 TitanFile Inc. 1050 King St W, Toronto, ON M6K 0C7, Canada

Toll Free: +1-855-315-6012

**Tanya Sevy**
*Attorney*
*303-295-9814*

‣ Profile | ‣ vCard | ‣ Linkedin



1400 16th Street, 6th Floor
Denver, Colorado 80202-1486



**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com



The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 19**