**Date :** 2/10/2022 7:43:24 PM
**From :** "Tanya Sevy" Tanya.Sevy@moyewhite.com
**To :** "Michael A. Rollin" mrollin@fostergraham.com
**Subject :** RE: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Did you have a time confirmed for Tony on 2/17? I think we can make that one work.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Thursday, February 10, 2022 12:33 PM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Subject:** Re: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Caution: External E-Mail
Let's do 2/18 so you have a few more days to get me the documents and privilege log. I really don't think I'll need a full day but it's best to start around 10 just in case.

On Feb 10, 2022, at 12:22 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Hi Mike,

Could we do Marc on either 2/16 or 2/18? Do you anticipate needing a full day?

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Thursday, February 10, 2022 12:17 PM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Subject:** Re: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Caution: External E-Mail
In the meantime, please hold the 15th, 16th, and 18th for the 3 depositions.

On Feb 10, 2022, at 10:14 AM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Let me check. I will still be in trial that day, and I understand Billy has some meetings, but maybe can move things around.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Thursday, February 10, 2022 10:12 AM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Subject:** Re: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Caution: External E-Mail
Bill wanted Tony to go on 2/17. Does that not work?

On Feb 10, 2022, at 9:24 AM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Hi Mike,

I understand your concern, and I apologize. As far as Tony Lotito and Barry Meinster go, we can make 2/14, the afternoon of 2/15, 2/16, 2/18, and 2/21 work.

As far as Marc's deposition, I've been trying to reach him and haven't gotten through yet. I will continue trying.

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Thursday, February 10, 2022 7:30 AM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>
**Cc:** Billy Jones <billy.jones@moyewhite.com>
**Subject:** Re: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Caution: External E-Mail
Both-

I'm growing concerned. I have no doubt that your trying and I assume utmost good faith, but we have 3 depositions to set in a short amount of time and I'm waiting for dates for all 3 of them from you. I am also waiting for documents and a privilege log. This is all very prejudicial to my client and a bit unfair to me as a colleague since I have to keep my schedule as clear as possible and can't really prepare properly.

Please don't put me in the position of having to go to Judge Neureiter. I am amicable and easy to work with and I'm trying to stay that way, but I have to protect Dave's interests here. Can you please get back to me today with a schedule, outstanding documents from Marc's attorneys, and a privilege log.

Thank you.

On Feb 8, 2022, at 2:01 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

Hi Mike,

I've contacted Marc about dates and will let you know ASAP.

# EXHIBIT 20

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Monday, February 7, 2022 10:07 AM
**To:** Tanya Sevy <Tanya.Sevy@moyewhite.com>; Billy Jones <billy.jones@moyewhite.com>
**Subject:** FW: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Caution: External E-Mail

We really need to get Marc's deposition set at the same time we're re-setting Meinster and Lotito so we don't create a conflict. Can you guys get back to me on that (bearing in mind that I need documents and a privilege log at least a week in advance, as I wrote before)?

Thanks.

<image001.jpg>

<image002.png>
<image003.png>
<image004.png>

Fostergraham.com

**Mike Rollin**
Partner
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street | Suite 600
Denver, CO 80209
**Main:** 303-333-9810
**Fax:** 303-333-9786
mrollin@fostergraham.com

Confidentiality Notice and Disclaimer: The information contained in this e-mail may contain privileged and/or confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this e-mail is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received, it is the responsibility of the recipient to ensure it is virus free and no responsibility is accepted by Foster Graham Milstein & Calisher, LLP for any loss or damage arising in any way from its use.

**From:** Barry Meinster <bmeinster@meinster.com>
**Sent:** Monday, February 7, 2022 10:03 AM
**To:** Michael A. Rollin <mrollin@fostergraham.com>
**Cc:** Rocco Dodson Esq (rdodson@dodsonlawfirm.com) <rdodson@dodsonlawfirm.com>; Tanya Sevy <tanya.sevy@moyewhite.com>; Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** RE: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Mike,

I'm assuming the deposition will be by Zoom or something similar. If you put a date in the Subpoena, please make it so I'm free on the times I indicated.

**Barry Meinster, Esq.**
**Meinster & Associates, PC**
**PO Box 681**
**Conifer, Colorado 80433**
**Phone: 303-674-5977**
**Email: bmeinster@meinster.com**
**Web: www.meinster.com**

**From:** Michael A. Rollin <mrollin@fostergraham.com>
**Sent:** Monday, February 7, 2022 9:57 AM
**To:** Barry Meinster <bmeinster@meinster.com>
**Cc:** Rocco Dodson Esq (rdodson@dodsonlawfirm.com) <rdodson@dodsonlawfirm.com>; Tanya Sevy <tanya.sevy@moyewhite.com>; Angelica S. McClurg <amcclurg@fostergraham.com>
**Subject:** Re: [EXTERNAL] RE: Brody v. Bruner: deposition and document subpoena

Barry-

We did, but only because we couldn't reach you. I'm glad to just send you the subpoena but I'd ask you to sign the waiver and send it back.

In terms of dates, let me ask Tanya if someone from her firm can cover your deposition next week. If so, we'll find a date.

Mike

On Feb 7, 2022, at 9:43 AM, Barry Meinster <bmeinster@meinster.com> wrote:

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Did one of you try to serve me with a subpoena last week? I was in Florida until Sunday night. I said before if we could agree on a date and time for a Zoom deposition, I'd be there and it would not be necessary to serve me. I also keep all my files electronically, so if there is something you want, and it is not privileged, I'll email it to you during the deposition.

I have commitments this week and next on Mondays, Wednesdays, and Fridays between 11:00 and 2:30, but otherwise I'm free. Tomorrow there is an oral argument before the COA I'd like to listen to, but I can miss it if necessary.

**Barry Meinster, Esq.**
**Meinster & Associates, PC**
**PO Box 681**
**Conifer, Colorado 80433**
**Phone: 303-674-5977**
**Email: bmeinster@meinster.com**
**Web: www.meinster.com**

# EXHIBIT 20

Tanya Sevy
*Attorney*
+13032959814;ext=9814

‣ Profile | ‣ vCard | ‣ Linkedin



1400 16th Street, 6th Floor
*Denver, Colorado 80202-1486*

**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com





The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 20**