Date : 2/15/2022 12:18:20 AM
From : "Michael A. Rollin"
To : "Tanya Sevy" tanya.sevy@moyewhite.com
Cc : "Billy Jones" billy.jones@moyewhite.com
Subject : Re: [EXTERNAL] RE: Bruner deposition and documents

Assuming for the sake of argument that Glenn is right, then wouldn't Marc have everything? Or is it the case that Glenn didn't really send everything to Marc?

On Feb 14, 2022, at 5:01 PM, Tanya Sevy <Tanya.Sevy@moyewhite.com> wrote:

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Mike,

Glenn is refusing to produce his file with Marc. He believes that the fact he provided documents to Marc at the time they were generated is sufficient (as we've discussed, Marc has not been able to locate copies of those documents). When I said that I didn't think that complied with his ethical obligations, his response was, "Point me to where in the rule it says that."

I'm confirming whether Barry has any additional documents, as he's been friendlier, but right now, we don't have anything else to produce, and I can't give you a privilege log without having seen any new documents.

-----Original Message-----
From: Michael A. Rollin <mrollin@fostergraham.com>
Sent: Monday, February 14, 2022 3:41 PM
To: Tanya Sevy <Tanya.Sevy@moyewhite.com>; Billy Jones <billy.jones@moyewhite.com>
Subject: Bruner deposition and documents

Caution: External E-Mail

As to Marc's deposition, I know we committed to Feb. 18 but I still don't have documents from his lawyers and others that are responsive to the Rule 34 document request and I still don't have a privilege log. I asked you to send all that to me a week before the deposition. Can you tell me your intentions?

Thanks.

Tanya Sevy
*Attorney*
(303)295-9814

▸ Profile | ▸ vCard | ▸ Linkedin



1400 16th Street, 6th Floor
Denver, Colorado 80202-1486

**Office:** 303 292 2900 **Fax:** 303 292 4510
www.moyewhite.com





The information contained in this communication is confidential, may constitute inside information, is intended only for the use of the addressee, and is the property of Moye White LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.

**EXHIBIT 21**