IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## FURTHER JOINT MOTION FOR RELEASE OF INTERPLEADED FUNDS

Plaintiff David E. Brody ("Brody"), and Defendant Marc A. Bruner ("Bruner") respectfully submit this Further Joint Motion for Release of Interpleaded Funds, and state as follows:

### CERTIFICATE OF CONFERRAL

Counsel for Brody certifies that he conferred with all counsel before filing the initial motion seeking this relief, and there were no objections. The purpose of this further motion is so facilitate settlement between Brody and Bruner.

1.  On March 2, 2022, the Movants filed a Stipulated Motion for Release of Interpleaded Funds ("Stipulated Motion"), ECF No. 168, stating that David E. Brody and Marc A. Bruner have agreed that effective February 23, 2022, all right, title, and interest in past and future distributions on account of Claim No. 7, including the Interpleaded Funds, were transferred to and vested in David E. Brody.  The Movants requested that the Interpleaded Funds, held in the Court's Registry, including any interest, be released to undersigned counsel for David E. Brody's trust account, via wire transfer or check.

2. The Court has not yet ruled. Brody and Bruner respectfully request that the Court enter the requested Order, as it is a condition of settlement among them, and time is of the essence.

WHEREFORE, Movants respectfully request the Court enter an Order releasing the Interpleaded Funds, including any interest, to the undersigned's trust account, via wire transfer or check.

Respectfully submitted this 24th day of June 2022.

/s/ *Michael A. Rollin*
Michael. A. Rollin, Esq.
Mallory A. Revel, Esq.
Lindsey Idelberg, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
mrevel@fostergraham.com
lidelberg@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

/s/ *William "Billy" Jones*
Timothy M. Swanson
William F. Jones
Tanya A. Sevy
MOYE WHITE LLP
1400 16th Street,
Suite 600
Denver, CO 80202
tim.swanson@moyewhite.com
billy.jones@moyewhite.com
tanya.sevy@moyewhite.com
Tel: (303) 292-2900
*Attorneys for Defendant Marc A. Bruner*

/s/ *Lance Henry*
Lance Henry
Patrick D. Vellone
ALLEN VELLONE WOLF HELFRICH & FACTOR PC
1600 Stout Street,

Suite 1900
Denver, CO 80202
lhenry@allen-vellone.com
*Attorneys for Interpleader Plaintiff Jeffrey L. Hill, Chapter 7 Trustee of PetroHunter Energy Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2022, I served the foregoing **FURTHER JOINT MOTION FOR RELEASE OF INTERPLEADED FUNDS** via CM/ECF to all counsel of record.

        By:    */s/ Michael A. Rollin*
                Michael. A. Rollin, Esq.

4

4877-0851-5110, v. 1