**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

    Plaintiff

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

    Defendants.

---

**ORDER ON MOTION FOR RELEASE OF FUNDS**

---

This matter comes before the Court on the Parties' Stipulated Motion for Release of Interpleaded Funds (ECF No. 168) and the Parties' Further Joint Motion for Release of Interpleaded Funds (ECF No. 174) (the "Motions"). The Parties seek the release of interpleaded funds in the amount of $97,542.27 deposited by Jeffrey L. Hill, the Chapter 7 Trustee of PetroHunter Energy Corporation into the Court Registry on September 1, 2020 (ECF No. 47), March 22, 2021 (ECF No. 83) and April 8, 2021 (ECF No. 86). Upon consideration of the Motion, and relevant parts of the record, and being otherwise fully advised, the Court ORDERS as follows.

    (1)    The Further Joint Motion for Release of Interpleaded Funds (ECF No. 174) is GRANTED;

(2) The Stipulated Motion for Release of Interpleaded Funds (ECF No. 168) is DENIED AS MOOT.

(3) The Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $97,542.27 plus any accrued interest, made payable to David E. Brody. The check shall be mailed care of Plaintiff's Counsel, Michael A. Rollin, Foster Graham Milstein & Calisher LLP, 360 South Garfield Street, Sixth Floor, Denver, Colorado, 80209.

DATED this 24th day of June, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge