**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARK E. BRUNER, as trustee of the Bruner Family Trust,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 179) by Judge Raymond P. Moore entered on March 1, 2023, it is

ORDERED that judgment is entered in favor of the defendant and against the plaintiff.   It is

FURTHER ORDERED that the BFT Defendants are awarded attorney fees in the amount of $105,937.52 and their costs in the amount of $27.55, for a total award of $105,965.07.

FURTHER ORDERED that this case is closed.

Dated this 1st day of March, 2023.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL

                                              By:   s/C. Pearson, Deputy Clerk