IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, David E. Brody, Plaintiff in the above-captioned matter hereby appeals to the United States Court of Appeals for the Tenth Circuit from (1) the Order entered on September 20, 2021 (ECF No. 123) granting The Bruner Family Trust and Marc E. Bruner, as Trustee's (the "BFT Parties") Motion to Dismiss (ECF 67), and (2) the Order and Judgment (ECF Nos. 179 and 180) entered on March 1, 2023 (a) denying Plaintiff's Motion for Reconsideration the Court's Order Dismissing the Civil Conspiracy Claim Against the BFT Parties or, Alternatively, for Leave to Amend (ECF No. 135); (b) denying Plaintiff's Motion to Supplement Motion for Reconsideration (ECF No. 170); and (c) granting the BFT Parties' Motion for Award of Mandatory Fees and Costs (ECF No. 180).

Respectfully submitted, this 31st day of March, 2023.

*/s/ Michael A. Rollin*
Michael. A. Rollin, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,

Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

2

4860-8831-5227, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I served the foregoing **NOTICE OF APPEAL** via CM/ECF to all counsel of record.

        By:    */s/ Michael A. Rollin*
                 Michael. A. Rollin, Esq.