IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

---

### PLAINTIFF'S UNOPPOSED MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT UPON PRESENTATION OF A SUPERSEDEAS BOND

---

Pursuant to Fed.R.Civ.P. 62(b), Plaintiff David E. Brody ("Plaintiff") moves this Court for an order staying enforcement of the judgment (ECF No. 180) pending appeal upon presentation of a supersedeas bond in the amount of $105,965.07.

### Certificate of Conferral

Counsel for Plaintiff certifies that he has conferred in good faith with counsel for the Bruner Family Trust (the "BFT") and Marc E. Bruner ("MEB," collectively with the BFT the "BFT Defendants") and the BFT Defendants do not oppose the motion.

Federal Rule of Civil Procedure 62(b) allows a party taking an appeal to stay proceedings to enforce a judgment by giving a supersedeas bond at or after filing a notice of appeal. The rule does not fix an amount for such a bond, and district courts have "inherent discretionary authority to set the amount of the bond." *Sierra Club v. El Paso Gold Mines, Inc.*, No. Civ. A. 01 PC 2163 OES, 2003 WL 25265871 (D. Colo. Apr. 21, 2003) (citing *Miami Intern. Realty Co. v. Paynter*, 807 F.2d 871, 873

(10th Cir. 1986); *Poplar Grove Planting and Refining Co. v. Bache Halsey Stuart, Inc.*, 600 F.2d 1189, 1191 (5th Cir. 1979)).

In this case, the BFT Defendants have agreed to accept a supersedeas bond in the amount of $105,965.07. In light of BFT Defendants' consent, Plaintiff respectfully requests that this Court stay enforcement of the judgment in this case upon presentation of a supersedeas bond in the amount of $105,965.07.

Respectfully submitted, this 31st day of March, 2023.

*/s/ Michael A. Rollin*
Michael. A. Rollin, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2023, I served the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT UPON PRESENTATION OF A SUPERSEDEAS BOND** via CM/ECF to all counsel of record.

                By:      */s/ Michael A. Rollin*
                          Michael. A. Rollin, Esq.

4882-8455-7659, v. 1