ALLMTN,APPEAL,JD1,LEAD,MJ CIV PP,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:19–cv–01091–RM–NRN

| | |
|---|---|
| Brody v. Bruner et al | Date Filed: 04/12/2019 |
| Assigned to: Judge Raymond P. Moore | Date Terminated: 03/01/2023 |
| Referred to: Magistrate Judge N. Reid Neureiter | Jury Demand: Defendant |
| Demand: $25,000 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity–Breach of Contract | Jurisdiction: Diversity |

**Plaintiff**

**David E Brody**     represented by     **Michael Andrew Rollin**
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
Suite 600
Denver, CO 80209
303–333–9810
Fax: 303–333–9786
Email: mrollin@fostergraham.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marc A Bruner**     represented by     **Tanya Ann Sevy**
*TERMINATED: 03/02/2022*
Moye White LLP
1400 16th Street Mall
6th Floor
Denver, CO 80202
303–292–2900
Email: tanya.sevy@moyewhite.com
*ATTORNEY TO BE NOTICED*

**Timothy Michael Swanson**
Moye White LLP
1400 16th Street Mall
6th Floor
Denver, CO 80202
303–292–2900
Fax: 303–292–4510
Email: tim.swanson@moyewhite.com
*ATTORNEY TO BE NOTICED*

**William Frederick Jones**
Moye White LLP
1400 16th Street Mall
6th Floor
Denver, CO 80202
303–292–2900
Fax: 303–292–4510
Email: billy.jones@moyewhite.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bruner Family Trust, The**     represented by     **William R. Meyer**
*TERMINATED: 09/20/2021*
Polsinelli PC
1401 Lawrence Street
Suite 2300
Denver, CO 80202
303–572–9300

Fax: 303−572−7883
Email: <u>Wmeyer@polsinelli.com</u>
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc E. Bruner**
*as*
*trustee*
The Bruner Family Trust

represented by **William R. Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Jeffrey L Hill**

represented by **Lance Henry**
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street
Suite 1900
Denver, CO 80202
303−534−4499
Fax: 303−893−8332
Email: <u>lhenry@allen−vellone.com</u>
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2023 | 182 | Unopposed MOTION to Stay *OF ENFORCEMENT OF JUDGMENT UPON PRESENTATION OF A SUPERSEDEAS BOND* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 03/31/2023) |
| 03/31/2023 | 181 | NOTICE OF APPEAL as to 179 Order on Motion for Attorney Fees,, Order on Motion for Reconsideration,, Order on Motion to Strike,, Order on Motion to Supplement,,, 180 Judgment, 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, by Plaintiff David E Brody (Filing fee $ 505, Receipt Number ACODC−9024099) (Rollin, Michael) (Entered: 03/31/2023) |
| 03/01/2023 | 180 | FINAL JUDGMENT pursuant 179 Order. Entered by the Clerk of the Court on 3/1/2023. (cpear) (Entered: 03/01/2023) |
| 03/01/2023 | 179 | ORDER denying as moot 90 Motion for Partial Summary Judgment, granting in part and denying in part 130 Motion for Attorney Fees, denying 135 MOTION for Reconsideration, denying 136 MOTION to Strike, denying as moot 137 MOTION to Supplement, denying 170 MOTION to Supplement. Judgment shall enter accordingly. Entered by Judge Raymond P. Moore on 3/1/2023. (cpear) (Entered: 03/01/2023) |
| 09/28/2022 | 178 | MINUTE ORDER: The Court's Order administratively closing this case 177 is STRICKEN as entered in error. SO ORDERED by Judge Raymond P. Moore on 9/28/2022. (Text Only Entry) (rmsec ) (Entered: 09/28/2022) |
| 09/28/2022 | 177 | **STRICKEN** MINUTE ORDER: This matter is before the Court sua sponte. The Court issued an Order 176 granting the Parties' Stipulated Motion for Release of Interpleaded Funds 168 and their Further Joint Motion for Release of Interpleaded Funds 174 on June 27, 2022. In their second Motion the Parties informed the Court that the purpose of the Motions was to facilitate settlement between the parties and that the release of the funds was a condition of settlement. In light of the Parties' representation that they are working towards disposition, the Court ORDERS that this case shall be administratively closed, subject to reopening for good cause. The Court further ORDERS that the Parties shall file a status report on or before October 28, 2022. SO ORDERED by Judge Raymond P. Moore on 9/28/2022. (Text Only Entry) (rmsec) Modified on 9/28/2022 (rmsec, ). (Entered: 09/28/2022) |
| 06/27/2022 | 176 | AMENDED ORDER ON MOTION FOR RELEASE OF FUNDS. The 174 Further Joint Motion for Release of Interpleaded Funds is GRANTED IN PART; The 168 Stipulated Motion for Release of Interpleaded Funds is DENIED AS MOOT. The Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $58,525.36 plus any accrued interest, made payable to David E. Brody. The check shall be mailed care of Plaintiffs Counsel, Michael A. Rollin, Foster Graham Milstein & Calisher LLP, 360 South Garfield Street, Sixth Floor, Denver, Colorado, 80209. By Judge Raymond P. Moore on 6/27/2022. (sdunb, ) (Entered: 06/28/2022) |

