IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARK E. BRUNER, as trustee of the Bruner Family Trust,

    Defendant.

## ORDER

    Before the Court is Plaintiff's Unopposed Motion for a Stay of Enforcement of Judgment upon Presentation of a Supersedeas Bond. (ECF No. 182.) The Court GRANTS the Motion and ORDERS that enforcement of the judgment is stayed pending appeal on presentation of a supersedeas bond in the amount of $105,965.07, and that Plaintiff shall present the supersedeas bond, secured by a check in the amount of $105,965.07 payable to the registry of the Court, on or before April 14, 2023.

    DATED this 4th day of April, 2023.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge