IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## PLAINTIFF'S AMENDED MOTION TO ACCEPT SURETY BOND

Plaintiff hereby moves for an Order authorizing the clerk of the Court to accept a surety bond for the appeal of the above-captioned matter.

### Certificate of Conferral

Counsel for Plaintiff certifies that he has conferred in good faith with counsel for the Bruner Family Trust (the "BFT") and Marc E. Bruner ("MEB," collectively with the BFT the "BFT Defendants"). The BFT Defendants have not yet stated whether they oppose or do not oppose the motion. They have objected that the surety bond only identifies Marc E. Bruner as trustee for the BFT, rather than the BFT, itself. However, the surety bond tracks the language of the Court's order. ECF No. 184.

### Argument

On April 4, 2023, this Court granted Plaintiff's Unopposed Motion for Stay of Enforcement upon Presentation of a Supersedeas Bond. ECF No. 184. Plaintiff has attempted to tender a surety bond on the amount required by the Court's Order. The Clerk of the Court has not accepted the

surety bond. Therefore, Plaintiff respectfully requests that the Court enter an Order authorizing the Clerk of the Court to accept a surety bond. A proposed appeal bond is attached as Exhibit 1.

Respectfully submitted, this 21st day of April, 2023.

*/s/ Michael A. Rollin*
Michael. A. Rollin, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209
mrollin@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

2

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 21, 2023, I served the foregoing **PLAINTIFF'S AMENDED MOTION TO ACCEPT SURETY BOND** via CM/ECF to all counsel of record.

By:    */s/ Michael A. Rollin*
        Michael. A. Rollin, Esq.