## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Appellant,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Appellees.

## APPEAL BOND

We, the appellant, David E. Brody, as principal, and American Contractors Indemnity Company, sureties, are held and firmly bound to the appellees, The Bruner Family Trust and Marc E. Bruner, As Trustee Of The Bruner Family Trust, in the sum of $105,965.07, to be paid to appellees (his heirs, executors, administrators, or assigns or its successors or assign), for which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, or assigns, jointly and severally, by this instrument.

Whereas, on March 1, 2023, in an action pending in the above court, between the plaintiff and the defendant, judgment was rendered against David E. Brody, and the appellant having filed a Notice of Appeal from such judgment to the United States Court of Appeals for the Tenth Circuit and having applied for and obtained an order of the District Court staying enforcement of such judgment during the pendency of the appeal.

Now, therefore, the condition of this obligation is that if the appellant shall prosecute his appeal to effect and shall satisfy the judgment in full, together with costs, interest, and damages for delay if the appeal is finally dismissed or the judgment is affirmed or shall satisfy in full such judgment as modified together with such costs, interests, and damages as the Court of Appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full service and effect. However, the surety's total liability shall not exceed the penal sum of the bond - $105,965.07.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, American Contractors Indemnity Company, as the sureties, hereby submit themselves to the jurisdiction of the District Court.

Dated this 14th day of April, 2023.

David E. Brody
Appellant

*[signature]*
Signature

American Contractors Indemnity Company
801 S Figueroa, Suite 700
Los Angeles, CA 90017

*[signature]*
Todd A. Stein, Attorney-In Fact

_____

APPROVED:

_____

United States District Judge

4879-6393-7117, v. 1

# American Contractors Indemnity Company

THE UNITED STATES DISTRICT COURT, _____ DISTRICT OF COLORADO

DAVID E. BRODY,

    Plaintiff,

v.

MARK E. BRUNER, as trustee of the Bruner Family Trust,
    Defendant.

No. 1:19-cv-01091-RM-NRN

UNDERTAKING FOR APPEAL

WHEREAS, the named _____ DAVID E. BRODY _____ desire(s) to give undertaking for _____ APPEAL OF FINAL JUDGMENT filed MARCH 1ST, 2023 _____ as provided by Rule 62 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to MARK E. BRUNER, as trustee of the Bruner Family Trust

under said statutory obligations in the sum of One Hundred Five Thousand Nine Hundred Sixty Five & 07/100 Dollars ($ 105,965.07 ).

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Surety, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this 12th day of APRIL, 2023.

BOND NO. 1001128751

PREMIUM: 2119.00

BY: _____/s/ Todd A. Stein_____ Attorney-in-fact
    Todd A. Stein

American Contractors Indemnity Company
801 S. Figueroa, Suite 700
Los Angeles, CA 90017
310-649-0990



# POWER OF ATTORNEY
### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Jeff McQuate, Todd A. Stein or Mark Levinson of Cleveland, Ohio**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety,** providing the bond penalty does not exceed _____*****Three Million***** _____ Dollars ( **$3,000,000.00** ). This Power of Attorney shall expire without further action on ___01/31/2024___. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __27th day of May, 2020__.

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING OMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

State of California

County of Los Angeles

By: _____
Jon Schneider, Vice President

> A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

On this __27th day of May, 2020__, before me, ___D. Littlefield___, a notary public, personally appeared ___Jon Schneider___, ___Vice President___ of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (seal)

> D. LITTLEFIELD
> Notary Public - California
> Los Angeles County
> Commission # 2320307
> My Comm. Expires Jan 31, 2024

I, ___Kio Lo___, ___Assistant Secretary___ of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this __12th__ day of __April__, __2023__.

Corporate Seals
Bond No. __1001128751__

Agency No. __9129__

_____
Kio Lo, Assistant Secretary

HCCSMANWETPOA06/2018

visit tmhcc.com/surety for more information

**AMERICAN CONTRACTORS INDEMNITY COMPANY**
**STATUTORY STATEMENT OF ADMITTED ASSETS,**
**LIABILITIES, CAPITAL AND SURPLUS (1)**
December 31, 2021

| Admitted Assets | | Liabilities and Capital and Surplus | |
|---|---:|---|---:|
| Investments | | Liabilities: | |
| Fixed Maturities, at amortized cost | 339,829,725 | Unpaid loss and loss adjustment expense | 10,354,052 |
| Cash and short term investments | 37,367,693 | Commissions payable | 1,201,038 |
| Total cash and Invested assets | 377,197,418 | Accrued expenses | 5,418,813 |
| | | Current federal income taxes | 266,705 |
| | | Unearned premiums | 10,481,771 |
| | | Advance premium | 1,042,938 |
| | | Ceded reinsurance balance payable | 1,315,679 |
| | | Amounts withheld or retained for others | 204,702,059 |
| | | Provision for reinsurance | 7,269 |
| | | Payable to parent, subsidiaries and affiliates | 21,972,880 |
| | | Payable for securities | 4,350,967 |
| | | Unearned fee revenue | 105,878 |
| | | Deferred ceding commission | 2,788,151 |
| | | Total liabilities | 264,008,200 |
| Investment income due and accrued | 2,338,589 | | |
| Premium receivable | 2,847,324 | | |
| Recoverable from reinsurers | (440,431) | Capital and Surplus: | |
| Net deferred tax asset | 2,792,903 | Capital Stock | 2,520,000 |
| Electronic data processing equipment and software | 1,378 | Additional paid-in and contributed capital | 32,063,473 |
| Receivable from parent, subsidiaries and affiliates | 29,083 | Unassigned surplus | 86,419,032 |
| Other miscellaneous assets | 244,441 | | |
| | 7,813,287 | | 121,002,505 |
| Total admitted assets | 385,010,705 | Total liabilities and capital and surplus | 385,010,705 |

*(1) - In accordance with the statutory financial statements as filed on March 1, 2022.*

I, Kio Lo, Chief Financial Officer of American Contractors Indemnity Company, hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities and Capital and Surplus of the Company as of December 31, 2021, prepared in conformity with accounting practices prescribed or permitted by the State of California Department of Insurance. The foregoing statement should not be taken as a complete statement of financial condition of the Company. Such a statement is available upon written request at the Company's home office located at 801 South Figueroa Street, Suite 700, Los Angeles, California 90017.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Los Angeles, California.

Kio Lo
Senior Vice President & CFO