IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

    Plaintiff,

v.

MARK E. BRUNER, as trustee of the Bruner Family Trust,

    Defendant.

**ORDER**

    Before the Court is Plaintiff's Amended Motion to Accept Surety Bond (ECF No. 189), seeking an Order authorizing the Clerk to accept a surety bond for the appeal of this matter. The Court APPROVES the proposed bond, GRANTS the Motion, and ORDERS that the execution of, or any proceedings to enforce, the Judgment (ECF No. 180) are stayed until the date the United States Court of Appeals for the Tenth Circuit issues its mandate in the pending appeal. Plaintiff's previously filed Motion (ECF No. 186) is DENIED AS MOOT, and he shall have seven days from the date of this Order in which to file the bond.

    DATED this 21st day of April, 2023.

                                                                              BY THE COURT:

                                                                              _____
                                                                              RAYMOND P. MOORE
                                                                              United States District Judge