FILED  
United States Court of Appeals  
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

November 6, 2023

Christopher M. Wolpert  
Clerk of Court

---

DAVID E. BRODY,

    Plaintiff - Appellant,

v.

MARK E. BRUNER, as trustee of the Bruner Family Trust; THE BRUNER FAMILY TRUST

    Defendants - Appellees.

No. 23-1102  
(D.C. No. 1:19-CV-01091-RM-NRN)  
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, **MATHESON**, and **CARSON**, Circuit Judges.

---

This matter is before the court on the parties' responses to our October 27, 2023 order asking whether their March 2, 2022 *Stipulation to Dismiss Defendant Marc A. Bruner Only Without Prejudice* runs afoul of this court's precedent finding finality lacking where a plaintiff voluntarily dismisses claims without prejudice and appeals from an order that dismisses another claim with prejudice. *See, e.g., Heimann v. Snead*, 133 F.3d. 767, 769 (10th Cir. 1998) (finding lack of finality for appellate-jurisdiction purposes where plaintiff-appellant voluntarily dismissed remaining claims without prejudice in order to appeal from the district court's with-prejudice dismissal of another claim) (quoting *Cook v. Rocky Mountain Bank*, 974 F.2d 147, 148 (10th Cir. 1992)). Upon careful consideration, the November 17, 2023 oral argument in this matter is

VACATED; this appeal is ABATED; and this matter is REMANDED to the district court for the limited purpose of conducting any proceedings necessary to address the jurisdictional concern identified in our October 27, 2023 order.

Within 30 days of the date of this order, and every 30 days thereafter, the parties shall file a joint report advising this court of the status of the proceedings on limited remand. When the district court concludes the proceedings on limited remand, the parties shall notify this court forthwith.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk