**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY,

Plaintiff,

v.
MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST

Defendants.

**ENTRY OF APPEARANCE**

Bennett L. Cohen enters his appearance for Defendants the Bruner Family Trust and Marc E. Bruner as Trustee of the Bruner Family Trust.

Respectfully submitted this 13th day of November, 2023.

        **POLSINELLI PC**

        By: *s/ Bennett L. Cohen*
            William Meyer
            Bennett L. Cohen
            *Attorneys for the Bruner Family Trust and Marc e. Bruner, as trustee for the Bruner Family Trust*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which has caused it to be electronically served to all parties who receive ECF service in this matter, including:

Michael A. Rollin
FOSTER GRAHAM MILSTEIN & CALISHER LLP
*Attorneys for Plaintiff David E. Brody*

*s/ Bennett L. Cohen*