IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## PLAINTIFF'S BRIEF REGARTING STATUS OF THE CASE

Plaintiff David E. Brody ("Brody") respectfully submits this supplemental brief regarding the status of the case, pursuant to this Court's order issued on November 15, 2023 (ECF No. 194).

Brody and Defendant Marc A. Bruner ("MAB") have settled the claims asserted against MAB and, accordingly, have agreed that the claims asserted against the latter will be dismissed with prejudice. Brody will file an appropriate stipulation imminently. Brody respectfully requests that upon receipt of the stipulation, the Court enter final judgment with respect to the claims against Marc A. Bruner such that the appeal of its orders and judgment with respect to Defendants Marc E. Bruner and the Bruner Family Trust may proceed forthwith.

Respectfully submitted, this 28th day of November, 2023.

*/s/ Michael A. Rollin*
Michael. A. Rollin, Esq.
FOSTER GRAHAM MILSTEIN & CALISHER LLP
360 South Garfield Street,
Sixth Floor
Denver, Colorado 80209

mrollin@fostergraham.com
Tel: (303) 333-9810
Fax: (303) 333-9786
*Attorneys for Plaintiff*

4860-3910-1076, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I served the foregoing **PLAINTIFF'S BRIEF REGARDING STATUS OF THE CASE** via CM/ECF to all counsel of record.

By: */s/ Michael A. Rollin*
Michael. A. Rollin, Esq.