**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY, Plaintiff,

v.

MARC A. BRUNER, THE BRUNER FAMILY TRUST, and MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST, Defendants.

---

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

---

PLEASE TAKE NOTICE that pursuant to Local Rule D.C.COLO.LAttyR 5(c), William F. Jones, Counsel for Defendant, Marc A. Bruner, in the above-entitled action, has changed his firm affiliation and contact information. The new contact information is as follows:

William F. Jones
Lathrop GPM LLP
675 15th Street, Suite 2650
Denver, CO 80202
Telephone: (720) 931-3200
Fax: (720) 931-3201
E-mail: billy.jones@lathropgpm.com

Counsel respectfully requests that all future papers, communications, and pleadings directed to it be served or delivered to this new contact information. Contact information for remaining Moye White LLP attorneys remains the same.

Dated this 26th day of January 2024

Respectfully submitted

LATHROP GPM, LLP

By: /s/ William F. Jones
William F. Jones #35294
675 15th Street, Suite 2650
Denver, Colorado 80202
Telephone: (720) 931-3200
Telecopier: (720) 931-3201
Email: billy.jones@lathropgpm.com

*Attorneys for Defendant Marc A. Bruner*

**CERTIFICATE OF SERVICE**

I certify that on the 26th day of January, 2024, a true and correct copy of the foregoing was electronically filed via CM/ECF with electronic service to the parties of record.

*/s/William F. Jones*