FILED
United States Court of Appeals
Tenth Circuit

February 6, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

DAVID E. BRODY,

    Plaintiff - Appellant,

v.

MARK E. BRUNER, as trustee of the Bruner Family Trust; THE BRUNER FAMILY TRUST

    Defendants - Appellees.

No. 23-1102
(D.C. No. 1:19-CV-01091-RM-NRN)
(D. Colo.)

_____

**ORDER**
_____

Before **TYMKOVICH**, **MATHESON**, and **CARSON**, Circuit Judges.
_____

This matter is before the court on the parties' *Third Joint Status Report*. In the status report, Mr. Brody states that he has agreed to a with-prejudice dismissal of his claims against Marc A. Bruner, and all that remains to effectuate the agreement is Mr. Bruner's execution of a stipulation to be filed in the district court. On November 28, 2023, Mr. Brody referenced the same agreement and stipulation in his response to the district court's order regarding proceedings on limited remand. At that time, Mr. Brody asserted that his imminent filing of the stipulation would allow the district court to enter final judgment in order to cure the jurisdictional defect that formed the basis for our limited remand. Over two months later, the stipulation has not been filed.

Within ten days of the date of this order, Mr. Brody shall file a response stating the status of his agreement with Marc A. Bruner, and the date by which he anticipates filing the aforementioned stipulation. By directing Mr. Brody to provide this additional information, we do not require the disclosure of confidential settlement information, nor do we offer any opinion as to whether the effectuation of Mr. Brody's agreement with Mr. Bruner is sufficient to cure the jurisdictional defect that formed the basis for our limited remand.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk