IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01091-RM-NRN

DAVID E. BRODY

Plaintiff,

v.

MARC A. BRUNER,
THE BRUNER FAMILY TRUST, and
MARC E. BRUNER, AS TRUSTEE OF THE BRUNER FAMILY TRUST,

Defendants.

## STIPULATED MOTION TO STAY PROCEEDINGS

Plaintiff David E. Brody ("Brody") and Defendants Marc E. Bruner and the Bruner Family Trust ("BFT," and collectively with Brody, the "Parties") have reached a settlement of the above-captioned matter. To effect some provisions of the settlement agreement, the Parties require—and therefore request—a sixty (60) day stay of all proceedings. Provided all such settlement obligations are satisfied within the next sixty days, the parties shall then file a stipulation of dismissal.

Accordingly, the Parties jointly stipulate to a sixty-day stay of the above-captioned matter.

Respectfully submitted this 20th day of June, 2024.

| | |
|---|---|
| *s/ Michael A. Rollin* | *s/ William R. Meyer* |
| Michael A. Rollin | William R. Meyer |
| Lindsey D. Idelberg | Ben Cohen |
| Foster Graham Milstein & Calisher LLP | Polsinelli LLP |
| 360 South Garfield Street, Sixth Floor | 1401 Lawrence St., Suite 2300 |
| Denver, Colorado 80209 | Denver, Colorado 80202 |
| Tel: (303) 333-9810 | Tel: (303) 720-931-8156 |

2

E-Mail: mrollin@fostergraham.com
lidelberg@fostergraham.com
*Attorneys for David E. Brody*

E-Mail: wmeyer@polsinelli.com
bcohen@fpolsinelli.com
*Attorneys for Marc E. Bruner and the Bruner Family Trust*

## CERTIFICATE OF SERVICE

I, Michael A. Rollin, attorney for appellant, hereby certify that on June 20, 2024, I served a copy of the foregoing **STIPULATED MOTION TO STAY PROCEEDINGS** to counsel for appellee, via the court's electronic-filing CM/ECF system:

Date: June 20, 2024

*s/ Michael Rollin*
Foster Graham Milstein & Calisher LLP
360 South Garfield Street, Sixth Floor
Denver, Colorado 80209
Tel: (303) 333-9810
E-Mail: mrollin@fostergraham.com
*Attorneys for Appellant David E. Brody*