| | | |
|---|---|---|
| 06/24/2022 | 175 | ORDER ON MOTION FOR RELEASE OF FUNDS. The 174 Further Joint Motion for Release of Interpleaded Funds is GRANTED. The 168 Stipulated Motion for Release of Interpleaded Funds is DENIED AS MOOT. The Clerk of the Court shall issue a check drawn on the Court Registry in the amount of $97,542.27 plus any accrued interest, made payable to David E. Brody. The check shall be mailed care of Plaintiffs Counsel, Michael A. Rollin, Foster Graham Milstein & Calisher LLP, 360 South Garfield Street, Sixth Floor, Denver, Colorado, 80209. By Judge Raymond P. Moore on 06/24/2022.(sdunb, ) (Entered: 06/24/2022) |
| 06/24/2022 | 174 | Joint MOTION for Leave to *RELEASE OF INTERPLEADED FUNDS* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 06/24/2022) |
| 04/11/2022 | 173 | REPLY to Response to 170 MOTION to Supplement 151 Reply to Response to Motion, 135 MOTION for Reconsideration re 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, *or for Leave to Amend* filed by Plaintiff David E Brody. (Attachments: # 1 Declaration of David E. Brody, # 2 Declaration of Michael A. Rollin, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 21, # 12 Exhibit 22)(Rollin, Michael) (Entered: 04/11/2022) |
| 03/28/2022 | 172 | RESPONSE to 170 MOTION to Supplement 151 Reply to Response to Motion, 135 MOTION for Reconsideration re 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, *or for Leave to Amend The BFT Parties' Response to Plaintiff's Motion to Supplement Motion for Reconsideration* filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 03/28/2022) |
| 03/08/2022 | 171 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 8 March 2022. This case is before the Court on review of the docket. It is hereby ORDERED that the Final Pretrial Conference set for March 9, 2022 at 10:30 a.m. is VACATED. It is further ORDERED that, in the event that Judge Moore grants Plaintiff's Motion for Reconsideration (Dkt. # 135 ), the parties shall, no later than 3 days after the issuance of such order, jointly contact Chambers (303–335–2403) to reset to the Final Pretrial Conference. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 03/08/2022) |
| 03/07/2022 | 170 | MOTION to Supplement 151 Reply to Response to Motion, 135 MOTION for Reconsideration re 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, *or for Leave to Amend* by Plaintiff David E Brody. (Attachments: # 1 Exhibit 6, # 2 Exhibit 7, # 3 Exhibit 8, # 4 Exhibit 9, # 5 Exhibit 10 – Excerpts from Deposition of Glenn Merrick, # 6 Exhibit 11 – Excerpts from Deposition of Barry Meinster, # 7 Exhibit 12 – Excerpts from Deposition of Carmen Lotito, # 8 Deposition Exhibit 21, # 9 Deposition Exhibit 22, # 10 Deposition Exhibit 28, # 11 Deposition Exhibit 108, # 12 Deposition Exhibit 111, # 13 Deposition Exhibit 113, # 14 Deposition Exhibit 122, # 15 Deposition Exhibit 150, # 16 Deposition Exhibit 152)(Rollin, Michael) (Entered: 03/07/2022) |
| 03/02/2022 | 169 | Party Marc A Bruner terminated pursuant to the 167 stipulation to dismiss filed in this case. Text Only Entry. (sdunb, ) (Entered: 03/02/2022) |
| 03/02/2022 | 168 | Stipulated MOTION for Release of Funds by Plaintiff David E Brody. (Attachments: # 1 Exhibit A, # 2 Proposed Order (PDF Only))(Rollin, Michael) (Entered: 03/02/2022) |
| 03/02/2022 | 167 | STIPULATION of Dismissal of Party *Defendant Marc A. Bruner ONLY Without Prejudice* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 03/02/2022) |
| 01/19/2022 | 166 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 19 January 2022. It is hereby ORDERED that the parties' Joint Motion to Extend Discovery Deadline (Dkt. # 164 ) is GRANTED. The Scheduling Order (Dkt. # 89 ) is AMENDED to extend the discovery cutoff up to and including February 21, 2022. **No further extensions will be granted absent extraordinary circumstances.** PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 01/20/2022) |
| 01/19/2022 | 165 | MEMORANDUM regarding 164 Joint MOTION for Extension of Time to *Complete Discovery* filed by David E Brody. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 1/19/2022. (Text Only Entry) (rmsec ) (Entered: 01/19/2022) |
| 01/19/2022 | 164 | Joint MOTION for Extension of Time to *Complete Discovery* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 01/19/2022) |
| 12/03/2021 | 163 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 3 December 2021. It is hereby ORDERED that the parties' Joint Motion to Amend Scheduling Order (Dkt. # 161 ) is GRANTED. The Scheduling Order (Dkt. # 89 ) is AMENDED to extend the discovery cutoff up |

| | | |
|---|---|---|
| | | to and including January 31, 2022. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 12/03/2021) |
| 12/03/2021 | 162 | MEMORANDUM regarding 161 Joint MOTION to Amend/Correct/Modify 89 Scheduling Order filed by David E Brody. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 12/3/2021. (Text Only Entry) (rmsec ) (Entered: 12/03/2021) |
| 12/03/2021 | 161 | Joint MOTION to Amend/Correct/Modify 89 Scheduling Order by Plaintiff David E Brody. (Rollin, Michael) (Entered: 12/03/2021) |
| 12/02/2021 | 160 | DECLARATION of *Michael A. Rollin* regarding Response to Motion 138 by Plaintiff David E Brody. (Rollin, Michael) (Entered: 12/02/2021) |
| 12/02/2021 | 159 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 2 December 2021. It is hereby ORDERED that Plaintiff's Second Amended Motion for Leave to Restrict (Dkt. # 156 ) is GRANTED as follows, finding that the subject motion, along with Defendants' Response in Support of Plaintiff's Motions for Leave to Restrict, meet the requirements as outlined in D.C.COLO.LCivR 7.2(c). Specifically, good cause exists for Level 1 protection of Exhibit C and paragraph 7 to the Declaration of Michael Rollins (Dkt. # 139 ). On or before December 6, 2021, Plaintiff shall file with the Court a publicly available version of Dkt. #139 with paragraph 7 of Declaration redacted and the bank statement at Exhibit 3 redacted, except for the single July 19 line item. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 12/02/2021) |
| 11/24/2021 | 158 | RESPONSE to 156 Amended MOTION for Leave to Restrict *In Support of Plaintiff's Motion to Restrict* filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 11/24/2021) |
| 11/23/2021 | 157 | MEMORANDUM regarding 156 Amended MOTION for Leave to Restrict filed by David E Brody. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 11/23/2021. (Text Only Entry) (rmsec ) (Entered: 11/23/2021) |
| 11/23/2021 | 156 | Amended MOTION for Leave to Restrict by Plaintiff David E Brody. (Rollin, Michael) (Entered: 11/23/2021) |
| 11/19/2021 | 155 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 19 November 2021. It is hereby ORDERED that Plaintiff's Unopposed Amended Motion for Leave to Restrict (Dkt. # 153 ) is DENIED WITHOUT PREJUDICE. As the Court stated in its November 9, 2021 Minute Order (Dkt. # 149 ), all motions to restrict must comply with the requirements of D.C.COLO.LCivR 7.2(c) Plaintiff is given leave to refile a motion that complies with D.C.COLO.LCivR 7.2(c) on or before November 24, 2021. The motion must, in a specific manner, satisfy the multi−part showing set forth D.C.COLO.LCivR 7.2(c) and explain in detail why all 56 pages of the declaration at issue should be restricted from the public. Dkt. # 139 shall remain under Level 1 restriction until said motion is filed. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 11/19/2021) |
| 11/12/2021 | 154 | MEMORANDUM regarding 153 Amended MOTION for Leave to Restrict filed by David E Brody. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 11/12/2021. (Text Only Entry) (rmsec ) (Entered: 11/12/2021) |
| 11/12/2021 | 153 | Amended MOTION for Leave to Restrict by Plaintiff David E Brody. (Rollin, Michael) (Entered: 11/12/2021) |
| 11/11/2021 | 152 | REPLY to Response to 136 MOTION to Strike 130 MOTION for Attorney Fees filed by Plaintiff David E Brody. (Rollin, Michael) (Entered: 11/11/2021) |
| 11/11/2021 | 151 | REPLY to Response to 135 MOTION for Reconsideration re 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, *or for Leave to Amend* filed by Plaintiff David E Brody. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)(Rollin, Michael) (Entered: 11/11/2021) |
| 11/09/2021 | 150 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re 147 Reply to Response to Motion filed by attorney William R. Meyer. Attorney or pro se has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents.(Text Only Entry) (sdunb, ) (Entered: 11/09/2021) |
| 11/09/2021 | 149 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 9 November 2021. It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Restrict (Dkt. # 140 ) is DENIED |

| | | |
|---|---|---|
| | | WITHOUT PREJUDICE. Pursuant to D.C.COLO.LCivR 7.2(c), Plaintiff was required to, among other things, explain why no alternatives to restriction are practicable. Plaintiff's motion does not explain why redacting any confidential and proprietary information is not practicable. Plaintiff is given leave to refile a motion that complies with D.C.COLO.LCivR 7.2(c) on or before November 12, 2021. Dkt. # 139 shall remain under Level 1 restriction until said motion is filed. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 11/09/2021) |
| 11/09/2021 | 148 | REPLY to Response to 137 MOTION to Supplement *Record in Support of Motion for Judgment on the Pleadings or, Alternatively, for Partial Summary Judgment* filed by Plaintiff David E Brody. (Rollin, Michael) (Entered: 11/09/2021) |
| 11/08/2021 | 147 | REPLY to Response to 130 MOTION for Attorney Fees filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 11/08/2021) |
| 11/08/2021 | 146 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re 142 Brief in Opposition to Motion, filed by attorney William R. Meyer. Attorney or pro se has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature and s/followed by a typed, not an inked, signature to all future documents.(Text Only Entry) (sdunb, ) (Entered: 11/08/2021) |
| 11/05/2021 | 145 | JOINDER re 142 Brief in Opposition to Motion, by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 11/05/2021) |
| 11/05/2021 | 144 | RESPONSE to 137 MOTION to Supplement *Record in Support of Motion for Judgment on the Pleadings or, Alternatively, for Partial Summary Judgment* filed by Defendant Marc A Bruner. (Attachments: # 1 Exhibit Exhibit A to Defendant Marc A. Bruner's Response to Motion to Supplement, # 2 Exhibit Exhibit B to Defendant Marc A. Bruner's Response to Motion to Supplement the Record)(Sevy, Tanya) (Entered: 11/05/2021) |
| 11/05/2021 | 143 | BRIEF in Opposition to 136 MOTION to Strike 130 MOTION for Attorney Fees filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 11/05/2021) |
| 11/05/2021 | 142 | BRIEF in Opposition to 135 MOTION for Reconsideration re 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, *or for Leave to Amend* filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 11/05/2021) |
| 11/05/2021 | 141 | MEMORANDUM regarding 140 Unopposed MOTION for Leave to Restrict filed by David E Brody. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 11/5/2021. (Text Only Entry) (rmsec ) (Entered: 11/05/2021) |
| 11/05/2021 | 140 | Unopposed MOTION for Leave to Restrict by Plaintiff David E Brody. (Rollin, Michael) (Entered: 11/05/2021) |
| 10/25/2021 | 139 | RESTRICTED DOCUMENT – Level 1: by Plaintiff David E Brody.. (Rollin, Michael) (Entered: 10/25/2021) |
| 10/25/2021 | 138 | RESPONSE to 130 MOTION for Attorney Fees filed by Plaintiff David E Brody. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rollin, Michael) (Entered: 10/25/2021) |
| 10/15/2021 | 137 | MOTION to Supplement *Record in Support of Motion for Judgment on the Pleadings or, Alternatively, for Partial Summary Judgment* by Plaintiff David E Brody. (Attachments: # 1 Exhibit 1)(Rollin, Michael) (Entered: 10/15/2021) |
| 10/15/2021 | 136 | MOTION to Strike 130 MOTION for Attorney Fees by Plaintiff David E Brody. (Rollin, Michael) (Entered: 10/15/2021) |
| 10/15/2021 | 135 | MOTION for Reconsideration re 123 Order on Motion to Dismiss,,, Order on Motion for Joinder,, *or for Leave to Amend* by Plaintiff David E Brody. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rollin, Michael) (Entered: 10/15/2021) |
| 10/12/2021 | 134 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 12 October 2021. It is hereby ORDERED that Defendants' Unopposed Motion for Leave to Restrict (Dkt. # 129 ) is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). The Clerk is directed to place Dkt. #132−1 under Level 1 Restriction. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 10/12/2021) |
| 10/05/2021 | 133 | MEMORANDUM regarding 129 MOTION for Leave to Restrict filed by Marc E. Bruner, Bruner Family Trust, The. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. |

| | | Moore on 10/5/2021. (Text Only Entry) (rmsec ) (Entered: 10/05/2021) |
|---|---|---|
| 10/05/2021 | 132 | RESTRICTED DOCUMENT – Level 1: CORRECTED EXHIBIT A–1 TO ECF 131 by Defendant Bruner Family Trust, The.. (Attachments: # 1 Exhibit Corrected Exhibit A–1 to ECF 131)(Meyer, William) Modified on 10/5/2021 to reflect title of document filed (sdunb, ). (Entered: 10/05/2021) |
| 10/05/2021 | 131 | RESTRICTED DOCUMENT – Level 1: INDEX OF RESTRICTED DOCUMENTS TO ECF 130 by Defendant Bruner Family Trust, The.. (Attachments: # 1 Exhibit A, # 2 Exhibit A–1, # 3 Exhibit A–2)(Meyer, William) Modified on 10/5/2021 to reflect the title of the document filed (sdunb, ). (Entered: 10/05/2021) |
| 10/04/2021 | 130 | MOTION for Attorney Fees by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Exhibit Ex. B – Portions of Transcript, # 2 Exhibit Ex. C –Portions of Plaintiff's Responses to Discovery, # 3 Exhibit Ex. D – Email, # 4 Exhibit Ex. E – Plaintiff's Billing Statements, # 5 Exhibit Ex. E–2 – Plaintiff's Billing Statements)(Meyer, William) (Entered: 10/04/2021) |
| 10/04/2021 | 129 | MOTION for Leave to Restrict by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 10/04/2021) |
| 10/04/2021 | 128 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 127 Answer to Amended Complaint filed by attorney Tanya A. Sevy. The s/signature did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take** – future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (sdunb, ) (Entered: 10/04/2021) |
| 10/04/2021 | 127 | *Defendant Marc A. Bruner's Second Amended* ANSWER to 16 Amended Complaint by Marc A Bruner.(Jones, William) (Entered: 10/04/2021) |
| 10/01/2021 | 126 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 1 October 2021. It is hereby ORDERED that Marc A. Bruner's Unopposed Motion for Extension of Time to Service Expert Disclosures (Dkt. # 124 ) is GRANTED finding good cause shown. Defendant Marc A. Bruner's expert disclosures are due on or before October 22, 2021. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 10/01/2021) |
| 10/01/2021 | 125 | MEMORANDUM regarding 124 Unopposed MOTION for Extension of Time to *Serve Expert Disclosures* filed by Marc A Bruner. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 10/1/2021. (Text Only Entry) (rmsec ) (Entered: 10/01/2021) |
| 10/01/2021 | 124 | Unopposed MOTION for Extension of Time to *Serve Expert Disclosures* by Defendant Marc A Bruner. (Jones, William) (Entered: 10/01/2021) |
| 09/20/2021 | 123 | ORDER MAB' Motion for Partial Joinder (ECF No. 69 ) is GRANTED; The BFT Defendants' Motion to Dismiss (ECF No. 67 ) is GRANTED IN PART and DENIED IN PART; Brodys civil conspiracy claim (Count VI) against MAB and the BFT Defendants is DISMISSED WITH PREJUDICE and there are no remaining claims against the BFT Defendants; Brody's civil theft claim (Count II) and all remaining claims against MAB are allowed to proceed; and The BFT Defendants' request for fees and costs is DENIED WITHOUT PREJUDICE, by Judge Raymond P. Moore on 9/20/2021.(evana, ) (Entered: 09/20/2021) |
| 09/15/2021 | 122 | Joint STATUS REPORT by Plaintiff David E Brody. (Rollin, Michael) (Entered: 09/15/2021) |
| 09/08/2021 | 121 | PROTECTIVE AND CONFIDENTIALITY ORDER by Magistrate Judge N. Reid Neureiter on 8 September 2021. (cmadr, ) (Entered: 09/08/2021) |
| 09/08/2021 | 120 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 8 September 2021. It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (Dkt. # 118 ) is GRANTED finding good cause shown. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 09/08/2021) |
| 09/07/2021 | 119 | MEMORANDUM regarding 118 Stipulated MOTION for Protective Order *and Confidentiality Order* filed by Marc E. Bruner, Bruner Family Trust, The. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 9/7/2021. (Text Only Entry) (rmsec ) (Entered: 09/07/2021) |

| | | |
|---|---|---|
| 09/07/2021 | 118 | Stipulated MOTION for Protective Order *and Confidentiality Order* by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 09/07/2021) |
| 08/13/2021 | 117 | NOTICE re 116 Answer to Amended Complaint *Withdrawal of Second Amended Answer* by Defendant Marc A Bruner (Sevy, Tanya) (Entered: 08/13/2021) |
| 08/11/2021 | 116 | *Second Amended* ANSWER to 16 Amended Complaint by Marc A Bruner.(Sevy, Tanya) (Entered: 08/11/2021) |
| 07/28/2021 | 115 | ORDER: This matter is before the Court on Defendants' Motion to Strike 51 and Defendant Marc A. Bruner's Motion for Joinder 57 . In light of the Court's Order 84 denying Plaintiff's Motion for Constructive Trust, the Motions [51, 57] are DENIED as moot. SO ORDERED by Judge Raymond P. Moore on 7/28/2021. (Text Only Entry)(rmsec ) (Entered: 07/28/2021) |
| 07/15/2021 | 114 | ORDER ON DEFENDANTS JOINT MOTION FOR ADDITIONAL TIME TO TAKE DISCOVERY PURSUANT TO FED. R. CIV. PRO. 56(d) (Dkt. # 99 ) by Magistrate Judge N. Reid Neureiter on 15 July 2021. For the foregoing reasons, Defendants' Joint Motion for Additional time to Take Discovery Pursuant to Fed. R. Civ. P. 56(d) (Dkt. #99) is DENIED. I will also note that, while it is not a basis for my decision, Defendants did not adequately confer prior to filing their motion for extension of time, which is a shame. Based on the e−mails beingexchanged, had Defendants bothered to complete in good faith the conferral process required not only by local rule but the judicial officers' practice standards, some accommodation might have been reached between counsel without the need for a motion at all. Future failures meaningfully to confer in good faith will likely result in outright denial of motions and the imposition of sanctions.(cmadr, ) (Entered: 07/15/2021) |
| 07/13/2021 | 113 | MINUTE ENTRY for Telephonic Discovery Hearing proceedings held before Magistrate Judge N. Reid Neureiter on 7/13/2021. Taking under advisement 99 Motion for Extension of Time to File. FTR: B. Abiakam. (babia) (Entered: 07/13/2021) |
| 07/09/2021 | 112 | REPLY to Response to 99 Joint MOTION for Extension of Time to *Take Discovery* filed by Defendant Marc A Bruner. (Attachments: # 1 Exhibit A − Email Chain)(Sevy, Tanya) (Entered: 07/09/2021) |
| 07/09/2021 | 111 | REPLY to Response to 99 Joint MOTION for Extension of Time to *Take Discovery* filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Exhibit Exhibit 1)(Meyer, William) (Entered: 07/09/2021) |
| 07/07/2021 | 110 | REPLY to 101 Response to Motion, *by Defendant Marc E. Bruner to Plaintiff's Statement of Undisputed Material Facts* by Plaintiff David E Brody. (Attachments: # 1 Exhibit A − Declaration of David Brody)(Rollin, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 109 | REPLY to 97 Response, *by Defendants Marc E. Bruner and the Bruner Family Trust to Plaintiff's Statement of Undisputed Material Facts* by Plaintiff David E Brody. (Attachments: # 1 Exhibit A − Declaration of David Brody)(Rollin, Michael) (Entered: 07/07/2021) |
| 07/07/2021 | 108 | REPLY to Response to 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment* filed by Plaintiff David E Brody. (Rollin, Michael) (Entered: 07/07/2021) |
| 07/02/2021 | 107 | ORDER granting 106 Plaintiff's Unopposed Motion for Extension of Time to File His Reply in Support of Motion for Partial Judgment on the Pleadings Or, Alternatively, for Partial Summary Judgment. Plaintiff shall have up to and including July 9, 2021, to file a reply. SO ORDERED by Judge Raymond P. Moore on 7/2/2021. (Text Only Entry)(rmsec ) (Entered: 07/02/2021) |
| 07/02/2021 | 106 | Unopposed MOTION for Extension of Time to File Response/Reply as to 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 07/02/2021) |
| 07/02/2021 | 105 | RESPONSE to 99 Joint MOTION for Extension of Time to *Take Discovery* filed by Plaintiff David E Brody. (Attachments: # 1 Exhibit A − Declaration of Michael Rollin, # 2 Exhibit B − Declaration of David E. Brody)(Rollin, Michael) (Entered: 07/02/2021) |
| 06/23/2021 | 104 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 23 June 2021. This matter is before the Court on Defendants' Joint Motion for Additional Time to Take Discovery Pursuant to Fed. R. Civ. P. 56(d) (Dkt. # 99 ). It is hereby ORDERED that Plaintiff shall respond to said motion on or before July 2, 2021, and any response is due on or before July 9, 2021. It is further ORDERED that a Telephonic Discovery Hearing is set for July 13, 2021 at 9:30 a.m. The parties are directed to call the conference line as a participant at (888) 398−2342, Access Code 5755390# at the |

| | | |
|---|---|---|
| | | scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 06/23/2021) |
| 06/21/2021 | 103 | ORDER: After considering Defendant Marc A. Bruner's Motion 95 , and finding sufficient grounds, the Motion is granted. However, because the Court finds that Defendant Marc A. Bruner failed to fully comply with D.C.COLO.LCivR 15.1, he is ordered to do so. Accordingly, on or before **June 25, 2021**, Defendant Marc A. Bruner shall separately file: (1) a marked–up copy of his Amended Answer (with ~~strike through~~ and underlining) since the current exhibit [96−1] contains no such markings; and (2) a clean copy (without ~~strike through~~ and underlining) of his Amended Answer which shall serve as his operative answer. SO ORDERED by Judge Raymond P. Moore on 6/21/2021. (Text Only Entry)(rmsec ) (Entered: 06/21/2021) |
| 06/18/2021 | 102 | MEMORANDUM regarding 99 Joint MOTION for Extension of Time to *Take Discovery* filed by Marc A Bruner, Marc E. Bruner, Bruner Family Trust, The. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 6/18/2021. (Text Only Entry) (rmsec) (Entered: 06/18/2021) |
| 06/18/2021 | 101 | RESPONSE to 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment Response to Plaintiffs Statement of Undisputed Material Facts and Statement of Additional Disputed Facts* filed by Defendant Marc A Bruner. (Attachments: # 1 Exhibit Exhibit 1 – Bruner Declaration, # 2 Exhibit Exhibit 2 – Bankruptcy Transfer, # 3 Exhibit Exhibit 3 – Notice Regarding Bankruptcy Transfer)(Sevy, Tanya) (Entered: 06/18/2021) |
| 06/18/2021 | 100 | RESPONSE to 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment Response to Plaintiffs Motion for Judgment on the Pleadings* filed by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 06/18/2021) |
| 06/18/2021 | 99 | Joint MOTION for Extension of Time to *Take Discovery* by Defendants Marc E. Bruner, Marc A Bruner, Bruner Family Trust, The. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Proposed Order (PDF Only) Proposed Order)(Meyer, William) (Entered: 06/18/2021) |
| 06/18/2021 | 98 | RESPONSE to 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment* filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 06/18/2021) |
| 06/18/2021 | 97 | RESPONSE *to Plaintiff's Statement of Undisputed Material Facts* by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Meyer, William) (Entered: 06/18/2021) |
| 06/18/2021 | 96 | NOTICE re 95 Unopposed MOTION to Amend/Correct/Modify 68 Answer to Amended Complaint by Defendant Marc A Bruner (Attachments: # 1 Exhibit A)(Sevy, Tanya) (Entered: 06/18/2021) |
| 06/17/2021 | 95 | Unopposed MOTION to Amend/Correct/Modify 68 Answer to Amended Complaint by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 06/17/2021) |
| 06/02/2021 | 94 | AMENDED ORDER granting 92 Motion for Extension of Time to File Response to Motion for Judgment on the Pleadings. Defendants shall have up to and including June 18, 2021, in which to file a response to Plaintiff's Motion for Judgment on the Pleadings. SO ORDERED by Judge Raymond P. Moore on 6/2/2021. (Text Only Entry) (rmsec ) (Entered: 06/02/2021) |
| 06/02/2021 | 93 | ORDER granting 92 Defendant Marc A. Bruner's Motion for Extension of Time to File Response to Motion for Judgment on the Pleadings. Defendant shall have up to and including June 18, 2021, in which to file a response to Plaintiff's Motion for Judgment on the Pleadings. SO ORDERED by Judge Raymond P. Moore on 6/2/2021. (Text Only Entry)(rmsec ) (Entered: 06/02/2021) |
| 06/01/2021 | 92 | Unopposed MOTION for Extension of Time to File Response/Reply as to 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment* by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 06/01/2021) |
| 05/14/2021 | 91 | STATEMENT re 90 Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment* by Plaintiff David E Brody. (Attachments: # 1 Exhibit A Declaration of David Brody)(Rollin, Michael) (Entered: 05/14/2021) |
| 05/14/2021 | 90 | Partial MOTION for Judgment on the Pleadings *or, Alternatively, for Partial Summary Judgment* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 05/14/2021) |

| | | |
|---|---|---|
| 04/23/2021 | 89 | SCHEDULING ORDER by Magistrate Judge N. Reid Neureiter on 4/23/2021. (slibi, ) (Entered: 04/26/2021) |
| 04/23/2021 | 88 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Scheduling Conference held on 4/23/2021. Discovery due by 12/10/2021. Dispositive Motions due by 1/21/2022. Joint Status Report due by 9/15/2021. Final Pretrial Conference set for 3/9/2022 10:30 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. FTR: Courtroom C203. (slibi, ) (Entered: 04/26/2021) |
| 04/16/2021 | 87 | Proposed Scheduling Order by Plaintiff David E Brody. (Rollin, Michael) (Entered: 04/16/2021) |
| 04/08/2021 | 86 | RECEIPT for $ 19,508.45 by Interested Party Jeffrey L Hill re: 81 Order on Motion to Deposit Funds, Receipt Number COX098674. (rvill, ) (Entered: 04/08/2021) |
| 03/30/2021 | 85 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 30 March 2021. It is hereby ORDERED that a Scheduling Conference is set for April 23, 2021 at 2:00 p.m. The parties are directed to call the conference line as a participant at (888) 398−2342, Access Code 5755390# at the scheduled time. The proposed Scheduling Order shall be filed on or before April 16, 2021. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 03/30/2021) |
| 03/29/2021 | 84 | ORDER. Plaintiff's motion for constructive trust or, in the alternative, prejudgment attachment (ECF No. 29 ) is DENIED. By Judge Raymond P. Moore on March 29, 2021. (rvill, ) (Entered: 03/29/2021) |
| 03/22/2021 | 83 | RECEIPT for $39,016.91 by Interested Party Jeffrey L Hill re: 81 Order on Motion to Deposit Funds, Receipt Number COX098466 (evana, ) (Entered: 03/22/2021) |
| 03/19/2021 | 82 | ORDER. ORDERED that the Order to Show Cause (ECF No. 65 ) is DISCHARGED and that this case will not be referred to the bankruptcy court of this district. By Judge Raymond P. Moore on March 19, 2021. (rvill, ) (Entered: 03/19/2021) |
| 03/19/2021 | 81 | ORDER Granting 80 Motion to Deposit Funds. The Trustee shall deposit the Claim 7 proceeds with the Clerk of the Court in accordance with Fed. R. Civ. P. 67 and D.C.COLO.LCivR 67.2; and the Clerk shall deposit those proceeds into the Court's registry to be held in a Disputed Ownership Fund pending final disposition of this matter pursuant to D.C.COLO.LCivR 67.2(e). By Judge Raymond P. Moore on March 19, 2021. (rvill, ) (Entered: 03/19/2021) |
| 02/19/2021 | 80 | MOTION to Deposit Funds by Interested Party Jeffrey L Hill. (Attachments: # 1 Proposed Order (PDF Only))(Henry, Lance) (Entered: 02/19/2021) |
| 02/01/2021 | 79 | ANSWER to Complaint by Marc E. Bruner, Bruner Family Trust, The.(Meyer, William) (Entered: 02/01/2021) |
| 02/01/2021 | 78 | ANSWER to 1 Complaint, by Marc A Bruner.(Sevy, Tanya) (Entered: 02/01/2021) |
| 02/01/2021 | 77 | ANSWER to Complaint by David E Brody.(Rollin, Michael) (Entered: 02/01/2021) |
| 01/29/2021 | 76 | REPLY to Response to 67 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6) (Defendants The Bruner Family Trust and Marc E. Bruner, as Trustee of The Bruner Family Trusts Reply In Support Of Motion To Dismiss)* filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 01/29/2021) |
| 01/29/2021 | 75 | CONSENT to Jurisdiction of Magistrate Judge by Interested Party Jeffrey L Hill All parties do not consent.. (Henry, Lance) (Entered: 01/29/2021) |
| 01/15/2021 | 74 | RESPONSE to 67 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)*, 69 MOTION for Joinder re 67 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Plaintiff David E Brody. (Rollin, Michael) (Entered: 01/15/2021) |
| 01/06/2021 | 73 | RESPONSE TO ORDER TO SHOW CAUSE re 65 by Defendant Marc A Bruner. (Swanson, Timothy) (Entered: 01/06/2021) |
| 01/06/2021 | 72 | RESPONSE TO ORDER TO SHOW CAUSE re 65 by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 01/06/2021) |
| 01/06/2021 | 71 | RESPONSE TO ORDER TO SHOW CAUSE re 65 by Plaintiff David E Brody. (Rollin, Michael) (Entered: 01/06/2021) |
| 01/05/2021 | 70 | ORDER Granting 64 Joint Motion to Consolidate Cases. This Order shall also be filed in Civil Action No. 20−cv−03243−NYW, by Judge Raymond P. Moore on January 5, 2021. (rvill, ) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2021) |
| 01/04/2021 | 69 | MOTION for Joinder re 67 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 01/04/2021) |
| 01/04/2021 | 68 | ANSWER to 16 Amended Complaint by Marc A Bruner.(Sevy, Tanya) (Entered: 01/04/2021) |
| 01/04/2021 | 67 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)* by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 01/04/2021) |
| 12/14/2020 | 66 | AMENDED ORDER. The original Order to Show Cause (ECF No. 31 ) is DISCHARGED; and on or before January 6, 2021, the parties shall SHOW CAUSE why this matter should not be referred to the bankruptcy judges for this district pursuant to 28 U.S.C. § 157(a) and D.C.COLO.LCivR 84.1(a). By Judge Raymond P. Moore on December 14, 2020. (rvill, ) (Entered: 12/14/2020) |
| 12/11/2020 | 65 | ORDER. The original Order to Show Cause (ECF No. 31 ) is DISCHARGED; on or before January 6, 2021, the parties shall SHOW CAUSE why this matter should not be referred to the bankruptcy judges for this district pursuant to 28 U.S.C. § 157(a) and D.C.COLO.LCivR 84.1(a). By Judge Raymond P. Moore on December 11, 2020. (rvill, ) (Entered: 12/11/2020) |
| 12/03/2020 | 64 | Joint MOTION to Consolidate Cases by Interested Party Jeffrey L Hill. (Attachments: # 1 Proposed Order (PDF Only))(Henry, Lance) (Entered: 12/03/2020) |
| 10/16/2020 | 63 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 16 October 2020. It is hereby ORDERED that Defendant Marc A. Bruner's Unopposed Motion for Extension of Time to Respond to First Amended Complaint (Dkt. # 61 ) is GRANTED finding good cause shown. Defendant Marc A. Bruner shall respond to the First Amended Complaint within 21 days after Judge Moore enters an order determining that this matter should not be dismissed for lack of subject matter jurisdiction. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 10/16/2020) |
| 10/07/2020 | 62 | MEMORANDUM regarding 61 Unopposed MOTION for Extension of Time to *Respond to First Amended Complaint* filed by Marc A Bruner. Motion referred to Magistrate Judge N. Reid Neureiter. By Judge Raymond P. Moore on 10/7/2020. (Text Only Entry) (rmsec ) (Entered: 10/07/2020) |
| 10/06/2020 | 61 | Unopposed MOTION for Extension of Time to *Respond to First Amended Complaint* by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 10/06/2020) |
| 09/30/2020 | 60 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Scheduling Conference held on 9/30/2020. ORDERED: All discovery is STAYED. ORDERED: Within 5 days of Judge Moores decision on subject matter jurisdiction the parties shall contact Chambers at 303−335−2403 to set a Scheduling Conference. FTR: Courtroom C203. (slibi, ) (Entered: 09/30/2020) |
| 09/23/2020 | 59 | Proposed Scheduling Order by Plaintiff David E Brody. (Rollin, Michael) (Entered: 09/23/2020) |
| 09/21/2020 | 58 | REPLY to Response to 51 MOTION to Strike 48 Reply to Response to Motion, filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Proposed Order (PDF Only) Order re Motion to Strike)(Meyer, William) (Entered: 09/21/2020) |
| 09/18/2020 | 57 | MOTION for Joinder re 51 MOTION to Strike 48 Reply to Response to Motion, by Defendant Marc A Bruner. (Sevy, Tanya) (Entered: 09/18/2020) |
| 09/18/2020 | 56 | MINUTE ORDER The upcoming hearing in this matter shall be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398−2342, Access Code 5755390# at the scheduled time. The Court notes that the parties may hear the conclusion of a prior hearing at the time they call in, and are instructed to simply wait until their case is called. The Court thanks the parties in advance for their patience and flexibility as the Court implements this new technology. SO ORDERED, by Magistrate Judge N. Reid Neureiter on 9/18/2020. Text Only Entry. (slibi, ) (Entered: 09/18/2020) |
| 09/14/2020 | 55 | REPLY to 46 Response to Order to Show Cause by Defendant Marc A Bruner. (Sevy, Tanya) Modified to link to correct entryon 9/14/2020 (rvill, ). (Entered: 09/14/2020) |
| 09/14/2020 | 54 | REPLY to 46 Response to Order to Show Cause filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) Modified to link to correct entry on 9/14/2020 (rvill, ). (Entered: 09/14/2020) |

| | | |
|---|---|---|
| 09/14/2020 | 53 | REPLY to Response to 51 MOTION to Strike 48 Reply to Response to Motion, filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 09/14/2020) |
| 09/11/2020 | 52 | RESPONSE to 51 MOTION to Strike 48 Reply to Response to Motion, filed by Plaintiff David E Brody. (Attachments: # 1 Exhibit)(Rollin, Michael) (Entered: 09/11/2020) |
| 09/08/2020 | 51 | MOTION to Strike 48 Reply to Response to Motion, by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Exhibit A)(Meyer, William) (Entered: 09/08/2020) |
| 09/02/2020 | 50 | ORDER: Upon consideration of the unopposed motion for extension of time, and finding good cause, the motion 49 is GRANTED. The BFT Parties, as defined in the motion, shall have 21 days after the Court enters an order determining that this matter should not be dismissed for lack of subject matter jurisdiction to respond to the amended complaint. SO ORDERED by Judge Raymond P. Moore on 9/2/2020. (Text Only Entry)(rmsec ) (Entered: 09/02/2020) |
| 09/02/2020 | 49 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 16 Amended Complaint by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Unopposed Motion for Extension of Time)(Meyer, William) (Entered: 09/02/2020) |
| 09/01/2020 | 48 | REPLY to Response to 29 MOTION for Order to *Plaintiff's Motion for Constructive Trust or, in the Alternative, for prejudgment Attachment* filed by Plaintiff David E Brody. (Attachments: # 1 Exhibit Exhibit A to Brody Reply, # 2 Exhibit Exhibit B to Brody Reply, # 3 Exhibit Exhibit C to Brody Reply)(Rollin, Michael) (Entered: 09/01/2020) |
| 09/01/2020 | 47 | Treasury Registry Receipt in the amount of $39,016.91. Receipt No. COX096262. (rvill, ) (Entered: 09/01/2020) |
| 08/31/2020 | 46 | RESPONSE TO ORDER TO SHOW CAUSE re 31 by Plaintiff David E Brody. (Attachments: # 1 Exhibit OCS Response Exhibit A (Part 1), # 2 Exhibit OSC Response Exhibit A (Part 2), # 3 Exhibit OSC Response Exhibit B)(Rollin, Michael) Modified to link to correct order on 8/31/2020 (rvill, ). (Entered: 08/31/2020) |
| 08/28/2020 | 45 | ORDER: Upon consideration of the unopposed motion 44 , and being otherwise fully advised, the Court finds and orders as follows. Plaintiff seeks leave to file a reply consisting of 20 pages, relying on the practice standards of "PAB" (Chief Judge Brimmer) which apparently limit reply briefs to 10 pages. The motion at issue, however, is before Judge Moore. Under this Court's practice standards, replies are limited to 15 pages. See Civil Practice Standards at IV.C.1. Nonetheless, because Plaintiff seeks to exceed the page limitations of this Court and has shown a sufficient basis for his request, the Court will allow the page limitations to be exceeded. Accordingly, it is therefore ORDERED that the motion 44 is GRANTED. SO ORDERED by Judge Raymond P. Moore on 8/28/2020. (Text Only Entry)(rmsec ) (Entered: 08/28/2020) |
| 08/28/2020 | 44 | Unopposed MOTION for Order to *Exceed Page Limits for Reply In Support of his Motion for Constructive Trust or, in the alternative, for Prejudgment Attachment* by Plaintiff David E Brody. (Rollin, Michael) (Entered: 08/28/2020) |
| 08/27/2020 | 43 | JOINDER re 38 Response to Motion by Defendants Marc E. Bruner, Bruner Family Trust, The. (Meyer, William) (Entered: 08/27/2020) |
| 08/24/2020 | 42 | ORDER granting 41 Motion for Extension of Time to File Response/Reply. Plaintiff shall have up to and including September 1, 2020, to file his reply to defendants' responses. SO ORDERED by Judge Raymond P. Moore on 8/24/2020. Text Only Entry(rmsec ) (Entered: 08/24/2020) |
| 08/24/2020 | 41 | Unopposed MOTION for Extension of Time to File Response/Reply as to 29 MOTION for Order to *Plaintiff's Motion for Constructive Trust or, in the Alternative, for prejudgment Attachment* by Plaintiff David E Brody. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Plaintiff David E. Brody's Unopposed Motion for Extension of Time to File the Reply in Response to Marc E. Bruner and The Bruner Family Trust's Response to Brody's Motion for Constructive Trust or,in the Alternative, for Prejudgment Attachment)(Rollin, Michael) (Entered: 08/24/2020) |
| 08/19/2020 | 40 | MINUTE ORDER: Upon consideration of the refiling of Defendant Marc A. Bruner's response 38 , the originally filed response 35 is hereby STRICKEN. SO ORDERED by Judge Raymond P. Moore on 8/19/2020. (Text Only Entry) (rmsec ) (Entered: 08/19/2020) |
| 08/19/2020 | 39 | MINUTE ORDER: Upon review of this matter, Defendant Marc A. Bruner may also file a reply to Plaintiff's response to the Court's Order to Show Cause ("OSC") 31 , in accordance with the OSC. SO ORDERED by Judge Raymond P. Moore on 8/19/2020. (Text Only Entry) (rmsec |

| | | |
|---|---|---|
| | | (Entered: 08/19/2020) |
| 08/19/2020 | 38 | RESPONSE to 29 MOTION for Order to *Plaintiff's Motion for Constructive Trust or, in the Alternative, for prejudgment Attachment* filed by Defendant Marc A Bruner. (Attachments: # 1 Exhibit A)(Sevy, Tanya) (Entered: 08/19/2020) |
| 08/19/2020 | 37 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES re: 35 Response to Motion filed by attorney Timothy Michael Swanson. The s/ signature on the Response did not match the filers name on the account for which the login and password are registered. **DO NOT REFILE THE DOCUMENT. Action to take** – future documents must be filed pursuant to D.C.COLO.LCivR 5.1(a) and 4.3(c) of the Electronic Case Filing Procedures (Civil cases). (Text Only Entry) (rvill, ) (Entered: 08/19/2020) |
| 08/18/2020 | 36 | CERTIFICATE *Waiver of Service* by Defendant Marc A Bruner. (Swanson, Timothy) (Entered: 08/18/2020) |
| 08/18/2020 | 35 | **STRICKEN** RESPONSE to 29 MOTION for Order to *Plaintiff's Motion for Constructive Trust or, in the Alternative, for prejudgment Attachment* filed by Defendant Marc A Bruner. (Attachments: # 1 Exhibit A)(Swanson, Timothy) Modified on 8/19/2020 (rmsec, ). (Entered: 08/18/2020) |
| 08/18/2020 | 34 | NOTICE of Entry of Appearance by William Frederick Jones on behalf of Marc A BrunerAttorney William Frederick Jones added to party Marc A Bruner(pty:dft) (Jones, William) (Entered: 08/18/2020) |
| 08/18/2020 | 33 | NOTICE of Entry of Appearance by Timothy Michael Swanson on behalf of Marc A BrunerAttorney Timothy Michael Swanson added to party Marc A Bruner(pty:dft) (Swanson, Timothy) (Entered: 08/18/2020) |
| 08/18/2020 | 32 | NOTICE of Entry of Appearance by Tanya Ann Sevy on behalf of Marc A BrunerAttorney Tanya Ann Sevy added to party Marc A Bruner(pty:dft) (Sevy, Tanya) (Entered: 08/18/2020) |
| 08/12/2020 | 31 | MINUTE ORDER: This matter is before the Court *sua sponte* upon review of Defendants' response 30 to Plaintiff's motion for a constructive trust. When this case was initially filed, Plaintiff alleged subject matter jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332. In the recently filed amended complaint, Plaintiff alleges that jurisdiction exists under 28 U.S.C. § 1334. Defendants' response, however, asserts § 1334 does not apply and, with the addition of new defendants in the amended complaint, § 1332 does not either. Because a federal court has an independent obligation to examine its own jurisdiction at every stage of the proceeding, *see Amazon, Inc. v. Dirt Camp, Inc.*, 273 F.3d 1271, 1276 (10th Cir. 2001), the Court finds it needs to do so here. Accordingly, it is **ORDERED** that on or before August 31, 2020, Plaintiff shall **SHOW CAUSE** why this case should not be dismissed without prejudice for lack of subject matter jurisdiction. Defendant may file any reply within 14 days of Plaintiff's response. SO ORDERED by Judge Raymond P. Moore on 8/12/2020. (Text Only Entry) (rmsec ) (Entered: 08/12/2020) |
| 08/11/2020 | 30 | RESPONSE to 29 MOTION for Order to *Plaintiff's Motion for Constructive Trust or, in the Alternative, for prejudgment Attachment* Attorney William R. Meyer added to party Marc E. Bruner(pty:dft), Attorney William R. Meyer added to party Bruner Family Trust, The(pty:dft) filed by Defendants Marc E. Bruner, Bruner Family Trust, The. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Meyer, William) (Entered: 08/11/2020) |
| 07/21/2020 | 29 | MOTION for Order to *Plaintiff's Motion for Constructive Trust or, in the Alternative, for prejudgment Attachment* by Plaintiff David E Brody. (Attachments: # 1 Proposed Order (PDF Only) Proposed Order Granting Motion for Constructive Trust or, in the Alternative, for Prejudgment Attachment, # 2 Exhibit Rollin Declaration, # 3 Exhibit Brody Declaration)(Rollin, Michael) (Entered: 07/21/2020) |
| 07/15/2020 | 28 | MINUTE ORDER by Magistrate Judge N. Reid Neureiter on 15 July 2020. It is hereby ORDERED that a Scheduling Conference is set for September 30, 2020 at 11:00 a.m. The proposed Scheduling Order shall be filed on or before September 23, 2020. PLEASE SEE ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 07/15/2020) |
| 07/14/2020 | 27 | Utility Setting Answer Deadlines pursuant to 26 Waiver of Service: Marc E. Bruner, as Trustee of the Bruner Family Trust answer due 9/14/2020; The Bruner Family Trust answer due 9/14/2020. Text Only Entry. (rvill, ) (Entered: 07/15/2020) |

| | | |
|---|---|---|
| 07/14/2020 | 26 | Waiver of Service by Plaintiff David E Brody (Attachments: # 1 Certificate of Service)(Rollin, Michael) Modified to correct title on 7/15/2020 (rvill, ). (Entered: 07/14/2020) |
| 07/08/2020 | 25 | SUMMONSES issued by Clerk. (Attachments: # 1 Summons) (rvill, ) (Entered: 07/08/2020) |
| 07/08/2020 | 24 | SUMMONS REQUEST as to Marc E. Bruner by Plaintiff David E Brody. (Rollin, Michael) (Entered: 07/08/2020) |
| 07/08/2020 | 23 | SUMMONS REQUEST as to Marc A. Bruner by Plaintiff David E Brody. (Rollin, Michael) (Entered: 07/08/2020) |
| 07/08/2020 | 22 | NOTICE *of Change of Law Firm Affiliation* by Plaintiff David E Brody (Rollin, Michael) (Entered: 07/08/2020) |
| 06/23/2020 | 21 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Show Cause Hearing held on 6/23/2020. FTR: Courtroom C203. (slibi, ) (Entered: 06/23/2020) |
| 06/10/2020 | 20 | SUMMONS as to Marc E. Bruner, as Trustee of the Bruner Family Trust issued by Clerk. (rvill, ) (Entered: 06/10/2020) |
| 06/09/2020 | 19 | SUMMONS REQUEST as to Marc E. Bruner, as Trustee of the Bruner Family Trust by Plaintiff David E Brody. (Rollin, Michael) (Entered: 06/09/2020) |
| 06/08/2020 | 18 | DISCHARGED ORDER TO SHOW CAUSE. On June 23, 2020, at 2:00 p.m., in Courtroom C−203 of the Byron G. Rogers U.S. Courthouse, located at 1929 Stout Street in Denver, Colorado, a Show Cause Hearing will be held during which the plaintiff David E. Brody shall appear by telephone and show cause why this case should not be dismissed pursuant to Fed. R. Civ. P. 4(m), 16(f), and/or 41(b), and D.C.COLO.LCivR 41.1. Plaintiff's counsel shall participate by calling the conference line as a participant at (888) 398−2342, Access Code 5755390# at the scheduled time. By Magistrate Judge N. Reid Neureiter on 06/05/2020. (rvill, ) Modified on 6/23/2020 to discharge pursuant TO 21 (slibi, ). (Entered: 06/08/2020) |
| 06/05/2020 | 17 | NOTICE of Filing Amended Pleading by Plaintiff David E Brody (Attachments: # 1 Exhibit Ex 1 – Mark−Up Version of Amended Complaint)(Rollin, Michael) (Entered: 06/05/2020) |
| 06/05/2020 | 16 | AMENDED COMPLAINT *for Damages, Declaratory Relief, and Temporary and Preliminary Injunctive Relief* against Marc A Bruner, filed by David E Brody.(Rollin, Michael) (Entered: 06/05/2020) |
| 08/14/2019 | 15 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (evana, ) (Entered: 08/14/2019) |
| 08/13/2019 | 14 | SUMMONS REQUEST as to Marc A. Bruner by Plaintiff David E Brody. (Rollin, Michael) (Entered: 08/13/2019) |
| 07/24/2019 | 13 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Status Conference held on 7/24/2019. FTR: Courtroom C205. (slibi, ) (Entered: 07/30/2019) |
| 07/16/2019 | 12 | MINUTE ORDER granting in part and denying in part 7 Motion to Stay Scheduling Conference by Magistrate Judge N. Reid Neureiter on 7/16/2019. Scheduling Conference is CONVERTED to a Status Conference and is set for 7/24/2019 10:00 AM in Courtroom C205 before Magistrate Judge N. Reid Neureiter.(tsher, ) (Entered: 07/16/2019) |
| 07/16/2019 | 11 | MEMORANDUM regarding 7 MOTION to Stay *Scheduling Conference* filed by David E Brody. Motion referred to Magistrate Judge N. Reid Neureiter. Entered by Judge Raymond P. Moore on 7/16/2019. (Text Only Entry) (rmsec ) (Entered: 07/16/2019) |
| 07/16/2019 | 10 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 7/16/2019. (Text Only Entry) (rmsec ) (Entered: 07/16/2019) |
| 07/16/2019 | 9 | ORDER REFERRING CASE to Magistrate Judge N. Reid Neureiter. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such |

| | | |
|---|---|---|
| | | status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. Entered by Judge Raymond P. Moore on 7/16/2019. (Text Only Entry) (rmsec ) (Entered: 07/16/2019) |
| 07/16/2019 | 8 | CASE REASSIGNED. All parties do not consent. This case is randomly reassigned to Judge Raymond P. Moore. All future pleadings should be designated as 19–cv–01091–RM. (Text Only Entry) (tsher, ) (Entered: 07/16/2019) |
| 07/15/2019 | 7 | MOTION to Stay *Scheduling Conference* by Plaintiff David E Brody. (Attachments: # 1 Proposed Order (PDF Only))(Rollin, Michael) (Entered: 07/15/2019) |
| 04/15/2019 | 6 | ORDER by Magistrate Judge N. Reid Neureiter on 4/15/2019. Consent Form due by 7/10/2019. Scheduling Conference set for 7/24/2019 10:00 AM in Courtroom C205 before Magistrate Judge N. Reid Neureiter. (tsher, ) (Entered: 04/15/2019) |
| 04/15/2019 | 5 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. (athom, ) (Entered: 04/15/2019) |
| 04/15/2019 | 4 | MEMORANDUM RETURNING CASE by Senior Judge Blackburn. This case is randomly reassigned to Magistrate Judge N. Reid Neureiter. All future pleadings should be designated as 19–cv–01091–NRN. (athom, ) (Entered: 04/15/2019) |
| 04/12/2019 | 3 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). No Summons Issued. (rroge, ) (Entered: 04/15/2019) |
| 04/12/2019 | 2 | Case assigned to Judge Robert E. Blackburn and drawn to Magistrate Judge Scott T. Varholak. Text Only Entry. (rroge, ) (Entered: 04/15/2019) |
| 04/12/2019 | 1 | COMPLAINT against Marc A Bruner (Filing fee $ 400,Receipt Number 1082–6632951)Attorney Michael Andrew Rollin added to party David E Brody(pty:pla), filed by David E Brody. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1 – Transfer of Claim, # 3 Exhibit 2 – Agreement)(Rollin, Michael) (Entered: 04/12/2019) |